5

United States District Court
Southern District of Texas
FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
SOUTHERN DIVISION**

MAY 1 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LETICIA S. ABREGO | { | |
| | { | |
| vs. | { | CIVIL ACTION NO. B-01-056 |
| | { | |
| STATE FARM MUTUAL AUTOMOBILE | { | |
| INSURANCE COMPANY | { | |

## MOTION FOR REMAND

**TO THE HONORABLE JUDGE OF THE SAID COURT:**

COMES NOW, **LETICIA S. ABREGO,** Plaintiff in the within cause of action, and files this her Motion for Remand to the 103rd Judicial District Court of Cameron County, Texas and in support would respectfully show the Court the following:

### *FACTS:*

1.      Plaintiff filed a cause of action on January 2, 2001 seeking benefits under the underinsured motorist provision of her liability insurance policy with Defendant as well as a claim for Defendant's breach of duty of good faith and fair dealing.  Plaintiff had been involved in an automobile accident on July 27, 1998 and the third party carrier tendered its policy limits of $25,000.   A copy of Plaintiff's Original Petition filed in the 103rd Judicial District Court is attached hereto and made part hereof as Exhibit "A."

2.      Plaintiff's Original Petition states inter alia that she has "sustained *severe and permanent personal injuries* . . . which have caused her *great pain and suffering, disability and an impairment* to her earning ability, all of which has continued from the

date of accident and may and *probably will continue into the future to her great financial detriment and loss."* (Exhibit A paragraph VII, emphasis added).

3.      Plaintiff's Original Petition states <u>inter</u> <u>alia</u> that, "Plaintiff has been prevented from performing substantially all of the usual and customary daily activities. . . all of which is expected to continue into the future to her *great financial detriment and loss for which she seeks compensatory damages for past, present and future pain and suffering."* (Exhibit A paragraph VIII, emphasis added)

4.      Plaintiff's Original Petition states <u>inter</u> <u>alia</u> that Plaintiff has continued to work with great pain and has experienced intermittent absences, ". . . due to the nature of the injuries which she suffered and the *permanency* of those injuries, . . . for which she seeks compensatory damages for *past, present and future loss of earnings and loss of earning capacity."* (Exhibit A paragraph X, emphasis added)

5.      Plaintiff's Original Petition states <u>inter</u> <u>alia</u> that she seeks "judgment against Defendant for *past, present and future medical expenses, past and present loss of earnings and earning capacity, future loss of earnings and earning capacity, past, present and future pain and suffering, punitive damages, and reasonable and necessary Attorney's fees. . ."* in addition to pre and post judgment interest.   (Exhibit A Ad Damnum Clause, emphasis added)

6.      During the pendency of Plaintiff's third party claim against the striking vehicle, Plaintiff kept Defendant informed of the *actual damages* incurred and provided documentation of Plaintiff's out of pocket expenses.  See Exhibit "B" attached hereto and made part hereof.    As early as April 30, 1999, Plaintiff submitted to Defendant medical expenses of $5732.83 together with a cervical MRI finding of 3-4mm posterocentral disc

CibPDF - www.fineprint.com

herniation at C5/C6, 2 mm posterocentral disc protrusion at C3/C4 and loss of cervical lordosis and a lumbar MRI finding of 3-4mm posterocentral disc herniation at L5/S1 with a full thickness tear through the posterocentral fibers of the annulus fibrosis and loss of normal lumbar lordosis.    Nearly one (1) year post trauma, Defendant was advised that Plaintiff continued to have complaints of mid and lower back spasms with pain.   On October 23, 2000 Plaintiff again provided additional medical documentation and expenses from Dr. Raul Garza as a result of continuing pain arising from the July 27, 1998  accident, well over two (2) years since the accident.   In Plaintiff's October 23, 2000 letter to Defendant, Plaintiff reiterated treating physician, Dr. Morris's, earlier statement that *"she will likely continue to suffer into the future. . ."* (Exhibit B, emphasis added)

## *ARGUMENT:*

## I. AMOUNT IN CONTROVERSY JURISDICTION:

Plaintiff was injured as a result of an automobile accident that occurred on July 27, 1998.   As early as December 2, 1998 Defendant was aware that Plaintiff had suffered both cervical and a lumbar herniated discs attributable to the accident.    Although Dr. Morris estimated future medical of $2,000, it is obvious from the extent of the Plaintiff's physical injuries together with the fact that she was still suffering effects of the accident in July 2000, two (2) years post-accident, and again required medical treatment that she had suffered a permanent injury warranting recovery in excess of $75,000.   Additionally when Plaintiff filed her Original Petition on January 2, 2001, she included a bad faith claim seeking inter alia punitive damages.    Interestingly,  the underscoring of words

3

like permanency, future and punitive damages on the attached Exhibit A was made by Defendant.

28 U.S.C. §1446 provides that removal from State to Federal Court shall be timely filed within thirty (30) days of receipt by the Defendant of the initial pleading setting forth the claim for relief. "The statute places the burden on the petitioner to show that the case stated in the initial pleading was not removable then." Nicholas Richman et al v. Zimmer, Inc., 644 F. Supp. 540 at 541 (S.D.Fla. 1986). The issue before this Court as it was in the Richman, supra, case is whether Defendant knew from the face of Plaintiff's Original Petition that there was diversity of citizenship and that the amount in controversy exceeded the minimum jurisdiction of the Court, namely, $75,000.00. Plaintiff contends that as in the Richman, supra. case Defendant knew its own citizenship and alleged place of business and, as in that case, it was apparent from the allegations of serious and permanent and past, present and future as well as the inclusion of the bad faith claim that the amount in controversy far exceeded the minimum jurisdiction of this Court. Add to that the information that State Farm had in its possession for over two (2) years prior to the instant suit and Defendant cannot make a "straight faced" argument that it did not learn until a later date the amounts that Plaintiff was seeking. The later discovery simply included settlement demands but the information already quantified and in Defendant's possession substantiated serious and permanent disc herniations from which Plaintiff continued to suffer two (2) years post-trauma warranting a potential verdict in excess of $75,000 exclusive of any bad faith liability.

"Even though the complaint contained no specific ad damnum clause, . . . a fair reading of the complaint would adequately place a defendant on notice of the substantial

4

damages involved." <u>Lee v.Altamil Corp.,</u> 457 F. Supp. 979 at 981 (1978).   Accordingly, the defendant should have petitioned for the removal of the case within thirty days of its receipt of the complaint.   ". . . a complaint which alleged physical and mental pain, physical handicap, impairment of working ability, injuries permanent or continuing in nature and medical expenses initiated the running of the thirty day period." even where no amount in controversy was stated.   <u>Charles E. Turner, Ind. and as Next Friend of Christopher Alexander Turner, a Minor v. Wilson Foods Corporation,</u> 711 F. Supp. 624 at 626 (N.D. Ga. 1989).

## II. DIVERSITY JURISDICTION:

Although Defendant has alleged diversity based upon its incorporation in Illinois and has alleged principal place of business in Bloomington, Illinois, the burden of proving not only an address out of the forum state but that Defendant's principal place of business is not Texas rests with Defendant and Defendant ". . . must establish that [its] principal place of business is not Texas." <u>Howery v. Allstate Ins. Co.,</u> 243 F.3d 912 at (5th Cir. 2001).   Absent factual evidence of Defendant's principal place of business, mere allegation that Defendant is incorporated out of the forum state will not establish complete diversity and case will be remanded. <u>Howery, supra.</u> at 921.

## *CONCLUSION:*

Defendant's failure to remove within thirty (30) days of the date of service and failure to establish defendant's principal place of business to ensure complete diversity defeat this Court's jurisdiction and remand is required.

WHEREFORE, Plaintiff prays that this case be remanded to the 103rd Judicial District Court of Cameron County, Texas and that the costs of remand be taxed against Defendant.

Respectfully submitted,

JANICE A. CASSIDY, P.C.

By _____
JANICE A. CASSIDY
P. O. BOX 592
SAN BENITO, TX 78586
(956)  399-3327
(956)  399-0688 Facsimile
SBOT 03979210
Federal ID 17656
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was hand delivered this 14th day of May 2001 to:

Attorney Craig H. Vittitoe
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX  78551
(956)  428-2954

By _____
JANICE A. CASSIDY

6

Case 1:01-cv-00005   Document 5   Filed 04/09/2001   Page 7 of 101

## COPY

CAUSE NO. 2001-01-0022-D

LETICIA S. ABREGO     {     IN THE DISTRICT COURT OF

vs.     {     CAMERON COUNTY, TEXAS

STATE FARM MUTUAL AUTOMOBILE {     103ʳᵈ DISTRICT COURT
INSURANCE COMPANY     {

FILED 9:00 O'CLOCK A.M
AURORA DE LA GARZA DIST. CLERK
JAN 0 2 2001
DISTRICT COURT OF CAMERON COUNTY, TEXAS
RICK M. CORNEJO BY

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, LETICIA S. ABREGO, complaining of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and for cause would offer the following:

### I.

    Discovery will be conducted under discovery control plan 2.

### II.

    The Plaintiff is an individual who resides in Cameron County, Texas. The State Farm Mutual Automobile Insurance Company is a general casualty company organized under the laws of the State of Texas and having its principal place of business located at 505 South P Street, Harlingen, Cameron County, Texas. Citation may be served upon its registered agent, William K. King, Jr., at 8900 Amberglen Boulevard, Austin, Texas 78729.

### III

    Venue is proper in Cameron County, Texas, in that all the injuries and damages suffered by the Plaintiff arose in Cameron County, Texas.

### IV.

    On or about July 27, 1998 at approximately 5:35 P.M, Plaintiff, Leticia S. Abrego, was operating her vehicle traveling in a Westerly direction on East Filmore Street in Harlingen, Cameron County, Texas 78550. At the aforementioned time, a



EXHIBIT
A

01/17/01  15:28 FAX 512 795 6625        S.F. CORP LAW
01/15/01  MON 11:33 FAX 51* 918 4402      STATE FARM V. GONZALES        512 795 6625
JAN 17 '01  02:26PM P003

Case 1:01-cv-00005   Document 5   Filed in TXSD on 05/14/2001   Page 8 of 101

vehicle owned by underinsured individual, Gloria Maldonado, and operated with permission by her daughter, Rachel Lynn Maldonado, was then and there being operated in a Southerly direction on South 6ᵗʰ Street in Harlingen, Cameron County, Texas when said underinsured individual failed to stop at a stop sign and struck Plaintiff's vehicle in such as a manner as to cause Plaintiff severe injuries and damages as hereinafter set forth.

## V.

At all times herein mentioned, underinsured individual, Rachel Lynn Maldonado, was negligent in that she:

(a)     did fail to stop for a stop sign;

(b)     did fail to yield the right-of-way;

(c)     did fail to keep a proper lookout;

(d)     did fail to have a valid driver's license;

(e)     did fail to observe state and local laws regarding the operation of motor vehicles;

(f)     did operate defendant the vehicle of her Mother at an excessive rate of speed under the circumstances; and

(g)     was generally negligent and careless with regard to the Plaintiff at the time and place aforementioned.

## VI.

At all times herein mentioned, underinsured individual, was negligent in:

(a)     allowing an unlicensed driver to operate her vehicle;

(b)     entrusting her motor vehicle to a person whom she knew would not obey State and local laws regarding the operation of motor vehicles;

(c)     entrusting her motor vehicle to a person whom she knew would operate the vehicle in so negligent a manner as to cause harm to other persons on the streets and highways and, specifically, the Plaintiffs in this cause;

2

Case 1:01-cv-00006   Document 5   Filed in TXSD on 05/14/2001   Page 9 of 101

(e)    being generally negligent and careless with regard to the Plaintiffs at the time and place aforementioned; and

(f)    recklessly endangering the Plaintiff, Leticia S. Abrego, at the time and place aforementioned.

## VII.

As a direct result of the foregoing conduct of the underinsured individuals, Plaintiff, Leticia S. Abrego, sustained severe and permanent personal injuries in and about their head, body and limbs, emotional tension and distress and severe shock to her nerves and nervous system and anxiety, all of which have caused her great pain and suffering, disability, and an impairment to her earning ability, all of which will continue into the future to her great financial detriment and loss.

## VIII.

Plaintiff, Leticia S. Abrego, has been prevented from performing substantially all of the usual and customary daily activities which she previously performed and enjoyed prior to the date of this accident, all of which is expected to continue into the future to her great financial detriment and loss for which she seeks compensatory damages for past, present and future pain and suffering.

## IX.

In addition, Plaintiff has been obliged to expend various sums of money for medical care, treatment and medicines in and about endeavoring to treat and cure herself of said injuries, all of which may and probably will continue into the future to her great financial detriment and loss for which she seeks compensatory damages for past, present and future medical expenses.

## X.

Plaintiff, Leticia. S. Abrego, has continued to engage in employment with intermittent absences while working with great pain due to the nature of the injuries which she has suffered and the permanency of those injuries, all of which may continue

3

into the future as a direct result of which she will incur a loss of earning capacity for which she seeks compensatory damages for past, present and future loss of earnings and loss of earning capacity.

## XI.

Further, the motor vehicle causing the Plaintiff's injuries and damages as described above was at all times material to this action an "underinsured motor vehicle" as that term is defined in the policy of insurance issued by Defendant to Plaintiff. A copy of the declaration of coverage page is attached hereto and made part hereof as Exhibit A. In this connection, Plaintiff will show that the sum of the limits on all applicable liability policies providing liability insurance for the ownership, maintenance, or use of such vehicle is insufficient to compensate for Plaintiff's actual damages. Specifically, the only available insurance coverage covering the underinsured individual was $25,000 which was tendered to Plaintiff following authorization and permission from Defendant. Plaintiff has fully complied with all the terms of the insurance policy issued by Defendant to Plaintiff as a condition precedent to bringing this suit. Nevertheless, Defendant has failed and refused and still fails and refuses to pay Plaintiff the underinsured motorist benefits under this policy as it is contractually required to do.

## XII.

As a result of Defendant's failure and refusal to pay to Plaintiff monies which it legally owes to her, Defendant has breached its duty of good faith and fair dealing and has engaged in bad faith acts which were intended to and did cause harm to its insured by causing her financial hardship which the Defendant knew would result if it persisted in its bad faith activities toward Plaintiff. As a result of Defendant's bad faith conduct, Plaintiff seeks punitive damages against Defendant in an amount which will discourage it from engaging in such bad faith activities towards its insureds in the future.

4

CRAPDF - www.fsiso.com

Case 1:01-cv-00002   Document 5   Filed in TXSD on 06/13/2001   Page 11 of 101

## XIII.

As a result of Defendant's failure and refusal to comply with the terms of the policy issued to Plaintiff for which Plaintiff properly paid premiums to Defendant, Plaintiff has been required to retain the legal services of Janice A. Cassidy, an Attorney who is duly licensed to practice law in the State of Texas, and Plaintiff seeks reimbursement of reasonable and necessary legal fees paid to said Attorney as Judgment in her favor against Defendant or, alternatively, that Judgment be entered in favor of Attorney Janice A. Cassidy directly.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendant for past, present and future medical expenses, past and present loss of earnings and loss of earning capacity, future loss of earnings and earning capacity, past, present and future pain and suffering, punitive damages, and reasonable and necessary Attorney's fees through trial and through Appeal, if any, as well as prejudgment interest, and post-judgment interest, all in an amount in excess of the minimum jurisdiction of this Court, together with such other and further relief to which Plaintiff may show herself justly entitled.

Respectfully submitted,

JANICE A. CASSIDY, P.C.

By: _Janice A Cassidy_
    JANICE A. CASSIDY
    Attorney for Plaintiff
    P. O. Box 592
    San Benito, Texas 78586
    SBOT 03979210
    (210) 399-3327
    (210) 399-0688 (Fax)
    Cameron Co. No. 191601

5

# JANICE A. CASSIDY, P. C.

### Attorney at Law

ADMITTED IN
TEXAS
NEW JERSEY
PENNSYLVANIA

550 NORTH SAM HOUSTON BOULEVARD
POST OFFICE BOX 592
SAN BENITO, TEXAS 78586
(956) 399-3327
FAX (956) 399-0688

November 28, 2000

Jonas A. Saenz, Claim Team Manager
State Farm Insurance Companies
P. O. Box 531768
505 South P Street
Harlingen, TX 78553-1768

In re:   Insured and Claimant:  Leticia Abrego
         Claim No. 53-C212-873   -          D/accident:    7/27/98

Dear Mr. Saenz:

The enclosed letter was forwarded via facsimile and regular mail to Rosie L. Salinas on October 27, 2000.   I have received no reply.   Additionally I called Ms. Salinas during the week of November 20, 2000 and left a message but received no reply.

Firstly, your insured is not impressed with your company for failure to pay her claim in good faith and she is doubly upset by having her requests ignored.

Do you really want to litigate this claim?

Very truly yours,

JANICE A. CASSIDY, P.C.

JANICE A. CASSIDY

JAC:mml
encl.
Sent via regular mail and facsimile 427-8222

EXHIBIT
B

# JANICE A. CASSIDY, P. C.

*Attorney at Law*

ADMITTED IN
TEXAS
NEW JERSEY
PENNSYLVANIA

550 NORTH SAM HOUSTON BOULEVARD
POST OFFICE BOX 592
SAN BENITO, TEXAS 78586
(956) 399-3327
FAX (956) 399-0688

October 23, 2000

Ms. Rosie L Salinas, Claims Department
State Farm Insurance Companies
P. O. Box 531768
505 South P Street
Harlingen, TX 78553-1768

In re:   Insured and Claimant: Leticia Abrego
         Claim No. 53-C212-873   -   D/accident:   7/27/98

Dear Ms. Salinas:

Please find enclosed records from Garza Medical Clinic covering additional medical treatment sought by my client, Leticia Abrego, arising from her injury of July 27, 1998. Also find enclosed additional billing of $385.00 incurred for these services.

As you can see, my client and your insured continues to suffer from the injuries sustained on July 27, 1998 and she will likely continue to suffer into the future as stated in the medical report of Dr. A. J. Morris which is already in your possession. Demand is once again made that you tender the policy limits of your insured's policy. Your insured has found it unbelievable that her own company to whom she paid premiums for underinsured motorist coverage is resisting payment of monies that it justly owes.

I will have no alternative but to sue State Farm if we cannot resolve this claim. I invite your thoughts concerning settlement.

Thanking you, I remain,

Very truly yours,

JANICE A. CASSIDY, P.C.

JANICE A. CASSIDY

JAC:mml
encl.
Sent via regular mail and facsimile (956) 427-8222

# JANICE A. CASSIDY, P. C.

*Attorney at Law*

ADMITTED IN
**TEXAS**
NEW JERSEY
PENNSYLVANIA

550 NORTH SAM HOUSTON BOULEVARD
POST OFFICE BOX 592
SAN BENITO, TEXAS 78586
(956) 399-3327
FAX (956) 399-0688

December 30, 1999

Ms. Rosie L Salinas, Claims Department
State Farm Insurance Companies
P. O. Box 531768
505 South P Street
Harlingen, TX 78553-1768

In re:  Insured and Claimant: Leticia Abrego
Claim No. 53-C212-873     D/accident:    7/27/98

Dear Ms. Salinas:

Please be advised that Farmers has paid its policy limits of $25,000 in the above matter.  Confirmation of the coverage information is enclosed for your file.

Also find enclosed a compilation of special damages arising from the July 27 1998 accident.  A demand is being made on behalf of your insured that you tender the limits of her policy with your company.

Kindly contact me in this regard after you have had an opportunity to review the enclosures.

Wishing you and your staff a Happy, Healthy and Blessed New Year, I remain,

Very truly yours,

JANICE A. CASSIDY, P.C.

JANICE A. CASSIDY

JAC:mml
encl.

# JANICE A. CASSIDY, P. C.

*Attorney at Law*

ADMITTED IN
TEXAS
NEW JERSEY
PENNSYLVANIA

550 NORTH SAM HOUSTON BOULEVARD
POST OFFICE BOX 592
SAN BENITO, TEXAS 78586
(956) 399-3327
FAX (956) 399-0688

April 30, 1999

Ms. Rosie L Salinas, Claims Department
State Farm Insurance Companies
P. O. Box 531768
505 South P Street
Harlingen, TX 78553-1768

In re:   Insured and Claimant: Leticia Abrego
      Claim No. 53-C212-873        D/accident:     7/27/98

Dear Ms. Salinas:

     Please find enclosed a compilation of special damages arising to date in the above matter.   Additional specials will be forwarded as they are received by this office.

     Demand has been made as of this date for Farmers' policy limits which I believe to be $20,000 single limit liability.   Kindly give your insured permission to accept this amount if it is tendered in response to demand.

     Thanking you, I remain,

Very truly yours,

JANICE A. CASSIDY, P.C.

JANICE A. CASSIDY

JAC:mml

encl.

## SPECIAL DAMAGES OF LETICIA ABREGO AS OF APRIL 29, 1999 – D/A:  7/27/98

**VALLEY BAPTIST MEDICAL CENTER**
Emergency Room treatment on 7/27/98 ............ 76.30
Visit on 8/7/98 ............ 616.97
Total ............ 693.27

**VALLEY RADIOLOGISTS & ASSOCIATES**
Professional Reading of Chest X-Ray on 8/7/98 ............ 33.00
Professional Reading of Neck/Spine X-Ray on 8/7/98 ............ 40.00
Total ............ 73.00

**EMCARE-HAR EMERG  PHYSICANS**
Treatment in Emergency Room on 7/27/98 ............ 129.00

**HARLINGEN COMMUNITY EMERGENCY CARE
   FOUNDATION, INC.**
Service on 7/27/98 ............ 135.50

**A.  J. MORRIS, M. D.**
Initial visit on 9/25/98 ............ 137.00
Follow-up visits on 10/23/98, 1/22/99 ............ 142.00
Total ............ 279.00

**RIO GRANDE VALLEY IMAGING CENTER**
MRI of Cervical Spine on 10/1/98 ............ 879.03
MRI of Lumbar Spine on 10/1/98 ............ 879.03
Total ............ 1,758.06

**DEE L. MARTINEZ, M. D.**
Professional Reading of MRI of Cervical Spine on 10/1/98 ... 300.00
Professional Reading of MRI of Lumbar Spine on 10/1/98 ... 300.00
Total ............ 600.00

**GARZA CLINIC – RAUL GARZA, JR., M.D.**
Physical Therapy – Initial Visit on 11/10/98 ............ 365.00
Physical Therapy on 11/11/98 ............ 190.00
Physical Therapy on 11/12/98 ............ 180.00
Physical Therapy on 11/16/98 ............ 150.00
Physical Therapy on 11/17/98 ............ 170.00
Physical Therapy on 11/19/98 ............ 180.00
Physical Therapy on 12/7/98 ............ 185.00
Physical Therapy on 12/8/98 ............ 210.00
Physical Therapy on 12/10/98 ............ 135.00
Physical Therapy on 12/14/98 ............ 165.00
Physical Therapy on 12/15/98 ............ 135.00
$2065.00 ............ 2065.00

**TOTAL MEDICAL EXPENSES TO DATE:** ............ $   5732.83

# JANICE A. CASSIDY, P. C.

*Attorney at Law*

ADMITTED IN
TEXAS
NEW JERSEY
PENNSYLVANIA

550 NORTH SAM HOUSTON BOULEVARD
POST OFFICE BOX 592
SAN BENITO, TEXAS 78586
(956) 399-3327
FAX (956) 399-0688

December 2, 1998

State Farm Insurance Companies
Attn: Rosie Salinas
P. O. Box 531768
505 S. "P" Street
Harlingen, Texas 78550

RE: Claim #53-C212-873
Your Insured – Leticia Abrego
Date of Loss – July 27, 1998

Dear Ms. Salinas:

Enclosed please find the original Texas Certificate of Title to the 1989 Oldsmobile and Power of Attorney to Transfer Motor Vehicle, both of which have been properly signed. You should be in a position now to obtain the vehicle from Boggus.

Also enclosed is the completed and signed Application for Benefits. I am enclosing herewith copies of medical bills which exceed the PIP limits. Please issue a check for the PIP coverage of $2,500.00 and forward it to this office and I will see that these statements are paid.

Thanking you for your assistance in this matter, I remain,

Very truly yours,

JANICE A. CASSIDY, P.C.

Janice A. Cassidy

JAC/df
Encl.



**Texas Department of Transportation**

VTR-271 (REV. 5-95)
DHT # 142384

# POWER OF ATTORNEY TO
# TRANSFER MOTOR VEHICLE
## ➡ *TYPE OR NEATLY PRINT* ⬅

THIS IS TO CERTIFY THAT I, __LETICIA ABREGO__ ,
(TYPE OR NEATLY PRINT OWNER'S NAME)

OF THE COUNTY OF ____CAMERON____ AND THE STATE OF TEXAS,

OWNER OF THE FOLLOWING DESCRIBED MOTOR VEHICLE, DO MAKE, CONSTITUTE AND APPOINT

____STATE FARM INSURANCE____

OF THE COUNTY OF ____CAMERON____ AND THE STATE OF TEXAS,
MY TRUE AND LAWFUL ATTORNEY, FOR ME AND IN MY NAME, PLACE AND STEAD TO SELL,
TRANSFER AND ASSIGN THE MOTOR VEHICLE DESCRIBED AS FOLLOWS:

| 1989 | OLDSMOBILE | TORONADO | 2 DOOR |
|------|-----------|----------|--------|
| YEAR | MAKE | MODEL | BODY STYLE |

| 1G3EZ111C8KU305803 | YLX-03W | . . . FOR THE YEAR OF 19 . . . |
|--------------------|---------|------------|
| VEHICLE IDENTIFICATION NUMBER | LICENSE PLATE NUMBER | |

GIVING AND GRANTING UNTO MY SAID ATTORNEY FULL POWER AND AUTHORITY TO DO AND PERFORM
ALL AND EVERY ACT REQUISITE AND NECESSARY TO TRANSFER AND ASSIGN THE LEGAL TITLE TO SAID
MOTOR VEHICLE TO ANYONE WHOMSOEVER AS MAY BE DESIGNATED BY MY SAID ATTORNEY.

I FURTHER CERTIFY THAT THE CURRENT ODOMETER READING IS | 61,145 |
(NO TENTHS)

MILES AND TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING IS THE ACTUAL MILEAGE OF
THE VEHICLE UNLESS ONE OF THE FOLLOWING STATEMENTS IS CHECKED:

☐ 1. THE MILEAGE STATED IS IN EXCESS OF ITS MECHANICAL LIMITS.

☐ 2. THE ODOMETER READING IS NOT THE ACTUAL MILEAGE.
*WARNING – ODOMETER DISCREPANCY.*

____11/30/98____
DATE OF CERTIFICATION

SIGNATURE OF OWNER

Leticia Abrego        Jesus L. Abrego
(TYPE OR NEATLY PRINT OWNER'S NAME)

Rt. 1 Box 757, San Benito, Texas 78586
(TYPE OR NEATLY PRINT OWNER'S ADDRESS)

| CITY | STATE | ZIP CODE |
|------|-------|----------|

*NOTE:* THIS FORM MUST BE PROPERLY COMPLETED BEFORE IT IS AN ACCEPTABLE DOCUMENT.

**WARNING:** ➡ V.A.T.S., ARTICLE 6687-1, PROVIDES THAT FALSIFYING INFORMATION ON ANY
REQUIRED STATEMENT OR APPLICATION, IS A THIRD-DEGREE FELONY.

# STATE OF TEXAS CERTIFICATE OF TITLE TO A MOTOR VEHICLE

DO NOT ACCEPT TITLE SHOWING
ERASURE ALTERATION OR MUTILATION

THE STATE DEPARTMENT OF HIGHWAYS AND PUBLIC TRANSPORTATION CERTIFIES
THAT THE APPLICANT HEREIN NAMED HAS BEEN DULY REGISTERED IN THE OFFICE
OF THE DEPARTMENT AS THE LAWFUL OWNER OF THE MOTOR VEHICLE DESCRIBED BELOW

| ODOMETER READING | VEHICLE IDENTIFICATION NUMBER | TITLE NUMBER |
|---|---|---|
| 003900 | 1G3EZ11C8KU305803 | 25260183 |

OLDS
1989 2DR
462YNK

| WEIGHT | DEPARTMENTAL USE ONLY | DATE TITLE ISSUED |
|---|---|---|
| 3400 | T580529 | 11/20/89 |

MFG
CAPACITY
IN TONS

ORIGINAL

SAM WHITE OLDSMOBILE CO HOUSTON TX

LETICIA ABREGO
JESUS L ABREGO
PO BOX 858
BRAZORIA, TX   77422

09/18/89 FIRST CITY TX HOUSTON NA
PO BOX 4517
HOUSTON, TX   77210

1ST LIEN RELE...   NOV 1 4 1994

*This Title must be signed in ink upon receipt*

SIGNATURE OF OWNER OR AGENT

2ND LIEN RELEASED

DATE OF LIEN

DATE            BY            AUTHORIZED AGENT

NAME AND ADDRESS OF 2ND LIEN HOLDER

DATE            BY            AUTHORIZED AGENT

The applicant has affirmed under oath to be the owner of the above described motor vehicle, subject
to the herein described lien and encumbrances and no others, and it appears upon the official records
of the Department that at the date of the issuance of this certificate, said motor vehicle is subject to
the liens hereinbefore enumerated

R.E. STOTZER, JR., ENGINEER · DIRECTOR

DIAN K. NEILL, DIRECTOR DIVISION OF MOTOR VEHICLES

Signature

By: Leticia Abrego Jesus Jr. Abrego

Subscribed and
sworn to this _____ day of _____ 19___

_____
Notary Public

Cameron County, Texas

**DEBRY FINCH**
**NOTARY PUBLIC**
**State of Texas**
**Comm. Exp. 06-28-2000**

NAME OF _____

Odometer Reading

Notary Seal

By Authorized
Agent _____

Subscribed and
sworn to this
_____ day of _____ 19___

CitiPDF - www.fesio.com

JANICE CASSIDY
550 NORTH SAM HOUSTON BL.
P.O. BOX 592
SAN BENITO TX 78586

X   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

ABREGO          LETICIA          09 14 55          X  ABREGO          LETICIA

RT 1 BOX 757                          X          RT 1 BOX 757

SAN BENITO                    TX          SAN BENITO                    TX

78586          (956) 399-4223          78586          (956) 399-4223

09 14 55          X

X

JANICE CASSIDY

Signature on File          Signature on File

10/01/98

07 27 98          09 25 98

ARNOLD J MORRIS          752171417

.00

723.4          724.4

09 25 98 09 25 98 11 6  99205          1,3          137.00 1.0

752171417          X   24085-98100016 X          137.00          .00          137.00
(817) 595-0477
ARNOLD J MORRIS M.D.          INDUSTRIAL MEDICAL ASSOC.   ARNOLD J MORRIS M.D.
2419 GRAVEL RD          P.O. BOX 185153
FT.WORTH TX 76118          FORT WORTH TX 76118
10/01/98          MDF4307

JANICE CASSIDY
550 NORTH SAM HOUSTON BL.
P.O. BOX 592
SAN BENITO TX 78586

CAMPUS                                    X      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

AMBREGO      LETICIA    09 14 55    X    AMBREGO         LETICIA

RT 1 BOX 757                 X           RT 1 BOX 757

SAN BENITO              TX               SAN BENITO              TX

78586    (956) 399-4223                  78586    (956) 399-4223

GROUP NUMBER

                                                    09 14 55          X

                        X

                                         JANICE CASSIDY

Signature on File                        Signature on File

ILLNESS (First symptom) OR      10/26/98
INJURY (Accident) OR                     09 25 98
09 27 98    PREGNANCY(LMP)

ARNOLD J MORRIS              752171417

                                                                    .00

723.4                724.4

                              PROCEDURE                    DAY/EPSDT

09 25 98 09 25 98 11 6  99205       1,3    137.00 1.0

10 23 98 10 23 98 11 6  99214       1,3    71.00 1.0

752171417         X   24145-981000JG X        208.00    .00    208.00
                                                   (817) 595-0477
                  INDUSTRIAL MEDICAL ASSOC.   ARNOLD J MORRIS M.D.
ARNOLD J MORRIS M.D.   2419 GRAVEL RD         P.O. BOX 185153
                       FT. WORTH TX 76118     FORT WORTH TX 76118
        10/26/98                                   MDF4307

PLEASE DO NOT STAPLE IN THIS AREA

CASSIDY, JANICE
ATTORNEY AT LAW
P.O. BOX 592
SAN BENITO TX 78536

APPROVED OMB-0938-0008

# HEALTH INSURANCE CLAIM FORM

PICA

CARRIER

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | 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 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| ABREGO   LETICIA | 09 14 55 | M [ ] F [ ] | ABREGO   LETICIA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No. Street) |
|---|---|---|
| RT 1 BOX 757 | Self [X] Spouse [ ] Child [ ] Other [ ] | RT 1 BOX 757 |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| SAN BENITO | TX | Single [ ] Married [ ] Other [ ] | SAN BENITO | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 78586 | (956) 399-4223 | Employed [ ] Full-Time Student [ ] Part-Time Student [ ] | 78586 | (956) 399-4223 |

| 9. OTHER INSURED'S NAME (Last, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 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 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES [ ] NO [X] | 09 14 55 | M [ ] F [X] |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| | M [ ] F [ ] | YES [ ] NO [ ] | | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES [ ] NO [ ] | CASSIDY, JANICE |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES [ ] NO [ ] If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature on File**   DATE 11/20/98

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **Signature on File**

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 07 23 98 | 07 23 98 | FROM          TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| ARNOLD J MORRIS | | FROM          TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? | $ CHARGES |
|---|---|---|
| | YES [ ] NO [X] | .00 |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|---|
| 1. 724.2   3. | | |
| 2.   4. | 23. PRIOR AUTHORIZATION NUMBER | |

| 24. A. DATE(S) OF SERVICE From | A. To | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 01 98 | 10 01 98 | 99 | 4 | 72148 | 1 | 879.03 | 1.0 | | N | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 74-2753202 | [ ] [X] | 21040-981 000R | YES [ ] NO [ ] | $ 879.03 | $ .00 | $ 879.03 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| RIO GRANDE VALLEY IM **RGU/ET** | RIO GRANDE VALLEY IMG. CNT 1130 W.77 SUNSHINE STRIP SAN BENITO TX 78586 | RIO GRANDE VALLEY IMG. CENTER P.O. BOX 173484 ARLINGTON TX 76003-3484 |
| SIGNED          DATE 11/20/98 | | PIN#          GRP# |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8-88)   **PLEASE PRINT OR TYPE**   FORM HCFA-1500 (12-90) FORM OWCP-1500   FORM RRB-1500

002



CASSIDY, JANICE
ATTORNEY AT LAW
P.O. BOX 592
SAN BENITO TX 78586

## HEALTH INSURANCE CLAIM FORM

| CHAMPUS | CHAMPVA | | | | X | 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 |

ABREGO          LETICIA          09 14 55          X    ABREGO                    LETICIA

BOX 757                                  X                RT 1 BOX 757

AN BENITO                    TX                          SAN BENITO                    TX

78586          (956) 399-4223                          78586          (956) 399-4223

                                                        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

                                        X NO            09 14 55                              X

                    M          F          X          B

                                                        CASSIDY, JANICE

READ BACK OF FORM BEFORE COMPLETING
IZED PERSON'S SIGNATURE
Signature on File          DATE 11/02/98          Signature on File

07 23 98                                        07 23 98

PHYSICIAN OR OTHER SOURCE          C19624

ARNOLD J MORRIS

                                                                                .00

723.1

| | To | | Place of Service | Type of Service | PROCEDURES SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT HCPCS | MODIFIER | DIAGNOSIS CODE | CHARGES | DAYS OR UNITS | EPSDT Family Plan | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 01 98 | 10 01 98 | 99 | 4 | 72141 | 27 | 1 | 879.03 | 1.0 | | N | | |

1 2753202          X          21040-98110006 X                    879.03          .00          879.03

                                                                (817) 496-0024
                    RIO GRANDE VALLEY IMG.CNT     RIO GRANDE VALLEY IMG.CENTER
IO GRANDE VALLEY IM    1130 W.77 SUNSHINE STRIP     P.O. BOX 173484
RGUDL IOMG          SAN BENITO TX 78586          ARLINGTON TX 76003-3484
                    11/02/98

# DEE L. MARTINEZ, M.D.

3638 CRIPPLE CREEK DRIVE
DALLAS, TEXAS 75224-3720
(214) 331-9250 PHONE
(214) 331-9251 FAX

| BILL TO | PHYSICIAN INFO |
|---|---|
| JANICE A. CASSIDY, P.C.<br>ATTORNEY AT LAW<br>P.O. BOX 592<br>SAN BENITO, TEXAS  78586 | A. J. MORRIS, M.D.<br><br>PATIENT:  LETICIA ABREGO |

| DATE | INVOICE NO. | PATIENT NO. | REP | PATIENT |
|---|---|---|---|---|
| 10/1/98 | RGV1040 | RGV1040 | DAP | ABREGO, L |

| DATE OF SERVICE | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/1/98 | CERVICAL | PROFESSIONAL READING<br>MRI CERVICAL SPINE | 300.00 |
| | LUMBAR | PROFESSIONAL READING<br>MRI LUMBAR SPINE | 300.00 |

IT HAS BEEN A PLEASURE WORKING WITH YOU.
PLEASE MAKE CK PAYABLE TO DEE L. MARTINEZ, M.D.

**Total**   $600.00

# SPECIAL DAMAGES OF LETICIA ABREGO AS OF MARCH 20, 2001 –D/A:7/27/98

**VALLEY BAPTIST MEDICAL CENTER**
| | | |
|---|---|---|
| Emergency Room treatment on 7/27/98 | 76.30 | |
| Visit on 8/7/98 | 616.97 | |
| Total | | $ 693.27 |

**VALLEY RADIOLOGISTS & ASSOCIATES**
| | | |
|---|---|---|
| Professional Reading of Chest X-Ray on 8/7/98 | 33.00 | |
| Professional Reading of Neck/Spine X-Ray on 8/7/98 | 40.00 | |
| Total | | 73.00 |

**EMCARE-HAR EMERG PHYSICANS**
| | |
|---|---|
| Treatment in Emergency Room on 7/27/98 | 129.00 |

**HARLINGEN COMMUNITY EMERGENCY CARE
  FOUNDATION, INC.**
| | |
|---|---|
| Service on 7/27/98 | 135.50 |

**A. J. MORRIS, M. D.**
| | | |
|---|---|---|
| Initial visit on 9/25/98 | 137.00 | |
| Follow-up visits on 10/23/98, 1/22/99 | 142.00 | |
| Total | | 279.00 |

**RIO GRANDE VALLEY IMAGING CENTER**
| | | |
|---|---|---|
| MRI of Cervical Spine on 10/1/98 | 879.03 | |
| MRI of Lumbar Spine on 10/1/98 | 879.03 | |
| Total | | 1,758.06 |

**DEE L. MARTINEZ, M. D.**
| | | |
|---|---|---|
| Professional Reading of MRI of Cervical Spine on 10/1/98 | 300.00 | |
| Professional Reading of MRI of Lumbar Spine on 10/1/98 | 300.00 | |
| Total | | 600.00 |

**GARZA CLINIC – RAUL GARZA, JR., M.D.**
| | |
|---|---|
| Physical Therapy – Initial Visit on 11/10/98 | 365.00 |
| Physical Therapy on 11/11/98 | 190.00 |
| Physical Therapy on 11/12/98 | 180.00 |
| Physical Therapy on 11/16/98 | 150.00 |
| Physical Therapy on 11/17/98 | 170.00 |
| Physical Therapy on 11/19/98 | 180.00 |
| Physical Therapy on 12/7/98 | 185.00 |
| Physical Therapy on 12/8/98 | 210.00 |
| Physical Therapy on 12/10/98 | 135.00 |
| Physical Therapy on 12/14/98 | 165.00 |
| Physical Therapy on 12/15/98 | 135.00 |
| Physical Therapy on 7/12/00 | 115.00 |
| Physical Therapy on 7/17/00 | 125.00 |

Physical Therapy on 7/20/00        <u>145.00</u>

                                        $2450.00     2450.00

**TOTAL MEDICAL EXPENSES TO DATE:**             $6117.83

# VALLEY BAPTIST MEDICAL CENTER
## HARLINGEN, TEXAS 78550

EMERGENCY OUTPATIENT RECORD

15 p.

MEDICAL RECORDS

00000

**CHIEF COMPLAINT**
Belted driver in MVA, Broadsided on passenger side, c/o pain to entire left side, © side neck sore, ambulatory at scene

**ALLERGIES**
NKA

☐ ACUTE CARE  ☑ URGENT CARE  ☐ FAST TRACK

TEMP 98.7  PULSE 91  RESP 16  134/77

TIME SEEN BY PHYSICIAN 20:17

DIAGNOSTIC IMPRESSION: Muscle Strains S/P MVA

Possible Drug Allergies: NO KNOWN ALLERGI

RETURN OR SEE YOUR PHYSICIAN IMMEDIATELY IF YOUR CONDITION WORSENS

REFERRED TO P.T.D.

**ACCOUNT NUMBER** 981716988  **REGISTRATION DATE, TIME, CLERK** 27Jul98 19:14 LLANES, E ERM  **MR NUMBER** 00308624

**PATIENT**
ABREGO, Leticia
RT 1 BOX 757
SAN BENITO, TX  78586
(956)399-4223  (956)399-4223

EMPLOYER
SOUTHWESTERN BELL-HGN
401 E VAN BUREN
HARLINGEN, TX  7855 0
(956)421-7285

DOB 14Sep55
AGE 42
SEX F

**GUARANTOR**
ABREGO  Leticia
RT 1 BOX 757
SAN BENITO  TX  78586
(956)399-4223  449067238

EMPLOYER
SOUTHWESTERN BELL-HGN
401 E VAN BUREN
HARLINGEN  TX  78550
(956)421-7285

MS M
SS# 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

**INS.**
LITIGATION ACCOUNTS  GRP.POL. 449067238  CONTRACT  INSURED ABREGO  Leticia  RELATION Patient

**ADM RTE & SRV** PRIVATE PHYSICIAN 525
TORRES, JR. RUBEN

ED PHYSICIAN ON DUTY  ROOM & BED  TIME TO OBS  DATE, TIME RELEASED  7/27/98 2130

Case 1:01-cv-00056   Document 5   Filed in TXSD on 05/14/2001   Page 29 of 101

# VALLEY BAPT MEDICAL CENTER
## Harlingen, Texas
### 000003
## CONDITIONS TO ADMISSION I

## AUTHORIZATION FOR TREATMENT

I give consent to Valley Baptist Medical Center (VBMC), Valley Baptist Medical Center Physician Services, Inc., the medical staff and/or emergency staff, and resident physicians to perform any medical/surgical treatment and to administer anesthetic medications necessary for diagnosis and treatment. I realize that medicine is not an exact science and that guarantees have not been made to me about these medical/ surgical treatments. I also understand that this is a teaching hospital and all physician residents are under the supervision of a physician.

The Medical Center promotes its mission of education and has affiliations with several educational institutions. It includes, but is not limited to training of nursing students, nurse anesthetists, medical students, interns, residents and specified professional personnel. The intent of this association is to allow students the opportunity to gain clinical experience. Further, it is my understanding that members of Valley Baptist Medical and Dental Staff may employ specified professional personnel who have been credentialed to assist in the patient's care.

## INDEPENDENT CONTRACTOR STATUS

I understand that the physicians practicing in this hospital, including the emergency room physicians, radiologists, pathologists, anesthesiologists, and other physicians are independent contractors and are NOT agents, servants or employees of this hospital. I understand that the hospital cannot admit or control the healthcare or services rendered by any physician. I understand that I will be billed separately for physician services .

## EMPLOYEE EXPOSURE TO BLOOD AND BODY FLUIDS

I understand that in the event an employee or physician is exposed to patient's blood or body fluids, a blood sample for HIV (AIDS) and Hepatitis B antibodies will be obtained. I understand that if patient is to undergo a surgical or invasive procedure, a blood sample for detection of the HIV antibody will be obtained as ordered by the physician. I understand that I will be notified of testing. I understand that the results are confidential and will not be released to a third party without my permission.

## RELEASE OF INFORMATION / MEDICAL RECORDS

I hereby consent and authorize VBMC and any practitioner providing medical goods and services to patient to release information contained in any financial records and/or medical records, including diagnosis and treatment at VBMC or by any practitioner providing medical goods and services to patient, including, but not limited to, information concerning communicable diseases such as Human Immunodeficiency Virus (HIV), and Acquired Immune Deficiency Syndrome (AIDS), drug/alcohol abuse, psychiatric diagnosis and treatment records and/or laboratory tests results, medical history, treatment progress, and/or any other such related information to: (1) insurance company, self-funded or health plan, its agents, representatives, attorneys or independent contractors; (2) Medicare; (3) Medicaid; (4) any other person or entity that may be responsible for paying or processing for payment any portion of my hospital bill; (5) to any person or entity affiliated with or representing VBMC and any practitioner providing medical goods and services to patient for the purpose of administration, billing, and quality and risk management; or (6) to any other hospital, nursing home, or other healthcare institution or organization (e.g., home health, hospice) to which I am transferred. This consent and authorization applies to medical and/or financial records created in the course of and relating to this hospitalization. I understand that this information may be required to be released in order to obtain payment for my medical expenses incurred for treatment at VBMC and by any practitioner providing medical goods and services to patient. The consent to release medical information is subject to revocation at any time, except to the extent that action has been taken.

## WAIVER FOR VALUABLES

I understand VBMC is not responsible for personal effects such as purses, dentures, bridges, partial plates, eyeglasses, property, medications, valuables, including rings, watches, jewelry, money, etc. unless same has been checked into VBMC's safe and receipt issued. Property checked into the safe will not be surrendered without VBMC's receipt.

---

I have read, understand and agree to all of the above information.
*He leído, entendido y estoy de acuerdo con todo en la información.*

Date / Fecha  7·27·00

Signature of patient or legal representative
*(Firma del paciente o representante legal)*

Witness, as applicable *(Testigo(a), si es necesita.)*

PRINT FULL NAME, ADDRESS & PHONE NUMBER
*Nombre, dirección y teléfono (con letra de molde)*

VBMC 1600-098-0498

CutePDF - www.fasiss.com

# VALLEY BAPTIST MEDICAL CENTER
## Harlingen, Texas
### 000005
## CONDITIONS TO ADMISSION II

## ASSIGNMENT OF BENEFITS / INSURANCE REQUIREMENTS

In consideration of services rendered or to be rendered, I hereby irrevocably assign and transfer to VBMC all right, title and interest in all benefits/monies payable for services/supplies rendered, including but not limited to group medical/indemnity/self-insured/ERISA benefits/coverage UIM/UM/PIP, auto/homeowner insurance, benefits, payable for services/supplies rendered, and in all causes of action against any party or entity that may be responsible for payment of benefits/monies. I fully understand that in the event VBMC files a claim on my behalf that the same does not impose any contractual obligation or otherwise upon VBMC and that I remain fully responsible for instituting suit within the applicable statute of limitations regardless of the assignment of causes of action. I authorize VBMC to appeal any denial under my appeal rights provision. It is hereby agreed and understood that any condition precedent, subsequent or otherwise, including, but not limited to, pre-certification, pre-authorization, or second opinions shall remain the sole responsibility of patient and/or the patient's family, legal guardian, representative or agent. I understand that failure to pre-certify could result in reduced payments from patient's insurance company, leaving the undersigned financially responsible for the non-reimbursed portion of patient's bill. It is agreed and understood that the obtaining of verification of benefits and/or pre-certification does not in any form or fashion relieve patient or patient's family, other individual or entity signing on behalf of patient of any liability for the financial responsibility for goods and services provided or to be provided to patient VBMC and any physician.

I hereby authorize Valley Baptist Medical Center to appeal on my behalf any of my claim(s) with Wal-Mart, if applicable, Blue Cross and Blue Shield, if applicable, Humana, if applicable, and/or any payor which denies and/or delays payment of my claim(s). I, further, authorize that the payors listed herein and any other payors release any and all information requested and/or related to my claim(s) to Valley Baptist Medical Center. This authorization is irrevocable upon execution by me hereinbelow and any appeal brought by VBMC shall be as if it was brought by me personally.

## FINANCIAL RESPONSIBILITY

In consideration of services rendered or to be rendered to patient, the undersigned, whether he/she is the patient, patient's relative, patient's legal guardian, representative, agent, other individual or entity, hereby obligates himself/herself individually, to the hospital, physicians, surgeons, radiologists, pathologists, anesthesiologists

and consultants involved in patient's care and agrees to pay for any and all charges and expenses incurred or to be incurred. It is agreed and understood that regardless of any and all assigned benefits, I, as the designated responsible party, am responsible for the total charges for services rendered, and I agree that all amounts are due upon request and are payable to VBMC, Harlingen, Texas, and the appropriate physicians, surgeons, radiologists, pathologists, anesthesiologists and consultants involved in the patient's care and agrees to pay for any and all charges and expenses incurred or to be incurred. It is agreed and understood that should this account become delinquent and it becomes necessary for the account to be referred to an attorney or collection agency for collection or suit, I, as the designated responsible party or entity, shall pay all patient charges, reasonable attorney's fees and collection expenses. I agree that if this account results in a credit balance, the credit amount will be applied to any outstanding accounts, either current or bad debt. I agree to pay any additional patient portion of the bill.

## ASSIGNMENT OF CAUSE OF ACTION AND BENEFITS

I, the undersigned, for good and valuable consideration receipt of which is hereby acknowledged, assign and transfer, irrevocably, to Valley Baptist Medical Center, any and all claims, demands, suits, remedies, guarantees, liens and/or causes of action, at law or in equity, either in contract or in tort, statutory or otherwise, as well as any other claim, in whole or in part, which I may now have or may hereafter hold or possess, known or unknown, on account of, growing out of, relating to or concerning, whether directly or indirectly, proximately or remotely, any acts, omissions, events, transactions or occurrences that have occurred or failed to occur, which resulted in my injuries for which Valley Baptist Medical Center has provided and/or will provide medical goods and services to me. This Assignment of Cause of Action and Benefits shall be effective against any and all parties or entities that may bear or appear to bear liability for my injuries, including but not limited to, my employer, its direct and indirect subsidiaries, all of its officers, directors, agents, servants, successors, assigns and employees.

I assign and transfer to Valley Baptist Medical Center, any and all rights (including appeal rights), title and interest in any and all benefits, monies or other form of compensation paid or to be paid on my behalf as a result of this injury/illness. I understand and agree that this Assignment does not relieve me of my liability or responsibility for any and all charges incurred as a result of medical goods and services provided to me by Valley Baptist Medical Center.

I have read, understand and agree to all of the above information.
*He leído, entendido y estoy de acuerdo con todo en la información.)*

Signature of patient or legal representative
*(Firma del paciente o representante legal)*

Date/Fecha _____

Witness, as applicable *(Testigo(a), si es necesario)*

**PRINT FULL NAME, ADDRESS & PHONE NUMBER** *(Nombre, dirección y teléfono con letra de molde)*

VBMC 1600-099-0498

VALLEY BAPTIST MEDICAL CENTER HARLINGEN,TX. 78550  MR#0030862  000007

NAME: ABREGO, LETICIA     AGE: 42 ROOM: ER    ACCOUNT#981716988

EMERGENCY ROOM ASSESSMENT       DATE:  07/27/98     DR:  DAVIS

DATE OF BIRTH:  09/14/55.

TRIAGE TIME:  1900 hours.

TIME SEEN BY EMERGENCY ROOM PHYSICIAN:  2017 hours.

HISTORY: (SUBJECTIVE)
    CHIEF COMPLAINT:  Pain to the entire left side.
    HISTORY OF PRESENT ILLNESS:  This patient was a belted driver
    in a motor vehicle accident.  She was hit, struck T-barred
    into her vehicle in front of the driver's compartment on the
    driver's side, not the passenger's side.  She has pain on the
    left side, basically from her neck down.  She was out and
    walking at the scene, and she comes in for a check.
    REVIEW OF SYSTEMS:  The patient has had no loss of
    consciousness, did not hit her head.  She had no nausea or
    vomiting; no change in mentation, change in vision, change in
    walk.
    REMAINING REVIEW OF SYSTEMS NEGATIVE.
    PAST HISTORY:
    MEDICAL:  No medical diseases.
    SURGERY:  Previous surgeries include a cholecystectomy and a
    hysterectomy.
    MEDICATIONS:  She is on no medications.
    ALLERGIES:  She has no known allergies.
    FAMILY HISTORY:  Family history is negative for familial
    disease.
    SOCIAL HISTORY:  The patient is alone here.  Her husband has
    been here and will come back to pick her up.  She denies both
    smoking and alcohol.


PHYSICAL EXAMINATION:
    GENERAL APPEARANCE:  The patient is a well-developed,
    well-nourished white female looking her stated age.  She is in
    no acute distress.
    VITAL SIGNS:  Vital signs are a temperature of
    98.7° Fahrenheit, a pulse of 71, respirations of 16, and a
    blood pressure on admit of 136/77.

Case 1:01-cv-00056   Document 5   Filed in TXSD on 05/14/2001   Page 32 of 101

VALLEY BAPTIST MEDICAL CENTER HARLINGEN,TX. 78550  MR#00308624

NAME: ABREGO, LETICIA     AGE: 42 ROOM: ER    ACCOUNT#981716988

EMERGENCY ROOM ASSESSMENT      DATE: 07/27/98    DR: DAVIS

## PHYSICAL EXAMINATION (CONT'D.):

**HEENT:** The head is normocephalic, atraumatic. The eyes are clear. There is no scleral icterus or conjunctival pallor. The pupils are equal and reactive to light. The ears are clear bilaterally; no signs of blood or Battle sign. The nose is without rhinorrhea or blood. The throat is clear. The airway is patent, and mucous membranes are well hydrated.

**NECK:** The neck is supple. There is a little bit of tenderness in the left strap muscles. There is no posterior tenderness. She has pretty much full range of motion, but there is a little bit of pain on rotating her neck.

**LUNGS:** The lungs are clear to auscultation bilaterally.

**HEART:** The heart has a normal sinus rhythm.

**ABDOMEN:** The abdomen is soft, nontender, and the bowel sounds are normoactive. There is no hepatosplenomegaly or masses. There is minimal tenderness in the left flank and minimal tenderness in the left chest, but it is not like a tenderness of a broken rib.

**SKIN/EXTREMITIES:** The skin is clear. There are no rashes, lesions, or jaundice. Extremities: She has pretty much full range of motion of both upper and lower extremities. Straight-leg raising is negative bilaterally. She has no tenderness or motion in the pelvis or in the upper or lower extremities. There is a little tenderness in the lateral aspect of a clavicle, but it is really a minimal tenderness, not like a broken bone.

**NEUROLOGIC:** Cranial nerves III through XII are normal. The grips are equal. Lower extremity strength is equal. Deep tendon reflexes are equal bilaterally, and there are no pathological reflexes.

## MEDICAL DECISION:

**COURSE IN EMERGENCY DEPARTMENT:** This patient had an uneventful course in the emergency room. The patient is going to receive an ibuprofen 600 mg now. She will receive a Flexeril and Vicodin 5/500 now, all of which she is going to take together here.

**PROCEDURES:** There were no procedures.

**REVIEW OF ADMISSION ASSESSMENT FORM COMPLETED.**

**REVIEW OF DIAGNOSTIC TESTS:** Emergency department physician's assessment of ECG, x-ray and laboratory data--there was no laboratory or x-rays.

CSAPDF - www.faxiso.com

000009

VALLEY BAPTIST MEDICAL CENTER HARLINGEN,TX. 78550  MR#00308624

NAME: ABREGO, LETICIA     AGE: 42 ROOM: ER    ACCOUNT#981716988

EMERGENCY ROOM ASSESSMENT     DATE:  07/27/98    DR:  DAVIS

**DIAGNOSTIC IMPRESSION:**    Muscle strains, status post motor vehicle
accident.

**TREATMENT:**  The patient is going to get a prescription for Flexeril
and Vicodin, and I recommended that she get over-the-counter
ibuprofen because of the cheaper cost, and take that three, three
times a day every eight hours until the pain resolves; and she can
use the Flexeril and Vicodin also.  She was referred back to her
private medical doctor on a p.r.n. basis.  The only doctor who she
has put down is Dr. Torres who is her gynecologist.

**DISPOSITION:**
TIME OF COMPLETED ASSESSMENT BY EMERGENCY ROOM PHYSICIAN/
ACUITY AT TIME OF DISPOSITION:  The patient was discharged
from the emergency room in stable condition at about
2035 hours.

HARRY A. DAVIS, M.D.

HAD:sam
98//07/27//07/28
18i02938.ed

CC: _belted driver in mva broad-sided on passenger side c/o pain in entire (L) side_

☐ Patient requests EMD   ☐ Patient requests personal MD
☐ Personal MD requests EMD   _pain in entire (L) side_
Pt arrived in ER with the following:
☐ None   ☐ Foley Cath   ☐ IV #1 _____
☐ N/G Tube   ☐ Urine; Amt _____   ☐ IV #2 _____
☐ Backboard   ☐ Dressing _____   Site _____ Credit _____
☐ Cervical Collar   ☐ CPR   ☐ IVPB
☐ ET Tube  BS R___ L___   ☐ Other _____

## MEDICATIONS   ☐ See "Physician Medication Orders" (VBMC 1965-103)
☐ Meds unknown by patient.   ☐ Patient unsure of medication names
Description by patient: _____
_____
_____
_____
_____
_____

## PAST MEDICAL HISTORY   ☐ Per Patient   ☐ No One Available
☐ Patient denies any past medical history.
☐ Per Significant Other (ID) _____
☐ TB   ☐ COPD   ☐ Cardiac   ☐ Seizures   ☐ Respiratory   ☐ Neurological
☐ MI   ☐ Kidney   ☐ Ulcers   ☐ Bleeding   ☐ Pacemaker   ☐ Antidepressant
☐ CVA   ☐ Cancer   ☐ Diabetes   ☐ Steroids   ☐ Back Injury   ☐ Hypertension
☐ Blood Transfusion   Other _____

Blood Glucose:   ☐ No   ☐ Yes   Frequency _____
Past Hospitalization / Surgeries?   _Hyst, chole_
_____
_____
_____
Presently under TX for _____

### Skin Integument   ☐ WNL   ☐ Dry   ☐ Scaly   Initial _____
☐ Pressure Sore   ☐ Central Line _____   ☐ AV Graft _____
☐ Wound/Dressing (Location/Description) _____
_____
☐ Other _____

### H.E.E.N.T.   ☐ WNL   Initial: _____
☐ Blind   ☐ Vision Impaired  R ___ L ___
☐ Hearing Impaired  R ___ L ___   ☐ Difficulty Swallowing
☐ Other _____

### Musculoskeletal   ☐ Moves Extremities   Initial _____
☐ Amputation/Location _____
☐ Pain/Location _____
☐ Joint Swelling/Location _____
☐ Other _____

---

Allergies: ☒ NKA   ☐ See "Physician Medication Orders" (VBMC 1965-103)

000010

**PEDIATRICS ONLY**

Pediatric Immunizations current?   ☐ Yes   ☐ No   If no, refer to Health Dept.
Had Disease:   ☐ Rubella   ☐ Polio   ☐ Diphtheria   ☐ Chicken Pox
☐ Tetanus   ☐ Mumps   ☐ Small Pox   ☐ Whooping Cough

## REVIEW OF SYSTEMS (check all that apply)   Breath Sounds
**Respiratory**   ☒ No Distress                                R   L
☐ Trach/Stoma   ☐ Smoker _____ pkgs/day        R   L   ☐ Clear
☐ Cough/Sputum Appearance _____                         ☐   ☐ Crackles
☐ SOB   ☐ Slow   ☐ Deep   ☐ Shallow   ☐ Labored   ☐ Rapid   ☐   ☐ Wheezing
☐ Other _____                                           ☐   ☐ Rhonchi
                                                         ☐   ☐ Decreased
**Cardiac:** Pulse?  ☐ Regular   ☐ Strong   ☐ Rapid      ☐   ☐ Absent
☒ Irregular   ☐ Weak   ☐ Pedal Edema
☐ Pedal Pulses  R_____ L_____  (+ −)
☐ Chest Pain / Location / Duration _____

**Neurological**
☒ Conscious   ☐ Unconscious   ☐ Confused   ☐ Slow to Answer
☒ Alert   ☐ Combative   ☐ Numbness   ☐ Neck Rigidity
☒ Oriented   ☐ Disoriented   ☐ Lethargic   ☐ Tingling
☒ Memory Intact   ☐ Memory Impaired   ☐ Suspected ETOH/Drug Use
☒ Answers Appropriately   ☐ Other _____
Drainage: ☐ Ear   ☐ Nose   Description _____
**Speech:** ☒ WNL   ☐ Silent   ☐ Slurred   ☐ Unable to Speak   ☐ Incoherent
Primary Language _____
**Psychosocial** ☒ Cooperative   ☒ Good Eye Contact   ☐ Fearful
☐ Uncooperative   ☐ Flat Affect   ☐ Crying
**Appearance** ☒ Normal   ☐ Frail   ☐ Obese
**Hygiene** ☒ Normal   ☐ Dirty
**Skin Condition** ☒ Normal   ☒ Warm   ☐ Hot   ☒ Dry
☐ Cool   ☐ Cold   ☐ Moist
**Color** ☒ Normal   ☐ Pale   ☐ Cyanotic   ☐ Flushed
☐ Ashen   ☐ Rash   ☐ Mottled   ☐ Jaundiced

Date / Time _1900_   Initial / Signature _K Binclu___ RN_

### Gastrointestinal   ☐ WNL   ☐ Wt change   Initial _____
☐ Constipation   ☐ Diarrhea   ☐ Nausea/Vomiting   ☐ Feeding Tube
**Abdomen:** ☐ Tender   ☐ Rigid   ☐ Distended   ☐ Gastrostomy Tube
☐ Other _____   Diet _____
☐ Abd Pain/Location _____
☐ Ostomy/Type _____
Alcohol Intake _____   Last BM _____
### Genitourinary   ☐ WNL   Initial _____
☐ Frequency   ☐ Burning   ☐ Hematuria   ☐ Nephrostomy
☐ Incontinent   ☐ Retention   ☐ Urostomy   ☐ Foley/Suprapubic
VAG:   ☐ Bleeding/Description _____   LMP _____
☐ Discharge/Description _____
☐ Other _____

Date / Time _____   Initial / Signature _____ RN

# 1 UNIVERSAL

| Date/Time | NURSING DIAGNOSIS | INTERVENTION / OUTCOME |
|---|---|---|

**000011**

7/27/98 1950 — pt ambulated partially to rest room, but verbalized in pain, therefore taken by w.c. to their hotel to Room 6A and placed on bed ————— N. Morrow

7/27/98 — sats resting quietly, medication given per orders, voided side rails x2 ————— [initials]

7/27/98 2130 — pt discharged to follow up with own doctor, pt also advised about prescribed meds. pt verbalized understood all instruction. pt escorted to veh via w.c. no stress
————— N. Morrow

LLEY BAP__I  EDICAL CE_ ER
Harlingen, Texas

## ADMISSION ASSESSMENT

000012

| Date/Time | NURSING DIAGNOSIS | INTERVENTION / OUTCOME |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| VITAL SIGNS | TIME | TEMP | PULSE | RESP | B/P | V | M | (V)ALUABLES / (M)EDICATIONS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ___ ___ | | Kept with patient in ED |
| | | | | | | ___ ___ | | Sent to Unit with patient |
| | | | | | | ___ ___ | | Given to Security |
| | | | | | | ___ ___ | | Given to _____ |
| | | | | | | ___ ___ | | Given to _____ |

## PHYSICIAN SIGNATURE VERIFYING ORDERS FOR MEDICATIONS, PROCEDURES AND TREATMENTS (if needed)

_____ MD   Voice Order MD _____ / Nurse _____

**☑ DISCHARGED**
- ☐ Alone
- ☑ Accompanied by Adult
- Phone _____
- ☐ AMA

**CONDITION**
- ☐ Improved
- ☑ Stable
- ☐ Unchanged

**☐ ADMITTED**
Accompanied by

**TRANSPORT METHOD**
- ☐ Ambulatory
- ☑ Wheelchair
- ☐ Stretcher
- ☐ Carried in Arms

**TRANSPORT EQUIPMENT**
- ☐ O₂ _____
- ☐ Heart Monitor
- ☐ _____

VITAL SIGNS: (if indicated)  B/P 128/60  P 76  T 98-3  R 20  O₂ ____ %

Date 7/27/9?  Time 2130  Nurse Signature/Credentials M. Monoe RN

## TO BE COMPLETED ON ADMISSION TO NURSING UNIT

**How Arrived:**
- ☐ Ambulatory
- ☐ W/C
- ☐ Arms
- ☐ Ambulance
- ☐ Stretcher

**Admit From:**
- ☐ ED
- ☐ MD Office
- ☐ RR
- ☐ Other

**VITAL SIGNS:**
T _____  B/P _____  Ht _____
P _____  L _____  Weight _____ kg
R _____  R _____  ____ lbs ____ oz

| V | M | (V)ALUABLES / (M)EDICATIONS |
|---|---|---|
| ___ | ___ | Kept with patient in ED |
| ___ | ___ | Sent to Unit with patient |
| ___ | ___ | Given to Security |
| ___ | ___ | Given to _____ |
| ___ | ___ | Given to _____ |

**SAFETY ASSESSMENT**           PPI Level on
Admission _____
History of Falls  ☐ No   ☐ Yes

Date _____  Time _____  Nurse Signature/Credentials _____

## EDUCATION / DISCHARGE PLANNING ASSESSMENT:

**Cultural:** Patient / Family:

Speaks: ☐ English   ☐ Spanish   Other _____
Reads: ☐ English   ☐ Spanish   Other _____
Writes: ☐ English   ☐ Spanish   Other _____

Primary Caregiver/Other to be instructed (*name/phone*)_____
_____

**Psychosocial:**   Marital Status:   S   M   D   W

Lives: ☐ Alone   ☐ With Spouse   ☐ With Children   ☐ With Parents
         # of Children _____ ☐ Other _____
If applicable: ☐ Father's Age _____ ☐ Mother's Age _____
Feeding: ☐ Self   ☐ w/Assist
Performs ADL: ☐ Self   ☐ w/Assist   ☐ Unable
Utilities: ☐ Water   ☐ Electric   ☐ Kitchen Facilities
Special Education Needs: ☐ Requires Interpreter _____
_____

Demonstrates:   ☐ Readiness to Learn   ☐ Resistance to Education
☐ Understanding of reason for hospitalization_____
_____

Main concern about hospitalization _____
_____

Cultural Needs: ☐ Religion/Denomination) _____
☐ Food _____

**Limitations:**   Prosthesis _____
☐ Blind   Ⓛ   Ⓡ ☐ Glasses        ☐ Contacts   ☐ Hemianopsia
☐ Deaf   Ⓛ   Ⓡ ☐ Reads Lips   ☐ Uses Sign Language
☐ Expressive Language Deficit   ☐ Receptive Language Deficit
Affected Side: ☐ Right   ☐ Left   ☐ Neglect
Oriented to: ☐ Person   ☐ Time   ☐ Place   ☐ Disoriented
Level of Understanding: ☐ Good   ☐ Fair   ☐ Poor
☐ Other _____
Attention Span:   ☐ Adequate   ☐ Inadequate
☐ Hearing Aid(s)   Other _____
Dentures?   Yes   No        Dentures Used to Eat?   Yes   No
☐ Difficulty chewing        ☐ Difficulty swallowing

## SOCIAL SERVICE   ( Check all that apply)
☐ Nursing Home (Refer to SS)        ☐ Homeless (Refer to SS)
☐ Patient lives alone and has no apparent family or significant others.
☐ Patient will be unable to return to former living situation.
☐ Patient demonstrates a degree of confusion and/or disorientation.
☐ Patient is unable to take medication as prescribed.
☐ Patient unable to perform self-help activities / has difficulty in  mobility.
☐ History of non-compliance with health care plan.
☐ Patient may require special equipment or services after discharge.
☐ Readmission to ED/hospital within 15, 30 or 60 days.
☐ Potential for home infusion.
☐ Current Home Services: ☐ Day Care   ☐ Nurse   ☐ Housekeeper
☐ Other _____
Do you anticipate changes in your living situation after discharge?
☐ Yes   ☐ No   Explain _____
_____

## DIABETES ASSESSMENT
☐ Newly diagnosed        ☐ Gestational Diabetes
☐ Diabetes  out of control   ☐ Pediatric Diabetes

## ENTEROSTOMAL THERAPY
☐ Skin Breakdown / Incontinence   ☐ All Ostomies
☐ Braden Scale <16
☐ Pt. admitted with wound; followed by Wound Care Center

## INFECTION CONTROL:
☐ Readmission with infection (post-op wound, IV site, diarrhea,
   pneumonia, etc.)
☐ Communicable Disease:   ○ TB or exposure to TB   ○ Measles
   ○ Chicken pox   ○ Blood-borne disease   ○Other _____
## PHYSICAL THERAPY / REHAB SERVICES
☐ Recent/significant decline in ambulation.

## NUTRITIONAL RISK
☐ Wounds              ☐ Malnutrition        ☐ Anorexia
☐ CA - Esophageal, Gastric Colorectal      ☐ TPN / TF
☐ Readmission to hospital within 30 days
☐ Unexplained/Unintentional weight loss of >10 lbs within last month
   not related to diet, fluid, pulmonary DX, edema, diuresis or dialysis.

## OCCUPATIONAL THERAPY / REHAB SERVICES
Patient follows simple commands &/or gestures with recent/significant
decline in ability to:
☐ Use upper extremity(ies) functionally.
☐ Perform self-care skills (excluding bathing).

## RESPIRATORY THERAPY
☐ All patients with asthma.

## SPEECH/LANGUAGE PATHOLOGY/REHAB SERVICES
☐ On CVA/TIA patients, Pt fails nursing bedside dysphagia
   assessment & has difficulty taking medicines/liquids/foods.

## PATIENT RIGHTS & RESPONSIBILITIES
Directive to Physician? ☐ Yes  ☐ No    Copy on Chart? ☐ Yes ☐ No
Durable Power of Attorney for Health Care?  ☐ Yes ☐ No
   Copy on Chart?  ☐ Yes ☐ No
Pt wishes Directive to Physician.  ☐ Yes  ☐ No
Pt wishes Durable Power of Attorney for Health Care.  ☐ Yes ☐ No
Pt has Directive to Physician but it is not available.  ☐ Yes ☐ No
Name of Person to bring? _____
Pt. wishes to create directive to apply until unavailable directive
   is delivered. Contact Guest Relations/House Supervisor.  ☐ Yes ☐ No
Organ Donor Card prepared? ☐ Yes ☐ No
VBMC Information Book provided?  ☐ Yes ☐ No

## REFERRALS INITIATED ON ADMISSION:
☐ Diabetes (8199994)        ☐ Enterostomal Therapy (4590006)
☐ Food Service (DR001)       ☐ Occupational Therapy (3890003)
☐ Infection Control (1490010)   ☐ Respiratory Therapy (MISCRC)
☐ Physical Therapy (3790110)    ☐ Speech/Language Therapy (3990024)
☐ Social Services (SS001)

☐ *No Referrals Identified on Admission*

Assessed By: _____RN

Date _____        Time _____

ADMISSION ASSESSMENT
Harlingen, Texas
VALLEY BAPTIST MEDICAL CENTER

000013

VBMC-1610-039-0897

ALLEY BAPTIST MEDICAL CENT

2101 PEASE STREET  --  HARLINGEN, TEXAS 78550  --  PHONE: (512) 421-1860

DISCHARGE INSTRUCTIONS FOR << LETICIA ABREGO >>          000014

Our doctors and staff appreciate your choosing us for your emergency medical
care needs. ; Read these aftercare instructions carefully.  Please call us if
you have any questions about your medical problem. We are here to serve you.

The VBMC Outpatient Pharmacy is open from 8:00AM until 7:00PM  each weekday
and from 8:00AM until 12:00PM pm Saturdays to fill your initial prescription
which may have been written by your physician in  the  Emergency Department.
The Outpatient Pharmacy is located on the  first  floor  of the Professional
Office  Building beside the hospital  at 2121 Pease Street.   Because we are
unable to include the cost of your prescription  on the Emergency Department
bill,  you  will be asked to pay for  the  prescription  at  the  time  it is
dispensed.   Of  course  you are  free to receive your home medications from
whichever source you choose.

IMMUNIZATIONS
Cameron County Health Department provides immunization clinics regularly.
You may call 423-3516 to arrange follow up immunizations.
-------------------------------------------------------------------------------
MUSCLE STRAIN:
Your exam shows you have a strained muscle. This means there is a tear or
pull in the muscle due to over-exertion or stretching. Most muscle pulls heal
in just a few days; more severe strains may require weeks to heal. Treatment
for muscle strains includes:
        * Rest and protect the affected area until pain with motion is gone.
        * Apply ice packs every few hours for the next 2-3 days. After two
          days you can use heat to relieve muscle spasm.
        * Compression wraps help control swelling and limit movement.
        * Medicine to reduce pain and inflammation is often useful.

Exercises to strengthen and stretch the injured muscle can help heal the
strain and prevent repeated injury.
Please see your doctor if your strained muscle is not improving after one
week of treatment, or if you have any other concerns about your injury.
-------------------------------------------------------------------------------
ADDITIONAL INSTRUCTIONS:
TAKE MEDICATIONS AS PRESCRIBED.  TAKE IBUPROFEN 3 TABS BY MOUTH THREE
TIMES PER DAY EVERY 8 HOURS UNTIL PAIN RESOLVES.  RETURN TO ER IF
SYMPTOMS WORSEN.
-------------------------------------------------------------------------------
PRESCRIPTIONS:
Fill all the prescriptions ordered by your doctor and take them as directed.
    * If you have been given an antibiotic, be sure to take all of it.
    * Keep your drugs out of the reach of children, in a cool, dry, dark place.
    * Don't give your medicine to other people or use it for other illnesses.
    * Call us right away if you have problems with drug side-effects or allergy.
Bring your medicines with you any time you go to emergency for treatment.
-------------------------------------------------------------------------------
NARCOTIC PAIN MEDICINE:
You have been prescribed a narcotic for pain relief.  These drugs are usually
combined with acetaminophen (Tylenol#3, Percocet, Darvocet, Anexsia, Vicodin)
or aspirin (Empirin#3, Percodan, Synalgos-DC) for increased effect. Narcotics
act on the central nervous system to reduce pain; they also impair mental
alertness and physical abilities. We advise you not to drink alcohol, drive a
car, or operate dangerous equipment when you are taking one of these drugs.

You can lessen stomach irritation from your medicine by taking it with meals or a full glass of water.  Common side effects of narcotics are:  nausea and vomiting, heartburn, constipation, dizziness, sleepiness, and mood changes. If you have bothersome side effects or symptoms of an allergic reaction (itching, hives, rash), stop taking your medicine and call your doctor or the emergency room right away.  Please keep your narcotic medicine well out of the reach of children.

---

**SKELETAL MUSCLE RELAXANTS:**
Your doctor has prescribed a muscle relaxant for you.  These drugs can help reduce painful muscle spasms and improve motion in neck and back injuries. They are effective only for a brief period following an injury, because muscle spasm does not usually last a long time.  These medicines add to the effects of alcohol, pain pills, antihistamines, and tranquilizers.

We advise you not to drive a car or operate dangerous equipment while taking this medicine.  Common side effects include:  drowsiness, dry mouth, dizziness, mental depression.  These medicines should not be taken during pregnancy.  Contact your doctor right away if you have any allergy symptoms (itching, rash, hives, fever) or other troublesome side effects.

---

**FOLLOW-UP CARE:**
Your physician today has been DR. HARRY DAVIS
For follow-up care you should see your doctor or return here in _____ days. When you see your doctor, bring your medicines and instructions to the office.  If you had x-rays, an EKG, or lab tests today, they have been reviewed by your doctor. We will contact you at once if other important findings are noted after further review by our staff. If you do not continue to improve or if your condition worsens, please call your doctor or the emergency room right away.

I acknowledge receipt of these instructions.  I understand that my condition may require more care and will arrange for further treatment as recommended.

_____            _____
      Staff Signature              Patient or Representative Signature
              Monday, July 27, 1998 - 08:22 PM

# VALLEY BAPTIST MEDICAL CENTER
## HARLINGEN, TEXAS 78550

**EMERGENCY / OUTPATIENT RECORD**

**MEDICAL RECORDS**

00000 1

CHIEF COMPLAINT: c/o (L) back & shoulder pain due to accident on 7-27  work now

LMP: hysterectomy

NURSE SIGNATURE: _____

ALLERGIES: (NKA)

☐ ACUTE CARE  ☐ URGENT CARE  ☑ FAST TRACK

(IF INDICATED) O₂ SAT 100 %

| TEMP | PULSE | RESP | | EMR | URG | NSN | IN | NON | SUR | MED | CRT | PED | NEU | EYE | ENT | GU | PSY | OTH | PEDI | WT | TRIAGE TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 98.6 | 70 | 16 | /82 | | | | | | | | | | | | | | | | | | 20:3 |

TIME SEEN BY PHYSICIAN: _____  HISTORY AND PHYSICAL EXAM  DR. _____ REQUESTS EMD TO SEE PT TIME _____

H & P DICTATED X

(R) RESTRAINED DRIVER → hit on driver's side. (+) ↑ pain (L) NECK → trapezius pain (L) scapula → (L) ANT CHEST ( (L) humerus.

MEDICAL — ∅
SURGERY — Hyst / Chole
SHX ∅
FHX — DM / ⊕ - F.

EKG — NSR
No acute Δ.

EMD CONSULT WITH DR. _____ TIME: _____

DIAGNOSTIC IMPRESSION:  STAT ORDERS 335

Possible Drug Allergies: NO KNOWN ALLERGI

① Acute muscular spasm of neck / BACK 2° to MVA.
No fx / No neuro Δ.

O₂ BP PO₂ ... pulse ox → 100%
TORADOL 60mg IM.

RETURN OR SEE YOUR PHYSICIAN IMMEDIATELY IF YOUR CONDITION WORSENS

[Plan] → Motrin 600 mg TID / HS
Flexeril 10mg TID
Vicodin ① PO q 4-6 PRN pain
↑ fluids

☐ SEE NOW
☐ SEE IF NEEDED
MAKE AN APPOINTMENT

PRINTED INSTRUCTIONS GIVEN ☑   NURSE SIGNATURE _____   PHYSICIAN SIGNATURE _____   RECEIVED AND UNDERSTOOD INSTRUCTIONS

INK 724.8 ICD

MEANS OF ARRIVAL  LAST VISIT IN _____ HRS

Amb

☐ GOLD CHARTS

| ACCOUNT NUMBER | CC | REGISTRATION DATE TIME | CLERK | TYPE | SRV | ATTENDING PHYSICIAN | MR NUMBER |
|---|---|---|---|---|---|---|---|
| 981755770 | | 7aug98 20:57 | MARTINE E | ERM | | | 00308624 |

**PATIENT**
ABREGO, Leticia
RT 1 BOX 757
SAN BENITO, TX 78586
(956)399-4223   (956)399-4223

EMPLOYER
SOUTHWESTERN BELL-HGN
401 E VAN BUREN
HARLINGEN, TX 7855  6
(956)421-7285

DOB 14Se055
AGE 42
SEX F

**GUARANTOR**
ABREGO   Leticia
RT 1 BOX 757
SAN BENITO   TX  78586
(956)399-4223   449067238

EMPLOYER
SOUTHWESTERN BELL-HGN
401 E VAN BUREN
HARLINGEN  TX  78550
(956)421-7285

MS M
SS# 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

**INS.**
LITIGATION ACCOUNTS   449067238   INSURED ABREGO   Leticia Patie

| ADMIT. PRIVATE PHYSICIAN & SRV | GRP POL | E. D PHYSICIAN ON DUTY | ROOM & BED | TIME TO OBS | DATE TIME RELEASED |
|---|---|---|---|---|---|
| TORRES. W. BUREN | | DrMarsh | | | 2152 |

# VALLEY BAPTIST MEDICAL CENTER
## Harlingen, Texas
### 000003
## CONDITIONS TO ADMISSION I

## AUTHORIZATION FOR TREATMENT

I give consent to Valley Baptist Medical Center (VBMC), Valley Baptist Medical Center Physician Services, Inc., the medical staff and/or emergency staff, and resident physicians to perform any medical/surgical treatment and to administer anesthetic medications necessary for diagnosis and treatment. I realize that medicine is not an exact science and that guarantees have not been made to me about these medical/ surgical treatments. I also understand that this is a teaching hospital and all physician residents are under the supervision of a physician.

The Medical Center promotes its mission of education and has affiliations with several educational institutions. It includes, but is not limited to training of nursing students, nurse anesthetists, medical students, interns, residents and specified professional personnel.   The intent of this association is to allow students the opportunity to gain clinical experience.  Further, it is my understanding that members of Valley Baptist Medical and Dental Staff may employ specified professional personnel who have been credentialed to assist in the patient's care.

## INDEPENDENT CONTRACTOR STATUS

I understand that the physicians practicing in this hospital, including the emergency room physicians, radiologists, pathologists, anesthesiologists, and other physicians are independent contractors and are NOT agents, servants or employees of this hospital.  I understand that the hospital cannot admit or control the healthcare or services rendered by any physician. I understand that I will be billed separately for physician services .

## EMPLOYEE EXPOSURE TO BLOOD AND BODY FLUIDS

I understand that in the event an employee or physician is exposed to patient's blood or body fluids, a blood sample for HIV (AIDS) and Hepatitis B antibodies will be obtained.  I understand that if patient is to undergo a surgical or invasive procedure, a blood sample for detection of the HIV antibody will be obtained as ordered by the physician. I understand that I will be notified of testing. I understand that the results are confidential and will not be released to a third party without my permission.

## RELEASE OF INFORMATION / MEDICAL RECORDS

I hereby consent and authorize VBMC and any practitioner providing medical goods and services to patient to release information contained in any financial records and/or medical records, including diagnosis and treatment at VBMC or by any practitioner providing medical goods and services to patient, including, but not limited to, information concerning communicable diseases such as Human Immunodeficiency Virus (HIV), and Acquired Immune Deficiency Syndrome (AIDS), drug/alcohol abuse, psychiatric diagnosis and treatment records and/or laboratory tests results, medical history, treatment progress, and/or any other such related information to: (1) insurance company, self-funded or health plan, its agents, representatives, attorneys or independent contractors;  (2) Medicare; (3) Medicaid; (4) any other person or entity that may be responsible for paying or processing for payment any portion of my hospital bill; (5) to any person or entity affiliated with or representing VBMC and any practitioner providing medical goods and services to patient for the purpose of administration, billing, and quality and risk management; or (6) to any other hospital, nursing home, or other healthcare institution or organization (e.g., home health, hospice) to which I am transferred. This consent and authorization applies to medical and/or financial records created in the course of and relating to this hospitalization.  I understand that this  information may be required to be released in order to obtain payment for my medical expenses incurred for treatment at VBMC and by any practitioner providing medical goods and services to patient.  The consent to release medical information is subject to revocation at any time, except to the extent that action has been taken.

## WAIVER FOR VALUABLES

I understand VBMC is not responsible for personal effects such as purses, dentures, bridges, partial plates, eyeglasses, property, medications, valuables, including rings, watches, jewelry, money, etc. unless same has been checked into VBMC's safe and receipt issued.   Property checked into the safe will not be surrendered without VBMC's receipt.

---

I have read, understand and agree to all of the above information.
*He leído, entendido y estoy de acuerdo con todo en la información.*

Date / Fecha ___8/7/6✓___

X _____
Signature of patient or legal representative
*(Firma del paciente o representante legal)*

_____
Witness, as applicable *(Testigo(a), si es necesita.)*

**PRINT FULL NAME, ADDRESS & PHONE NUMBER**
*Nombre, dirección y teléfono (con letra de molde)*

VBMC 1600-098-0498

Case 1:01-cv-00056   Document 5   Filed in TXSD on 05/14/2001   Page 42 of 101

# VALLEY BAPTIST MEDICAL CENTER
## Harlingen, Texas
### CONDITIONS TO ADMISSION

000005

## ASSIGNMENT OF BENEFITS / INSURANCE REQUIREMENTS

In consideration of services rendered or to be rendered, I hereby irrevocably assign and transfer to VBMC all right, title and interest in all benefits/monies payable for services/supplies rendered, including but not limited to group medical/indemnity/self-insured/ERISA benefits/coverage UIM/UM/PIP, auto/homeowner insurance, benefits, payable for services/supplies rendered, and in all causes of action against any party or entity that may be responsible for payment of benefits/monies. I fully understand that in the event VBMC files a claim on my behalf that the same does not impose any contractual obligation or otherwise upon VBMC and that I remain fully responsible for instituting suit within the applicable statute of limitations regardless of the assignment of causes of action. I authorize VBMC to appeal any denial under my appeal rights provision. It is hereby agreed and understood that any condition precedent, subsequent or otherwise, including, but not limited to, pre-certification, pre-authorization, or second opinions shall remain the sole responsibility of patient and/or the patient's family, legal guardian, representative or agent. I understand that failure to pre-certify could result in reduced payments from patient's insurance company, leaving the undersigned financially responsible for the non-reimbursed portion of patient's bill. It is agreed and understood that the obtaining of verification of benefits and/or pre-certification does not in any form or fashion relieve patient or patient's family, other individual or entity signing on behalf of patient of any liability for the financial responsibility for goods and services provided or to be provided to patient VBMC and any physician.

I hereby authorize Valley Baptist Medical Center to appeal on my behalf any of my claim(s) with Wal-Mart, if applicable, Blue Cross and Blue Shield, if applicable, Humana, if applicable, and/or any payor which denies and/or delays payment of my claim(s). I, further, authorize that the payors listed herein and any other payors release any and all information requested and/or related to my claim(s) to Valley Baptist Medical Center. This authorization is irrevocable upon execution by me hereinbelow and any appeal brought by VBMC shall be as if it was brought by me personally.

## FINANCIAL RESPONSIBILITY

In consideration of services rendered or to be rendered to patient, the undersigned, whether he/she is the patient, patient's relative, patient's legal guardian, representative, agent, other individual or entity, hereby obligates himself/herself individually, to the hospital, physicians, surgeons, radiologists, pathologists, anesthesiologists

and consultants involved in patient's care and agrees to pay for any and all charges and expenses incurred or to be incurred. It is agreed and understood that regardless of any and all assigned benefits, I, as the designated responsible party, am responsible for the total charges for services rendered, and I agree that all amounts are due upon request and are payable to VBMC, Harlingen, Texas, and the appropriate physicians, surgeons, radiologists, pathologists, anesthesiologists and consultants involved in the patient's care and agrees to pay for any and all charges and expenses incurred or to be incurred. It is agreed and understood that should this account become delinquent and it becomes necessary for the account to be referred to an attorney or collection agency for collection or suit, I, as the designated responsible party or entity, shall pay all patient charges, reasonable attorney's fees and collection expenses. I agree that if this account results in a credit balance, the credit amount will be applied to any outstanding accounts, either current or bad debt. I agree to pay any additional patient portion of the bill.

## ASSIGNMENT OF CAUSE OF ACTION AND BENEFITS

I, the undersigned, for good and valuable consideration receipt of which is hereby acknowledged, assign and transfer, irrevocably, to Valley Baptist Medical Center, any and all claims, demands, suits, remedies, guarantees, liens and/or causes of action, at law or in equity, either in contract or in tort, statutory or otherwise, as well as any other claim, in whole or in part, which I may now have or may hereafter hold or possess, known or unknown, on account of, growing out of, relating to or concerning, whether directly or indirectly, proximately or remotely, any acts, omissions, events, transactions or occurrences that have occurred or failed to occur, which resulted in my injuries for which Valley Baptist Medical Center has provided and/or will provide medical goods and services to me. This Assignment of Cause of Action and Benefits shall be effective against any and all parties or entities that may bear or appear to bear liability for my injuries, including but not limited to, my employer, its direct and indirect subsidiaries, all of its officers, directors, agents, servants, successors, assigns and employees.

I assign and transfer to Valley Baptist Medical Center, any and all rights (including appeal rights), title and interest in any and all benefits, monies or other form of compensation paid or to be paid on my behalf as a result of this injury/illness. I understand and agree that this Assignment does not relieve me of my liability or responsibility for any and all charges incurred as a result of medical goods and services provided to me by Valley Baptist Medical Center.

I have read, understand and agree to all of the above information.
*He leído, entendido y estoy de acuerdo con todo en la información.)*

Date/Fecha _____ 8/7/68

Signature of patient or legal representative
*(Firma del paciente o representante legal)*

Witness, as applicable *(Testigo(a), si es necesario)*

**PRINT FULL NAME, ADDRESS & PHONE NUMBER** *(Nombre, dirección y teléfono (con letra de molde)*

VBMC 1600-099-0498

**VALLEY BAPTIST MEDICAL CENTER HARLINGEN, TX. 78550   MR# 030-86-24**   000007

**NAME: ABREGO, LETICIA        AGE: 42   ROOM: ER    ACCOUNT#  981755770**

**EMERGENCY ROOM ASSESSMENT        DATE: 8-07-98    DR: MOHUN**

---

**DATE OF BIRTH**: September 14, 1955.

**TIME SEEN BY EMERGENCY ROOM PHYSICIAN**:   2145 hours.

**HISTORY**: (SUBJECTIVE)
   **CHIEF COMPLAINT:**  Left scapular pain.
   **HISTORY OF PRESENT ILLNESS:**  This is a 42-year-old Latin-American female who presents for evaluation of persistent left neck, left scapular and left anterior pain.   The patient was involved in a motor-vehicle accident on July 27, 1998, she was a restrained driver and was involved in an motor-vehicle accident where another car struck the driver side of the car.   The patient at that time was thrown against the seat belt and presented to the emergency department with acute muscular strain of the neck, back and anterior chest.   The patient was treated with medications including Motrin, Flexeril and she experienced good improvement with her medications.   However, over the past week her medications have run out, he has had a recurrence of the spasm and pain to the neck, back and chest.   Now presents for evaluation.   There has been no shortness of breath, nausea, vomiting or diaphoresis.   There has been no fevers, chills, cough, congestion or sputum production.   The patient denies any radiating pain from the neck, there is no numbness or weakness of the arms or legs.   There has been on blurred vision or decreased mental status and there have been no syncopal episodes.   The patient does have increased muscular spasm to the left trapezius muscle.   She denies any neck pain, there is no stiffness or tenderness noted to the cervical spine itself.   The patient denies any abdominal pain, flank pain, pelvic pain or pain to the extremities.
   **REVIEW OF SYSTEMS:**  Constitutional symptoms are negative for fevers, chills, or generalized weakness.   There is no anorexia or weight loss.   Ears, nose, throat and mouth are negative.  Hematologic and lymphatic negative.  Allergic and immunologic negative.  Eyes, neuro, skin, respiratory all negative.  GI, cardiovascular, GU, psych and endocrine are negative.  Musculoskeletal is positive for increased muscular spasm to the left trapezius muscle, parascapular muscles and anterior chest.
   **REMAINING REVIEW OF SYSTEMS NEGATIVE.**

000008

VALLEY BAPTIST MEDICAL CENTER HARLINGEN, TX. 78550  MR# 030-86-24

NAME: ABREGO, LETICIA        AGE: 42   ROOM: ER      ACCOUNT# 981755770

EMERGENCY ROOM ASSESSMENT        DATE: 8-07-98    DR: MOHUN

---

**PAST HISTORY:**
**MEDICAL:**  Past medical history is unremarkable.  She denies
any history of hypertension, diabetes, heart or lung
disease.  There has been no thyroid disease or peptic ulcer
disease.
**IMMUNIZATIONS:**  Up-to-date.
**SURGERY:**  Surgical history is pertinent for a hysterectomy,
cholecystectomy.
**MEDICATIONS:**  Include Flexeril and Motrin.
**ALLERGIES:**  None.
**FAMILY HISTORY:**  Strong for both diabetes and heart disease
in her father.
**SOCIAL HISTORY:**  The patient does not drink or smoke or use
drugs.

**PHYSICAL EXAMINATION:**
**GENERAL APPEARANCE:**  This is a well-nourished, well-
developed slightly obese Latin-American female in mild to
moderate distress.  The patient is sitting on the edge of th
stretcher, she is awake, alert, able to relate a clear and
concise past medical history.
**VITAL SIGNS:**  Blood pressure was 138/82, respiratory rate
was 16 and unlabored.  Pulse was 70 and regular, and
temperature was 98.6° Fahrenheit tympanic.  Pulse oximetry
was 100% on room air.
**HEENT:**  The pupils are equally round and reactive to light.
Sclera is clear.  Conjunctiva shows good color.  The TMs and
throat are clear.  Otherwise skull was nontender, there is
no palpable fractures and the skull was normocephalic,
atraumatic.
**NECK:**  Neck is supple.  There is no cervical spine
tenderness.  There is mild paracervical muscular spasm to
the left paracervical muscles.  There is increased muscular
spasm at the left trapezius muscles.  Trachea is midline.
**CHEST/LUNGS:**  Chest shows symmetrical expansion.  There is
no rib or sternal tenderness. Good diaphragmatic excursions.
There is tenderness noted to the left parascapular muscles
and mild tenderness to the left upper anterior chest.  There
is no palpable fracture and there is no subcutaneous
emphysema noted.  Lungs clear to auscultation and
percussion.  There is no rales, rhonchi or wheezing.

CAMPOS www.lewis-lewis.com

000009

VALLEY BAPTIST MEDICAL CENTER HARLINGEN, TX. 78550  MR# 030-86-24

NAME: ABREGO, LETICIA      AGE: 42   ROOM: ER    ACCOUNT# 981755770

EMERGENCY ROOM ASSESSMENT       DATE: 8-07-98   DR: MOHUN

**HEART:**  Heart shows a regular rate and rhythm without murmur, gallop, or rub.
**ABDOMEN:**  Abdominal exam is soft, nontender.  There are good bowel sounds.  There is no rebound, guarding, or costovertebral angle tenderness.
**BACK:**  Only pertinent for the parascapular muscular tenderness.  There is no tenderness noted to the thoracic or lumbar spine and there CVA tenderness noted.  Pelvis is nontender.
**SKIN/EXTREMITIES:**  Skin is clear.  Extremities show full range of motion, good pulses, good capillary refill.  There is no cyanosis, clubbing, or edema.
**GENITALIA/RECTAL:**  Deferred.
**NEUROLOGIC:**   The patient is awake, alert, oriented times three.  Cranial nerves II through XII are within normal limits; and motor, sensory, and cerebellar exams are within normal limits.
**MUSCULOSKELETAL:**  Pertinent for increased muscular spasm of the left trapezius muscles, left parascapular muscles in the left upper anterior chest.  There is also very mild soreness noted to the left biceps, but the patient has full range of motion.  There is minimal discomfort noted.  Lymphadenopathy non-detectable.  All rest of physical exam and organ system review is unremarkable.

**MEDICAL DECISION:**
**COURSE IN EMERGENCY DEPARTMENT:**  The patient presents with a history of increased muscular spasm after a motor-vehicle accident and underwent a complete physical exam and x-ray evaluation.  The ER course was uneventful.
**PROCEDURES:**  None.
**REVIEW OF ADMISSION ASSESSMENT FORM COMPLETED.**
**REVIEW OF DIAGNOSTIC TESTS:**  Emergency department physician's assessment of ECG, x-ray and laboratory data includes a cervical spine series which was negative, showing no evidence of fracture or dislocation.  There was some straightening of the cervical spine indicating increased muscular spasm.  There is no increased widening of the prevertebral space and there is no prevertebral swelling noted.  Chest x-ray was clear.  There is a normal size heart.  There is no pneumomediastinum or pneumothorax noted.  There are no pleural effusions or rib fractures noted.  ECG

# 000010

**VALLEY BAPTIST MEDICAL CENTER HARLINGEN, TX. 78550   MR# 030-86-24**

**NAME: ABREGO, LETICIA      AGE: 42   ROOM: ER    ACCOUNT# 981755770**

**EMERGENCY ROOM ASSESSMENT        DATE: 8-07-98   DR: MOHUN**

showed a normal sinus rhythm with nonspecific ST and T wave changes, no acute changes were noted.  This was reviewed with the patient.
**REVIEW OF OLD MEDICAL RECORDS:**  Old records were reviewed.

**DIAGNOSTIC IMPRESSION:**     1) Acute muscular spasm of the cervical spine, there is no fracture, no neurologic deficit.
2) Acute muscular spasm of the parascapular muscles, there is no fracture, no neurologic deficit.

**TREATMENT/DISPOSITION:**  The patient was admitted to the emergency department and underwent complete physical examination and evaluation for persistent muscular spasm after a motor-vehicle accident.  The patient initially improved on medications, however, she has had increased muscular spasm over the past three to four days.  The patient has been under increased stress and if felt to be the probable etiology for her persistent pain and tenderness in the left trapezius, parascapular and left anterior chest.  The x-rays of all areas are negative showing no fracture.  Her exam is unremarkable, she shows no orthostatic changes and there is no evidence of intra-abdominal bleeding.  The patient was treated with Toradol 60 mg IM with complete resolution of her discomfort.   She is awake, alert, ambulatory and feels markedly improved at this time.  She was released at 2335 hours with the following discharge plan.

**DISCHARGE PLAN:**  Motrin 600 mg t.i.d, Flexeril 10 mg t.i.d., Vicodin 1 p.o. q. 4-6 hours p.r.n. pain, increase fluids.  He denies to her muscular aches and pains and to return if there are any further problems or worsening of condition, otherwise she is to follow up with the San Benito Medical Associates.  She is released at 2335 hours in a stable and improved condition at this time.

MICHAEL T. MOHUN, M.D.

MTM:dg
98/0808//0808
I8J07123.ED

Case 1:01-cv-00056   Document 5   Filed in TXSD on 05/14/2001   Page 47 of 101



ABREGO, LETICIA

43 yrs    Female    Hispanic

7 AUG 1998          22:49:28                    00308624

PR   .095
QRSD .081
QT   .390
QTc  .380

- AXES -
P   61
QRS 23
T   12

000011

(NSR  ) = Normal sinus rhythm, rate 57 [Remains] -     -
(CLAE ) = Consider left atrial enlargement [Remains] -  -   -
LVOLFB)+ Borderline low voltage in frontal leads -      -   -
         [Now Present]
(RAE  ) - [Now Absent] Right atrial enlargement         -   -  Normal P axis, NSR, rhythm
                                    - BORDRLINE ECG     -   -  P yl -.10 mV, negative
                                                              6 frontal leads < .6 mV

I                          aVR                     V1                     V4

II                         aVL                     V2                     V5

III                        aVF                     V3                     V6

II

COMPARED TO: 9 MAY 1997 12:43:06, CONFIRMED BY EF - AB

Valley Baptist Medical Center - Emergency Room

PRELIMINARY - MD MUST REVIEW.

Requested by
MOHUN
Tech BR    vf
Room FT-D
C-HP708

Acct No:
981755770

ioc 42101-0000

25 mm/sec    10.0 mm/mV

F ~ W 0.50-150

CSMPDF - www.fesko.com

Case 1:01-cv-00056    Document 5    Filed in TXSD on 05/14/2001    Page 48 of 101

| | | | | | | |
|---|---|---|---|---|---|---|
| HARLINGEN, TEXAS 78550 | | **VALLEY BAPTIST MEDICAL CENTER** | | | 00001 | CHART |

**PATIENT**

| NAME | DATE OF BIRTH | AGE | SEX | CASE NUMBER | ORDER | X-RAY NUMBER |
|---|---|---|---|---|---|---|
| ABREGO, Leticia | 09/14/55 | 42 | F | 981755770 | 1 | 00308624 |

| ATTENDING PHYSICIAN | ADMIT DATE | ROOM/BED | DIAGNOSIS |
|---|---|---|---|
| BLANK ATTENDING M.D. | | ER | UNK |

**ORDER**

| PRIORITY | DATE TO BE DONE | ORDER DATE/TIME/INITIALS/UNIT | ORDERING PHYSICIAN | ACCESS # |
|---|---|---|---|---|
| S | 08/07/98 | 08/07/98  22:42  MCADR ED | MOHUN, MICHAEL T. | |

| PROCEDURES ORDERED | CPT CODE |
|---|---|
| 2100410   CHEST PA & LAT | 71020 |

| | SIDE |
|---|---|
| BACK AND SHOULDER PAIN.<br>IN FAST TRACK ROOM D. | N/A |

PA AND LATERAL CHEST:    2313 hours

Frontal and lateral projections of the chest were obtained, and comparison made to previous study from 5/9/97.

No acute pulmonary infiltrates or failure is seen.   The heart is not enlarged.   There are findings consistent with status post sternotomy changes noted.

IMPRESSION:

    1)    No active cardiopulmonary disease seen.

August 8, 1998   10:25
`744`

                        WILLIAM TAW, M.D./agl



**DEPARTMENT OF RADIOLOGY**

Case 1:01-cv-00056   Document 5   Filed in TXSD on 05/14/2001   Page 49 of 101

# VALLEY BAPTIST MEDICAL CENTER

HARLINGEN, TEXAS 78550

CHART

000013

| PATIENT | | | | | | |
|---|---|---|---|---|---|---|
| NAME | | DATE OF BIRTH | AGE | SEX | CAGE NUMBER | X-RAY NUMBER |
| ABREGO, Leticia | | 09/14/55 | 42 | F | 981755770 | 3 00308624 |
| ATTENDING PHYSICIAN | ADMIT DATE | ROOM/BED | DIAGNOSIS | | | |
| BLANK ATTENDING M.D. | | ERM | UNK | | | |

| ORDER | | | | | |
|---|---|---|---|---|---|
| PRIORITY | DATE TO BE DONE | ORDER DATE/TIME/INITIALS/UNIT | | ORDERING PHYSICIAN | ACCESS # |
| S | 08/07/98 | 08/07/98 22:45 MCADR ED | | MOHUN, MICHAEL T. | |
| PROCEDURES ORDERED | | | | | CPT CODE |
| 2101350   SPINE CERVICAL RTN | | | | | 72040 |
| | | | | SIDE | |
| BACK AND SHOULDER PAIN. | | | | | N/A |
| IN FAST TRACK ROOM D. | | | | | |

CERVICAL SPINE ROUTINE:     2306 hours

Multiple projections of the cervical spine were obtained. Reversal of the normal lordotic cervical curvature is seen which may be related to muscle spasm or positioning.   No fracture or dislocation is seen.

August 8, 1998  10:27
`744`

WILLIAM TAW, M.D./agl

8/8/98

DEPARTMENT OF RADIOLOGY

CC: Back & shoulder Pain due to Accident on 7-27

Allergies: ☒ NKA ☐ See "Physician Medication Orders" (VBMC 1965-103)

139/82 70

000014

☐ Patient requests EMD ☐ Patient requests personal MD
☐ Personal MD requests EMD SBMC

Pt arrived in ER with the following: ☐ IV #1 ______
☐ None ☐ Foley Cath Site ______ Credit ______
☐ N/G Tube ☐ Urine; Amt ______ ☐ IV #2 ______
☐ Backboard ☐ Dressing ______ Site ______ Credit ______
☐ Cervical Collar ☐ CPR ☐ IVPB ______
☐ ET Tube BS R___ L___ ☐ Other ______

**PEDIATRICS ONLY**

Pediatric Immunizations current? ☐ Yes ☐ No If no, refer to Health Dept.
Had Disease: ☐ Rubella ☐ Polio ☐ Diphtheria ☐ Chicken Pox ☐ Tetanus ☐ Mumps ☐ Small Pox ☐ Whooping Cough

## MEDICATIONS

☐ See "Physician Medication Orders" (VBMC 1965-103)
☐ Meds unknown by patient. ☐ Patient unsure of medication names
Description by patient: Ibuprofen SMR

## PAST MEDICAL HISTORY

☐ Per Patient ☐ No One Available
☐ Patient denies any past medical history.
☐ Per Significant Other (ID) ______
☐ TB ☐ COPD ☐ Cardiac ☐ Seizures ☐ Respiratory ☐ Neurological
☐ MI ☐ Kidney ☐ Ulcers ☐ Bleeding ☐ Pacemaker ☐ Antidepressant
☐ CVA ☐ Cancer ☐ Diabetes ☐ Steroids ☐ Back Injury ☐ Hypertension
☐ Blood Transfusion Other ______

Blood Glucose: ☐ No ☐ Yes Frequency ______
Past Hospitalization / Surgeries? Hysterectomy May 97 VBMC
Gall bladder remove 80-
Presently under TX for ______

## REVIEW OF SYSTEMS (check all that apply)

**Respiratory** ☒ No Distress
☐ Trach/Stoma ☐ Smoker ______ pkgs/day
☐ Cough/Sputum Appearance ______
☐ SOB ☐ Slow ☐ Deep ☐ Shallow ☐ Labored ☐ Rapid
☐ Other ______

Breath Sounds R L: ☐ ☐ Clear; ☐ ☐ Crackles; ☐ ☐ Wheezing; ☐ ☐ Rhonchi; ☐ ☐ Decreased; ☐ ☐ Absent

**Cardiac:** Pulse: ☐ Regular ☐ Strong ☐ Rapid ☐ Irregular ☐ Weak ☐ Pedal Edema
☐ Pedal Pulses R______ L______ (+ –)
☐ Chest Pain / Location / Duration ______

**Neurological**
☒ Conscious ☐ Unconscious ☐ Confused ☐ Slow to Answer
☒ Alert ☐ Combative ☐ Numbness ☐ Neck Rigidity
☒ Oriented ☐ Disoriented ☐ Lethargic ☐ Tingling
☒ Memory Intact ☐ Memory Impaired ☐ Suspected ETOH/Drug Use
☒ Answers Appropriately ☐ Other ______
Drainage: ____Ear ____Nose Description ______
Speech: ☒ WNL ☐ Silent ☐ Slurred ☐ Unable to Speak ☐ Incoherent
Primary Language English

**Psychosocial** ☒ Cooperative ☐ Good Eye Contact ☐ Fearful ☐ Uncooperative ☐ Flat Affect ☐ Crying
**Appearance** ☒ Normal ☐ Frail ☐ Obese
**Hygiene** ☒ Normal ☐ Dirty
**Skin Condition** ☒ Normal ☐ Warm ☐ Hot ☐ Dry ☐ Cool ☐ Cold ☐ Moist
Color ☒ Normal ☐ Pale ☐ Cyanotic ☐ Flushed ☐ Ashen ☐ Rash ☐ Mottled ☐ Jaundiced

2053 [signature] RN
Date / Time Initial / Signature

**Skin Integument** ☐ WNL ☐ Dry ☐ Scaly Initial ______
☐ Pressure Sore ☐ Central Line ______ ☐ AV Graft ______
☐ Wound/Dressing (Location/Description) ______
☐ Other ______

**H.E.E.N.T.** ☐ WNL Initial: ______
☐ Blind ☐ Vision Impaired R___ L___
☐ Hearing Impaired R___ L___ ☐ Difficulty Swallowing
☐ Other ______

**Musculoskeletal** ☐ Moves Extremities Initial ______
☐ Amputation/Location ______
☐ Pain/Location ______
☐ Joint Swelling/Location ______
☐ Other ______

**Gastrointestinal** ☐ WNL ☐ Wt change Initial ______
☐ Constipation ☐ Diarrhea ☐ Nausea/Vomiting ☐ Feeding Tube
Abdomen: ☐ Tender ☐ Rigid ☐ Distended ☐ Gastrostomy Tube
☐ Other ______ Diet ______
☐ Abd Pain/Location ______
☐ Ostomy/Type ______
Alcohol Intake ______ Last BM ______

**Genitourinary** ☐ WNL Initial ______
☐ Frequency ☐ Burning ☐ Hematuria ☐ Nephrostomy
☐ Incontinent ☐ Retention ☐ Urostomy ☐ Foley/Suprapubic
VAG: ☐ Bleeding/Description ______ LMP ______
☐ Discharge/Description ______
☐ Other ______

______ ______ RN
Date / Time Initial / Signature

ClibPDF - www.fastio.com

42-03 | 981755770
A...REGO, LETICIA

98
16

VALLEY BAPTIST MEDICAL CENTER
Harlingen, Texas

# ADMISSION ASSESSMENT

000016

| Date/Time | NURSING DIAGNOSIS | INTERVENTION / OUTCOME |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| VITAL SIGNS | TIME | TEMP | PULSE | RESP | B/P |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

V M (V)ALUABLES / (M)EDICATIONS
___ ___ Kept with patient in ED
___ ___ Sent to Unit with patient
___ ___ Given to Security
___ Given to ______
___ Given to ______

PHYSICIAN SIGNATURE VERIFYING ORDERS FOR MEDICATIONS, PROCEDURES AND TREATMENTS (if needed)

______ MD Voice Order MD ______ / Nurse ______

☑ **DISCHARGED**
☐ Alone
☑ Accompanied by Adult
Phone ______
☐ AMA

**CONDITION**
☑ Improved
☑ Stable
☐ Unchanged

☐ **ADMITTED**
Accompanied by ______

**TRANSPORT METHOD**
☑ Ambulatory
☐ Wheelchair
☐ Stretcher
☐ Carried in Arms

**TRANSPORT EQUIPMENT**
☐ $O_2$ ______
☐ Heart Monitor
☐ ______
☐ ______

VITAL SIGNS: (if indicated) B/P ______ P ______ T ______ R ______ $O_2$ ______ %

Date 8-8-98 Time 2356 Nurse Signature/Credentials M... RN

## TO BE COMPLETED ON ADMISSION TO NURSING UNIT

How Arrived: ☐ Ambulatory ☐ W/C ☐ Arms ☐ Ambulance ☐ Stretcher

Admit From: ☐ ED ☐ MD Office ☐ RR ☐ Other

VITAL SIGNS: T ______ B/P ______ Ht ______
P ______ L ______ Weight ______ kg
R ______ R ______ ______ lbs ______ oz

V M (V)ALUABLES / (M)EDICATIONS
___ ___ Kept with patient in ED
___ ___ Sent to Unit with patient
___ ___ Given to Security
___ Given to ______
___ Given to ______

SAFETY ASSESSMENT PPI Level on
Admission ______
History of Falls ☐ No ☐ Yes ______

Date ______ Time ______ Nurse Signature/Credentials ______

# VALLEY BAPTIST MEDICAL CENTER

000018

2101 PEASE STREET  --  HARLINGEN, TEXAS 78550  --  PHONE: (512) 421-1860

ISCHARGE INSTRUCTIONS FOR << LETICIA ABREGO >>

Our doctors and staff appreciate your choosing us for your emergency medical care needs. Read these aftercare instructions carefully. Please call us if you have any questions about your medical problem. We are here to serve you.

The VBMC Outpatient Pharmacy is open from 8:00AM until 7:00PM each weekday and from 8:00AM until 12:00PM pm Saturdays to fill your initial perscription which may have been written by your physician in the Emergency Department. The Outpatient Pharmacy is located on the first floor of the Professional Office Building beside the hospital at 2121 Pease Street. Because we are unable to include the cost of your prescription on the Emergency Department bill, you will be asked to pay for the presription at the time it is dispensed. Of course you are free to receive your home medications from whichever source you choose.

IMMUNIZATIONS
Cameron County Health Department provides immunization clinics regularly. You may call 423-3516 to arrange follow up immunizations.

------------------------------------------------------------------------

USCLE STRAIN:
Your exam shows you have a strained muscle. This means there is a tear or pull in the muscle due to over-exertion or stretching. Most muscle pulls heal in just a few days; more severe strains may require weeks to heal. Treatment for muscle strains includes:
* Rest and protect the affected area until pain with motion is gone.
* Apply ice packs every few hours for the next 2-3 days. After two days you can use heat to relieve muscle spasm.
* Compression wraps help control swelling and limit movement.
* Medicine to reduce pain and inflammation is often useful.

Exercises to strengthen and stretch the injured muscle can help heal the strain and prevent repeated injury.
Please see your doctor if your strained muscle is not improving after one week of treatment, or if you have any other concerns about your injury.

------------------------------------------------------------------------

CK INJURIES:
Your exam shows you have strained the muscles and ligaments in your neck. This injury is very common in car accidents. There may be a delay of several hours after the injury before the pain and stiffness appear. These strains usually improve greatly with proper treatment in 1-2 weeks. Treatment may include:
* Rest - Bedrest may be needed for several days until the pain improves. Sometimes a cervical collar is used to immobilize the neck, but these should not be worn for prolonged periods.
* Ice packs for the first few days and then heat therapy after 2 day can reduce pain and improve movement. Massage and other physical therapies may also provide much relief.
* Medications to reduce pain, inflammation, and spasm can be helpful.
ou can expect that your neck injury will be very sore for 2-3 days. owever, please call your doctor or the emergency room right away if you have ncreasing pain that radiates from the neck down the arm, or if you develop umbness or weakness in your arms, hands or legs.

------------------------------------------------------------------------

ITIONAL INSTRUCTIONS:
UR TREATMENT PLAN: IS TO USE THE MEDICATION AS PERSCRIBED. INCREASE YOUR UID INTAKE. FOLLOW UP WITH YOUR PRIVATE MEDICAL DOCTOR AS INDICATED.

CSMPDF - www.fastio.com

Case 1:01-cv-00056  Document 5  Filed in TXSD on 05/14/2001  Page 53 of 101

RETURN UPON ANY PROBLEMS OR CONCERNS.                    000019

------------------------------------------------------------------
PRESCRIPTIONS:
Fill all the prescriptions ordered by your doctor and take them as directed.
  * If you have been given an antibiotic, be sure to take all of it.
  * Keep your drugs out of the reach of children, in a cool, dry, dark place.
  * Don't give your medicine to other people or use it for other illnesses.
  * Call us right away if you have problems with drug side-effects or allergy.
Bring your medicines with you any time you go to emergency for treatment.
------------------------------------------------------------------
IBUPROFEN:
Your doctor has prescribed ibuprofen for you.  Examples of this drug include:
Advil, Midol 200, Medipren, Motrin, Nuprin, and Rufen. Ibuprofen helps reduce
pain and inflammation from injuries (sprains, strains, bruises) or illnesses
(arthritis, bursitis, tendonitis, menstrual cramps).  This medicine is most
effective when it is taken on an empty stomach, but if it causes you stomach
upset, you should take it with meals, milk, or antacids. Ibuprofen suspension
(Children's Advil, PediaProfen) can be used for fever and pain in children.

Ibuprofen is not safe to take if you are pregnant or if you have an allergy
to aspirin.  The most common side effects of treatment are:  heartburn,
nausea, drowsiness, headache.  Be sure you know how you react to your
medicine before you drive a car or operate dangerous equipment.  Avoid
aspirin while taking Ibuprofen to reduce stomach irritation.  Please call
your doctor or return here right away if you have any of the following
symptoms:
        * Allergy reaction (itching, rash, hives, fever, breathing problems).
        * Severe stomach pain, vomiting, black or bloody stools.
        * Severe headache, blurred vision, confusion, mental depression.
------------------------------------------------------------------
SKELETAL MUSCLE RELAXANTS:
Your doctor has prescribed a muscle relaxant for you.  These drugs can help
reduce painful muscle spasms and improve motion in neck and back injuries.
They are effective only for a brief period following an injury, because
muscle spasm does not usually last a long time.  These medicines add to the
effects of alcohol, pain pills, antihistamines, and tranquilizers.

We advise you not to drive a car or operate dangerous equipment while
taking this medicine.   Common side effects include:  drowsiness, dry
mouth, dizziness, mental depression.  These medicines should not be taken
during pregnancy.  Contact your doctor right away if you have any allergy
symptoms (itching, rash, hives, fever) or other troublesome side effects.
------------------------------------------------------------------
NARCOTIC PAIN MEDICINE:
You have been prescribed a narcotic for pain relief.  These drugs are usually
combined with acetaminophen (Tylenol#3, Percocet, Darvocet, Anexsia, Vicodin)
or aspirin (Empirin#3, Percodan, Synalgos-DC) for increased effect. Narcotics
act on the central nervous system to reduce pain; they also impair mental
alertness and physical abilities. We advise you not to drink alcohol, drive a
car, or operate dangerous equipment when you are taking one of these drugs.

You can lessen stomach irritation from your medicine by taking it with meals
or a full glass of water.  Common side effects of narcotics are:  nausea and
vomiting, heartburn, constipation, dizziness, sleepiness, and mood changes.
If you have bothersome side effects or symptoms of an allergic reaction
(itching, hives, rash), stop taking your medicine and call your doctor or
he emergency room right away.  Please keep your narcotic medicine well out

of the reach of children.

000020

CNJPDF - www.fxeio.com

**FOLLOW-UP CARE:**
Your physician today has been DR. MICHAEL MOHUN
For follow-up care you have been referred to the following doctor or clinic:
      RUBEN TORRES                          Phone: 425-4901
      2230 HAINE DR. HGN.
Please make an appointment for further treatment in _____ days.  Be sure to
tell your referral doctor or clinic that we have sent you, and bring your
medicines and instructions to the office.  If you had x-rays, an EKG, or lab
tests today, they have been reviewed by your doctor.  We will contact you at
once if other important findings are noted after further review by our staff.
If you do not continue to improve or if your condition worsens, please call
your doctor or the emergency department right away so you can be examined.

**X-RAYS:**
If you have been advised to follow up with an orthopedist please call their
office to schedule an appointment.  Prior to the visit you may pick up your
x-rays in the Radiology Department at VBMC.

I acknowledge receipt of these instructions.  I understand that my condition
may require more care and will arrange for further treatment as recommended.

_Michelle MoriaClothel,RN_
_____                    _____
Staff Signature                              Patient or Representative Signature
              Friday, August 07, 1998 - 11:46 PM

Umego, Verecia
98755-770
8/2/98

**VALLEY BAPTIST MEDICAL CENTER**

HARLINGEN, TEXAS

000022

**EMERGENCY DEPARTMENT**
**FOLLOW-UP ON DIAGNOSTIC STUDIES**

| RADIOLOGY | RN SCREEN (MD to Evaluate) | | MD REVIEW (Needs Follow-up) | | COMMENTS |
|---|---|---|---|---|---|
| C-spine | ☑ Yes 08/09/98 Date | ☐ No CRW Initial | ☑ Yes 8/8 Date | ☐ No Initial | copy pres for fld |
| CXR | ☐ Yes 08/09/98 Date | ☑ No CRW Initial | ☐ Yes Date | ☐ No Initial | |
| | ☐ Yes Date | ☐ No Initial | ☐ Yes Date | ☐ No Initial | |
| | ☐ Yes Date | ☐ No Initial | ☐ Yes Date | ☐ No Initial | |
| | ☐ Yes Date | ☐ No Initial | ☐ Yes Date | ☐ No Initial | |
| | ☐ Yes Date | ☐ No Initial | ☐ Yes Date | ☐ No Initial | |

**LABORATORY**

| | RN SCREEN | | MD REVIEW | | |
|---|---|---|---|---|---|
| | ☐ Yes Date | ☐ No Initial | ☐ Yes Date | ☐ No Initial | |
| | ☐ Yes Date | ☐ No Initial | ☐ Yes Date | ☐ No Initial | |
| | ☐ Yes Date | ☐ No Initial | ☐ Yes Date | ☐ No Initial | |
| | ☐ Yes Date | ☐ No Initial | ☐ Yes Date | ☐ No Initial | |

**EKG**

| | RN SCREEN | | MD REVIEW | | |
|---|---|---|---|---|---|
| EKG | ☑ Yes 8/3 Date | ☑ No Initial | ☐ Yes Date | ☑ No Initial | |
| | ☐ Yes Date | ☐ No Initial | ☐ Yes Date | ☐ No Initial | |

Date _____ ACTION:

VBMC 1678-029-0593

VALLEY BAPTIST MEDICAL CENTER          PAGE   1 OF   2
2101 PEASE STREET   P.O. DRAWER 2588
HARLINGEN, TEXAS 78550

DATE:
12/16/98

PATIENT NAME: ABREGO, LETICIA                    MED REC NO: 00308624

SERVICE DATE(S): FROM 07/27/98 TO 07/28/98        ACCOUNT NO: 981716988


ABREGO, LETICIA                          GUARANTOR NO: 000086066
RT 1 BOX 757
SAN BENITO      TX    78586                    F/C: COM INS 1

| DATE | DESCRIPTION | | CHARGE # | CPT | QUAN | AMOUNT |
|------|-------------|--|----------|-----|------|--------|
| 0727 | FLEXERIL 10MG TAB | | 3010402 | | 1 | 0.50 |
| 0727 | MOTRIN 600MG TAB | | 3015229 | | 1 | 0.40 |
| 0727 | VICODIN TAB | | 3017019 | | 1 | 0.40 |
| 0727 | ER LEVEL 0 | B000262 | 7800014 | 99201 | 1 | 75.00 |

TOTAL CHARGES              76.30
PAYMENTS/ADJUSTMENTS        0.00

BALANCE                    76.30


BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER

Case 1:01-cv-00056  Document 5  Filed in TXSD on 05/14/2001  Page 58 of 101

**VALLEY BAPTIST MEDICAL CENTER**
2101 PEASE STREET  P.O. DRAWER 2588
HARLINGEN, TEXAS 78550

DATE:
12/16/98

PATIENT NAME: ABREGO, LETICIA                    MED REC NO: 00308624

SERVICE DATE(S): FROM 07/27/98 TO 07/28/98          ACCOUNT NO: 981716988

ABREGO, LETICIA                          GUARANTOR NO: 000086066
RT 1 BOX 757
SAN BENITO     TX   78586                    F/C: COM INS 1

| DATE | DESCRIPTION | CHARGE # | CPT | QUAN | AMOUNT |
|------|-------------|----------|-----|------|--------|
|      | ----- SUMMARY OF DETAIL CHARGES ------ | | | | |
|      | PHARMACY | | 250 | 3 | 1.30 |
|      | EMERGENCY ROOM | | 450 | 1 | 75.00 |

TOTAL CHARGES               76.30
PAYMENTS/ADJUSTMENTS         0.00

BALANCE                     76.30

BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER

VALLEY BAPTIST MEDICAL CENTER                    PAGE    1 OF    2
2101 PEASE STREET   P.O. DRAWER 2588
HARLINGEN, TEXAS 78550
                                                              DATE:
                                                              12/16/98

PATIENT NAME: ABREGO, LETICIA                    MED REC NO: 00308624

SERVICE DATE(S): FROM 08/07/98 TO 08/08/98          ACCOUNT NO: 981755770


    ABREGO, LETICIA                        GUARANTOR NO: 000086066
    RT 1 BOX 757
    SAN BENITO      TX    78586                    F/C: COM INS 1

| DATE | DESCRIPTION | | CHARGE # | CPT | QUAN | AMOUNT |
|------|-------------|--|----------|-----|------|--------|
| 0807 | TORADOL INJ 60MG/2ML | | 3015021 | | 1 | 30.97 |
| 0807 | CHEST PA & LAT | E1D1500 | 2100410 | 71020 | 1 | 139.00 |
| 0807 | SPINE CERVICAL ROUTINE | E4D9000 | 2101350 | 72040 | 1 | 217.25 |
| 0807 | ER LEVEL I (0-2 HRS) | B000263 | 7810013 | 99201 | 1 | 117.00 |
| 0807 | EKG | Q505150 | 1200021 | 93005 | 1 | 112.75 |

                          TOTAL CHARGES          616.97
                          PAYMENTS/ADJUSTMENTS     0.00

                          BALANCE                616.97

        BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER

**VALLEY BAPTIST MEDICAL CENTER**
2101 PEASE STREET   P.O. DRAWER 2588
HARLINGEN, TEXAS 78550

PAGE    2 OF    2

DATE:
12/16/98

PATIENT NAME: ABREGO, LETICIA

MED REC NO: 00308624

SERVICE DATE(S): FROM 08/07/98 TO 08/08/98

ACCOUNT NO: 981755770

ABREGO, LETICIA
RT 1 BOX 757
SAN BENITO     TX    78586

GUARANTOR NO: 000086066

F/C: COM INS 1

| DATE | DESCRIPTION | CHARGE # | CPT | QUAN | AMOUNT |
|------|-------------|----------|-----|------|--------|
| | ----- SUMMARY OF DETAIL CHARGES ------ | | | | |
| | PHARMACY | | 250 | 1 | 30.97 |
| | DX X-RAY | | 320 | 2 | 356.25 |
| | EMERGENCY ROOM | | 450 | 1 | 117.00 |
| | EKG/ECG | | 730 | 1 | 112.75 |

| | | |
|---|---|---|
| TOTAL CHARGES | | 616.97 |
| PAYMENTS/ADJUSTMENTS | | 0.00 |
| BALANCE | | 616.97 |

BENEFITS ASSIGNED TO VALLEY BAPTIST MEDICAL CENTER



**VALLEY BAPTIST MEDICAL CENTER**
P.O. Drawer 2588
Harlingen, Texas 78551

| PAGE | |
|:---:|:---:|
| 1 | 1 |
| | OF |

THIS BILL IS FOR HOSPITAL CHARGES ONLY.
YOUR PHYSICIAN WILL BILL SEPARATELY.

## STATEMENT

| PAYMENT DUE NOW |
|:---:|
| 0.00 |

| STATEMENT DATE | GUARANTOR NO. |
|:---:|:---:|
| 10/31/98 | 86066 |

PLEASE INCLUDE GUARANTOR NO. ON CHECK OR MONEY ORDER

### GUARANTOR NAME AND ADDRESS

Leticia ABREGO
RT 1 BOX 757
SAN BENITO, TX      78586

I PREFER TO PAY AS FOLLOWS:

☐    ☐    ☐    ☐ DISCOVER

CREDIT CARD INFORMATION

| FULL ACCOUNT NUMBER | |
|---|---|
| EXPIRATION DATE | MONTH:      YEAR: |
| | SIGNATURE |

PLEASE TEAR AT PERFORATION AND RETURN TOP PORTION WITH PAYMENT

| ACCOUNT NUMBER | PATIENT NAME | SERVICE DATE | ACCOUNT ACTIVITY | AMOUNT |
|---|---|:---:|---|---:|
| 981716988 | Leticia ABREGO<br>HOSPITAL CHARGES: | 07/27/98 | Insurance Forwarded | 76.30 |
| | | | Insurance Due: | 76.30 |
| | THE HOSPITAL HAS CONTACTED YOUR INSURANCE COMPANY.  IF YOUR INSURANCE DOES NOT PAY PROMPTLY, YOU WILL BE RESPONSIBLE FOR THE BALANCE SHOWN. | | | |
| 981755770 | Leticia ABREGO<br>HOSPITAL CHARGES: | 08/07/98 | Insurance Forwarded | 616.97 |
| | | | Insurance Due: | 616.97 |
| | THE HOSPITAL HAS CONTACTED YOUR INSURANCE COMPANY.  IF YOUR INSURANCE DOES NOT PAY PROMPTLY, YOU WILL BE RESPONSIBLE FOR THE BALANCE SHOWN. | | | |

**VBMC**

YOUR PROMPT PAYMENT IS APPRECIATED.

IF YOU HAVE ANY QUESTIONS PLEASE CONTACT
OUR OFFICE M-F, 8:00 AM - 5:00 PM AT
(956) 389-2060.

| TOTAL BALANCE |
|:---:|
| 693.27 |

SEQ 999 (12/96)

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR
PAYMENT.

**MAKE CHECKS PAYABLE TO:**

*Valley Radiologists & Associates*
*1616 Ed Carey Drive*
*Po Box 2918*
*Harlingen Tx 78551-2918*

Address Service Requested

.VALLEY RADIOLOGISTS & ASSOCIATES
PO BOX 2918
HARLINGEN TX 78551-2918

| IF PAYING BY CREDIT CARD, FILL OUT BELOW. | | | |
|---|---|---|---|
| CHECK CARD USING FOR PAYMENT | ☐ VISA | ☐ | |
| CARD NUMBER | | AMOUNT | |
| SIGNATURE | | EXP. DATE | |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT.# |
|---|---|---|
| 10/16/98 | 73.00 | 88078 |

Tax ID No:  741940911
For Inquiry: (956)423-6496

| SHOW AMOUNT PAID HERE | $ |
|---|---|

```
********** AUTO 5-DIGIT 78586
00002647   1 AV   0.238  01
LETICIA ABREGO
RR 1 BOX 757
SAN BENITO TX 78586-9716
```

☐ Please check box if your address is incorrect or insurance information
  has changed.  Indicate change(s) on reverse side.

| Date | Procedure | ICD | POS | Description | Amount |
|---|---|---|---|---|---|
| | | | | Services for  LETICIA ABREGO | |
| 04/07/97 | 76856 | 26 218.9 | OH | ECHO EXAM OF PELVIS. COMPLETE | 115.00 |
| 05/20/97 | Payment | | | INS. PAYMENT    PRUDENTIAL | 115.00- |
| 05/09/97 | 71020 | 26 625.6 | IH | CHEST X-RAY, TWO VIEWS | 40.00 |
| 06/24/97 | Payment | | | INS. PAYMENT    PRUDENTIAL | 40.00- |
| 08/07/98 | 71020 | 26 724.8 | ER | CHEST X-RAY, TWO VIEWS | 33.00 |
| 08/07/98 | 72040 | 26 724.8 | ER | X-RAY EXAM OF NECK SPINE | 40.00 |

| Account No. | Billing Date | Responsible Party | Please Pay This Amount |
|---|---|---|---|
| 88078 | 10/16/98 | LETICIA ABREGO | 73.00 |

Asterisked (*) items indicate that an insurance claim has been sent to your insurance company.

VALLEY RADIOLOGISTS & ASSOCIATES
1616 ED CAREY DRIVE
PO BOX 2918
HARLINGEN TX 78551-2918

Telephone No.  (956)423-6496          1 OF  1

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 121 Days | Balance Due |
|---|---|---|---|---|---|
| 73.00 | | | | | 73.00 |

STATEMENT

| PROVIDER OF SERVICE(S) / PROVEEDOR DE SERVICIO(S) | STATEMENT OF ACCOUNT | AMOUNT DUE / PAGUE ESTA CANTIDAD ➤ | 129.00 |
|---|---|---|---|
| EMCARE-HAR EMERG PHYSICIANS        HAR<br>PO BOX 13826<br>PHILADELPHIA, PA 19101-3826 | STATEMENT DATE: 09/26/98        1 | DUE DATE / FECHA DE VENCIMIENTO<br>10/16/98 | AMT SENT / CANTIDAD PAGA |

**???CALL MON - FRI / LLAME DE LUNES A VIERNES???**
**DIAL TOLL FREE 1-(800)355-2470**
9:30AM - 4:00PM

**GUARANTOR PHONE NUMBER**
H: 956-399-4223

Review insurance information below. Note changes and return to us. / Favor confía y devuelva la información sobre su seguro a continuación

PMVA  LETICIA ABREGO

RR 1 BOX 757                    SAN BENITO TX

**GUARANTOR**

LETICIA ABREGO
RR 1 BOX 757
SAN BENITO, TX 78586

0801180000981716988000129000000000000000

**PAYMENT PAYABLE TO / HA SA SE EL PAGO A FAVORE:**
EMCARE-HAR EMERG PHYSICIANS        HAR
PO BOX 13826
PHILADELPHIA, PA 19101-3826

| PATIENT NAME | PATIENT ACCOUNT # / CUENTAS DEL PACIENTE | |
|---|---|---|
| LETICIA ABREGO | HAR981716988 | 01 |

**IMPORTANT MESSAGE REGARDING YOUR ACCOUNT / MENSAJE IMPORTANTE SOBRE SU CUENTA**

*PLEASE REMIT PAYMENT BY "PAYMENT DUE BY" DATE. THANK YOU. / POR FAVOR PAGUE ANTES DE LA FECHA DE VENCIMIENTO. GRACIAS.*

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR REMITTANCE / FAVOR DE SEPARAR Y MANDARLA PARTE DE ARRIBA CON EL CHEQUE**

| PROVIDER OF SERVICE(S) / PROVEEDOR DE SERVICIO(S) | Payments received after statement date shown will appear on next month's statement. | STATEMENT DATE | ???CALL MON - FRI / LLAME DE LUNES A VIERNES??? |
|---|---|---|---|
| EMCARE-HAR EMERG PHYSICIANS<br>PO BOX 13826<br>PHILADELPHIA, PA 19101-3826 | | 09/26/98 | DIAL TOLL FREE<br>1-(800)355-2470        1<br>9:30AM - 4:00PM |

| PROVIDER TAX ID# | PATIENT NAME | PAT ACCT# / CUENTAS DEL PACIENTE |
|---|---|---|
| 75-2628716 | LETICIA ABREGO | HAR981716988 |

| DATE | DX | QTY | PROCEDURE | PROCEDURE / PAYMENT DESCRIPTION<br>PROVIDER OF SERVICE / SERVICE LOCATION | CHGS / CREDITS<br>DEBITOS / CREDITOS | *INS BALANCE<br>*BALANCE DEL SEGURO | PAT BALANCE<br>BALANCE DEL PACIENTE |
|---|---|---|---|---|---|---|---|
| 07/27/98 | 959.1 | 1 | 99283 | EMERG INJURY EVAL & MGMT-LVL 3<br>DR. DAVIS/VALLEY BAPTIST MEDICAL CENTER | 129.00 | | |
| 09/18/98 | | | | AUTO INSURANCE HAS NOT RESPONDED TO OUR CLAIM | 0.00- | | 129.00 |

| ACCOUNT TOTAL | *PENDING INSURANCE | AMOUNT DUE FROM PATIENT | | AMOUNT DUE<br>PAGUE ESTA CANTIDAD |
|---|---|---|---|---|
| | | CURRENT | PAST DUE | |
| 129.00 | 0.00 | 129.00 | 0.00 | 129.00 |

**BILLING INFORMATION**

*********************  IMPORTANT MESSAGE  *********************
THIS STATEMENT IS FOR THE DIRECT TREATMENT AND/OR SUPERVISION OF CARE YOU RECENTLY RECEIVED FROM AN EMERGENCY PHYSICIAN AT VALLEY BAPTIST MEDICAL CENTER. THE FEES FOR THIS PRIVATE PHYSICIAN ARE BILLED SEPARATELY FROM ANY HOSPITAL CHARGES OR OTHER PROFESSIONAL FEES FOR WHICH YOU MAY ALSO BE RESPONSIBLE. THEREFORE, SHOULD YOU RECEIVE A BILL FROM THE HOSPITAL OR OTHER PHYSICIANS FOR CHARGES IN CONNECTION WITH THIS VISIT, IT WILL NOT INCLUDE THE ITEMS LISTED ON THIS STATEMENT. *****ESTA FACTURA SOLO REFLEJA SERVICIOS RECIBIDOS POR MEDICOS DE EMERGENCIA.*****

Case 1:01-cv-00056   Document 5   Filed in TXSD on 05/14/2001   Page 64 of 101

P.O. Box 533668
1705 Vermont
Harlingen, TX  78553-3668

Incident#: 134097

| | | | |
|---|---|---|---|
| Dispatch: 215191 | Location: **6TH STREET** | Disposition: **TRANSPORT** | Rcvd: 17:44 |
| | At: **FILMORE AVE** | | |
| Report#: 2 of 2 | City: **HARLINGEN** | Destination: **VALLEY BAPTIST HOSPITAL** | Disp: 17:44 |
| Date: **JUL-27-1998** | LocType: **TRAFFIC WAY < 55 MPH** | Reason: **PATIENT REQUEST** | Enrt: 17:45 |
| Station: **STATION 1** | RespMode: **3-LIGHTS, SIREN** | TxptMode: **1-NO LIGHTS,NO SIREN** | AtScn: 17:49 |
| Zone: **ZONE 1** | ChngdTo: | ChngdTo: | |
| Shift: **A SHIFT 24 HOUR** | | | |

Unit Type: `GROUND AMBULANC`

| | | | |
|---|---|---|---|
| Unit: **701** | RespWith: **HARLINGEN PD** | Call Type: **MINIMAL** | AtPt: 17:49 |
| Crew: **JASSO, ROEL** | AssistBy: **HARLINGEN PD** | RespMileage: 426.1 - 423.8 = 2.3 | Txptd: 18:05 |
| Crew: **SALAZAR, JULIA** | Nature: **MVA** | TxptMileage: 428.2 - 426.1 = 2.1 | AtDest: 18:12 |
| Crew: **RODRIGUEZ, FRA** | RspDlayBy: **NO DELAYS** | TxptDlayBy: **NO DELAYS** | Clrd: 18:37 |
| FromZone: **ZONE 1** | ToZone: **HARLINGEN, CITY OF** | CarryToZone: **HARLINGEN, CITY OF** | Base:   : |
| TxptAgcy: | TxptType: | TxptUnit: | TxptAr:   : |
| | | | TxptDe:   : |

--------------------------------------------------------------------------------
PATIENT INFORMATION

Name: **ABREGO, LETICIA**                          Mailing: RT 1 BOX 757
Address: RT 1 BOX 757                                        SAN BENITO, TX 78586
         SAN BENITO, TX 78586                         Phone: 956-399-4223
Phone: 956-399-4223

                                                   Sex: **FEMALE**
SSN: **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**                               Race: **HISPANIC -W**
DOB: **SEP-14-1955 - 42 Y/O**                       Weight: 130 lbs

NOK Name: **ABREGO, LETICIA**                       Relation: **SAME**
Address: RT 1 BOX 757                               Phone: 956-399-4223
         SAN BENITO, TX 78586

Physician: **SBMA**                                Drv License: 0000000000000
Escorted: **SELF**
Effects: **CLOTHES**

--------------------------------------------------------------------------------
EMPLOYER INFORMATION

Employer: **SOUTHWESTERN BELL**                    Occupation: **SERVICE REP**
Address:                                           Work Rel: No

Phone:
--------------------------------------------------------------------------------
BILLING INFORMATION

Bill to: **SELF PAY**                              Relation: **SAME**
Guarantor: **ABREGO, LETICIA**                     SSN: 449067238
Address: RT 1 BOX 757
         SAN BENITO, TX, 78586
Phone: 956-399-4223                                Phone: -   -

COMMERCIAL: **NO KNOWN INSURANCE**
--------------------------------------------------------------------------------
Nature of Call: **MVA**
--------------------------------------------------------------------------------
CC/HPI: **L SHOULDER**
Mechanism Injury: **MVA**
Pertinent PMHx: **NONE**
Medications: **DENIES ANY**
Allergies: **NONE KNOWN**
--------------------------------------------------------------------------------
TRAUMA: **AUTO ACCIDENT - MVA LATERAL**
        **AUTO ACCIDENT - VEH. DEFORMITY - DRIVERS SIDE**
        **AUTO ACCIDENT - SPEED - < 30 MPH**
        **AUTO ACCIDENT - PROTECTION - SHOULDER - DRIVER**
--------------------------------------------------------------------------------
Found: **AMBULATING**
Position: **SITTING**
Transport: **BENCH SEAT**

**Harlingen Community Emergency Care Foundation,Inc.**
**P.O. Box 533668**
**1705 Vermont**
**Harlingen, TX 78553-3668**

Incident#: 134097

---

ABC: AIRWAY=PATENT; BREATHING=NORMAL, SOUNDS EQUAL; CIRCULATION=ALL PULSES PRESENT; CVS=NO ABNORMALITIES FOUND
Head: HEAD=NORMAL CEPHALIC; EARS=NO ABNORM./CLR/BILAT.; NOSE=NO ABNOR./CLR; MOUTH=NORMAL
Neck: NECK=TRACHEA MIDLINE-NO JVD
State of Consciou: SOC=ALERT X3 (PERSON/PLACE/TIME)
Chest: CHEST=NO ABNORMALITY/TRAUMA
Abdomen: ABDOMEN=NO ABNORMALITY/TRAUMA
Back: UPPER BACK=NO ABNORMALITY/TRAUMA; LOWER BACK=NO ABNORMALITY
Pelvis: PELVIS=NO ABNORMALITY/TRAUMA
Upper Extremities: LEFT ARM=SHOULDER PN; LEFT HAND=NO ABNORMALITY; RIGHT ARM=NO ABNORMALITY; RIGHT HAND=NO ABNORMALITY
Lower Extremities: RIGHT FOOT=NO ABNORMALITY; LEFT FOOT=NO ABNORMALITY; LEFT LEG=NO ABNORMALITY; RIGHT LEG=NO ABNORMALITY
Eyes: LEFT PUPIL=PERRL; RIGHT PUPIL=PERRL; LEFT EYE=NO ABNORMALITY; RIGHT EYE=NO ABNORMALITY
Central Nervous S: CENTRAL NERVOUS SYSTEM=NORMAL
Blood Loss: BLOOD LOSS=NONE NOTED
Skin: TEMPERATURE=NORMAL; COLOR=NORMAL; MOISTURE=NORMAL

---

Comments: PT. FOUND=N/A; PT.OUTCOME=N/A; GENERAL=N/A; COMMENT=N/A

---
---

**VITAL SIGNS**

18:06   BP-132/88, Pulse-88 Strong Regular, Resp Rate-16, Resp Left-CLEAR, Resp Right-CLEAR, Resp Effrt-NORMAL, ECG-NONE, ECG-12 LD-NONE, Cap Refill-Normal, Skin-Normal Normal Normal, LOC/SOC-AAOx3, Glasgow-E4 V5 M6=15, Left Pupil-Reactive with Normal Dilation, Right Pupil-Reactive with Normal Dilation, Ability to Move Left Arm-Strong, Right Arm-Strong, Left Leg-Strong, Right Leg-Strong

---

R/O CAUSE: TRAUMA CALL - DISLOCATION - DISLOCATED,SHOULDER
NONEMER:
CompletedBy: RODRIGUEZ, FRANK

---
---

Basic Life Sup: GLOVES-2 PAIR

---

Time   Treatment/Course
21:30 Intervention=REPORT DISPOSITION; By=RODRIGUEZ, FRANK; Per=PROTOCOL; REPORT=FAXED TO ER

---

General Comments:
ON ARRIVAL PT WAS C/O L SHOULDER PN AFTER PT WAS INVOLVED IN A MVA. PT DENIED ANY LOC,NECK PN OR BACK PN. PT REQUESTED TRANSPORT TO VBMC FOR EVALUATION. ON ASSESMENT NO DEFORMITIES WERE NOTED AND PT WAS MONITORED. ENROUTE TO ER PT WAS MONITORED AND V/S WERE WNL. ON ARRIVAL FULL PT REPORT WAS GIVEN TO NURSE AND TOLD US TO TAKE PT TO TRIAGE. SIGNATURES WERE OBTAINED AND CLEARED ER WITHOUT INCIDENT.

---
---

CREW SIGNATURES

Crew                           Crew                           Crew
CREW NO 00097                  CREW NO 00143                  CREW NO 00106

---
---

Harlingen Community Emergency Care Foundation,Inc.
P.O. Box 533668
1705 Vermont
Harlingen, TX  78553-3668

Incident#: 134097

--------------------------------------------------------------------------------------
SIGNATURES - ACCEPT
This is to certify,I ABREGO,LETICIA am accepting TREATMENT AND TRANSPORT.
--------------------------------------------------------------------------------------

RELEASE OF INFORMATION:  Your patient record may be disclosed; in full or part, to any organization contracted with the Harlingen Community Emergency Care Foundation, Inc. ("Foundation"), physicians, hospitals, insurance companies, Medicare, Medicaid, workers' compensation carriers, or the patient's employer, in accordance with the Texas Open Records Act.    ASSIGNMENT OF BENEFITS:  If you, or any party liable to you, have entitlement to benefits arising out of any insurance policies, the Foundation shall receive applicable benefits and discharge the insurance company of all obligations.  You will remain liable for any balance not covered.    MEDICARE:  If you identify yourself as a Medicare beneficiary and currently have Part B benefits, the Foundation, retains the option whether or not to accept assignment.  If the Foundation accepts assignment the signature below authorizes HCFA (Medicare) to pay any allowable benefits directly to the Foundation.  You also agree to pay the Medicare allowable coinsurance, deductible, and remaining balance not covered by Medicare.    MEDICAID:  I understand that, in the opinion of the Foundation, the services or items that I have requested to be provided to me on the above date may not be covered under the Texas Medical Assistance Program as being reasonable and medically necessary for my care.  I understand that the Texas Department of Human Services or its health insuring agency determines the medical necessity of the services or items that I requested and receive.  I also understand that I am responsible for any payment of services or items I requested and receive, if these services or items are determined not to be reasonable and medically necessary for my care.    FINANCIAL AGREEMENT:  In consideration of the services rendered, you hereby individually obligate yourself to pay the billed amount; legally assessable finance and/or service charges; and all court cost expenses, and reasonable attorney's fees in the collection of any amounts due.

SIGNATURE                          WITNESS 1                          WITNESS 2
--------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------
SIGNATURES - RECEIVING PHYSICIAN
Acceptance of Pt. ABREGO,LETICIA ACCEPTING PATIENT.
--------------------------------------------------------------------------------------

Signature Acknowledges Delivery of Patient

SIGNATURE                          WITNESS 1                          WITNESS 2
--------------------------------------------------------------------------------------



### Harlingen Community Emergency Care Foundation, Inc.
P.O. Box 533668  /  1705 Vermont
Harlingen, TX 78553-3668
Business Phone Number: (956) 364-2711
Tax I.D. Number - 74-2028156

PATIENT NAME: ABREGO, LETICIA

INSURANCE:

LETICIA ABREGO
RT 1 BOX 757
SAN BENITO, TX 78586

PATIENT NUMBER: 134097B
CALL NUMBER: 134097B    A    C
DATE OF CALL: 07/27/98
TIME OF CALL: 5:44 pm
CALLER:
FROM:  6TH & FILMORE
TO:  VALLEY BAPTIST HOSPITAL

REASON (S)
FOR
TRANSPORT

If Insurance is not listed, Please provide on back.

| DESCRIPTION OF CHARGE | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| BASE EMERGENCY (NSS)2 PAT | 1.0 | 127.50 | 127.50 |
| AMBULANCE MILEAGE-2 PATIE | 2.0 | 2.50 | 5.00 |
| GLOVES-2 PAIR | 1.0 | 3.00 | 3.00 |
| Late Pay Charge | | | 0.00 |
| TOTAL CHARGES THIS CALL | | | 135.50 |

| DESCRIPTION OF PAYMENT | RECEIPT | PAYMENT DATE | AMOUNT |
|---|---|---|---|
| TOTAL PAYMENTS THIS CALL | | | $ .00 |

VISA   MasterCard   DISCOVER   AMERICAN Card
( Please Enter on Back )

**PLEASE PAY THIS AMOUNT** ➡   $ 135.50

DETACH ALONG PERFORATION ABOVE AND RETURN SIDE WITH YOUR PAYMENT

| PATIENT NAME: ABREGO | CALL NUMBER: 134097B | AMOUNT DUE $ 135.50 |
|---|---|---|
| PATIENT NUMBER: 134097B | BILLING DATE: 10/15/98 | AMOUNT $ _____ ENCLOSED |

YOUR ACCOUNT IS SERIOUSLY PAST DUE!!
TO AVOID HAVING YOUR ACCOUNT TURNED OVER TO A COLLECTION
AGENCY SUBMIT YOUR REMITTANCE TODAY.

**Harlingen Community Emergency Care Foundation, Inc.**
P.O. Box 533668  /  1705 Vermont
Harlingen, Texas 78553-3668
Business Phone Number: (956) 364-2711

 **Industrial
Medical
Associates**

1100 W. Highway 77     San Benito, TX  78586     (210) 399-0239

September 25, 1998

RE: Leticia Abrego
D/Injury: 7-27-98

## CHIEF COMPLAINT:

Leticia Abrego was seen by me in an initial visit on September 25, 1998, for injuries she sustained in a motor vehicle accident on July 27, 1998.

## ALLERGIES/MEDICATIONS CURRENTLY BEING TAKEN:

The patient has no known drug allergies and is currently taking no medication.

## FAMILY HISTORY:

The patient's family medical history is negative for any of the following: heart disease, cancer, diabetes, tuberculosis, hypertension, kidney or liver disease.

## PAST MEDICAL HISTORY:

The patient's past medical history is significant for hysterectomy and gallbladder surgery.

## SOCIAL HISTORY:

This female patient does not smoke and denies ETOH consumption.

## HISTORY OF INJURY:

The patient presents with the acute onset of cervical pain, left shoulder and wrist pain, chest pain, left hip pain and lumbar pain secondary to a motor vehicle accident which occurred on July 27, 1998. She was seen after the accident at Valley Baptist ER with x-rays.



**Industrial
Medical
Associates**

1100 W. Highway 77    San Benito, TX  78586    (210) 399-0239

RE: Leticia Abrego
PAGE TWO

## PHYSICAL EXAMINATION:

Height is 4'11". Weight is 160 pounds. Pupils are equal and reactive to light. Extraocular movements are intact. External auditory canals are clear. Nose and throat examination is negative. Cervical examination revealed tenderness and spasms to palpation. There is radiculopathy and decreased flexion also noted. There is no thyroid or lymph node enlargement and no bruits over the carotid. Heart rhythm is regular with no murmurs. Chest expands symmetrically. Abdomen is soft with no organomegaly or masses. Lumbar examination revealed tenderness and spasms to palpation with radiation into the thoracic spine. DTR's are 2+/4+.

## IMPRESSION:

1.    Cervical radiculopathy
2.    Lumbar radiculopathy

## TREATMENT PLAN(S):

I have placed the patient on a conservative treatment plan. She will be scheduled for MRI of the cervical and lumbar spines. I will see the patient in follow up in two weeks.

Sincerely,

A.J. Morris, M.D.
DICTATED BUT NOT PROOFREAD

AJM:dp

P.O. Box 173484   Arlington, TX  76003

 **Industrial Medical Associates**

1100 W. Highway 77    San Benito, TX 78586    (210) 399-0239

October 23, 1998

RE: Leticia Abrego
D/Injury: 7-27-98

**INTERIM HISTORY:**

Leticia Abrego was seen by me in follow up on October 23, 1998. The patient had subjective complaints today of continued cervical and lumbar pain. She also complains of insomnia secondary to pain.

Objective findings:
Physical examination of the patient revealed cervical tenderness to palpation. There were spasms also noted on examination. Lumbar examination revealed tenderness and spasms to palpation. MRI of the cervical spine shows a C5/C6 central disc herniation effacing the thecal sac. Lumbar MRI shows a 4mm herniation at L5/S1 with a full thickness tear annular injury.

**TREATMENT AND PLAN:**

The patient will be scheduled for rehabilitative therapy. She cannot return to work at this time. I will otherwise continue the patient on a plan of conservative treatment at this time.

Sincerely,

A.J. Morris, M.D.
DICTATED BUT NOT PROOFREAD

AJM:dp

P.O. Box 173484    Arlington, TX  76003

 **Industrial Medical Associates**

1100 W. Highway 77   San Benito, TX  78586   (210) 399-0239

January 22, 1999

RE: Leticia Abrego
D/Injury: 7-27-98

## INTERIM HISTORY

Leticia Abrego was seen by me in follow up on January 22, 1999.  The patient had subjective complaints today of continued cervical and lumbar pain.

Objective findings:
Physical examination of the patient revealed cervical tenderness to palpation.  There were spasms also noted on examination.  Lumbar examination revealed tenderness and spasms to palpation.  The patient's pain is exacerbated by activities.  The patient has been in therapy with Dr. Bendiks with some improvement, but continues to have complaints of midthoracic pain and spasm.

## TREATMENT AND PLAN

The patient is to continue conservative care with Dr. Bendiks.

Sincerely,

A.J. Morris, M.D.
DICTATED BUT NOT PROOFREAD

AJM:dp



**Industrial
Medical
Associates**

May 25, 1999

RE: Leticia Abrego
D/Injury: 7-27-98

TO WHOM IT MAY CONCERN:

This is a medical narrative regarding injuries sustained by Leticia Abrego as the result of a motor vehicle injury which occurred on July 27, 1998.

Ms. Abrego was initially seen by me on September 25, 1998. She presented with the acute onset of cervical pain, left shoulder and wrist pain, chest pain, left hip pain and lumbar pain secondary to a motor vehicle accident which occurred on July 27, 1998. She was seen after the accident at Valley Baptist ER with x-rays. After complete physical examination, she was diagnosed with cervical and lumbar radiculopathy. She was placed on a conservative treatment plan which included diagnostic testing.

MRI of the lumbar spine revealed 3-4mm posterocentral disc herniation at L5/S1 with a full thickness tear through the posterocentral fibers of the annulus fibrosis and loss of the normal lumbar lordosis likely related to paraspinous muscle spasm. MRI of the cervical spine revealed 3-4mm posterocentral disc herniation at C5/C6, 2mm posterocentral disc protrusion at C3/C4 and loss of the cervical lordosis likely related to paraspinous muscle spasm.

Over the course of treatment, the patient continued to have cervical pain and lumbar pain. She has continued in care with Dr. Bendiks and has shown some improvement, but she continues to have complaints of mid and lower back pain with spasm.

She may continue to suffer some form of pain syndrome associated with the injuries as caused by the July 27, 1998, accident. Future medical costs may exceed $2,000 for possible physical therapy, physician visits and medication if this condition returns, persists or is exacerbated. The supportive ligaments of the spine were compromised during this injury/impact, which caused a hypermobility of the vertebral segments involved, and therefore, it is evidence of the possible future need for physical therapy and or continued medical care to maintain range of motion and keep future pain syndromes under control.

2419 Gravel Rd. Fort Worth, TX 76118  817 595-0477 or 817 589-1088  FAX 817-284-8671

 **Industrial Medical Associates**

Patient: Leticia Abrego
Page Two

If you have any questions regarding this patient or her care, please do not hesitate to contact this office.

Sincerely,

A.J. Morris, M.D., P.A.
DICTATED BUT NOT PROOFREAD

AJM:dp



PLEASE
DO NOT
STAPLE
IN THIS
AREA

JANICE CASSIDY    APPROVED OMB-0938-0008
550 NORTH SAM HOUSTON BL.
P. O. BOX 592
SAN BENITO TX 78586

CARRIER

## HEALTH INSURANCE CLAIM FORM

PICA [ ]                                                                PICA [ ]

| 1. MEDICARE *(Medicare #)* | MEDICAID *(Medicaid #)* | CHAMPUS *(Sponsor's SSN)* | CHAMPVA *(VA File #)* | GROUP HEALTH PLAN *(SSN or ID)* | FECA BLK LUNG *(SSN)* [X] | OTHER *(ID)* | 1a. INSURED'S I.D. NUMBER    (FOR PROGRAM IN ITEM 1) 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 |
|---|---|---|---|---|---|---|---|

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) AMBREGO    LETICIA | 3. PATIENT'S BIRTH DATE  MM 09 DD 14 YY 55   SEX M [ ] F [X] | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) AMBREGO    LETICIA |
|---|---|---|

| 5. PATIENT'S ADDRESS (No., Street) RT 1 BOX 757 | 6. PATIENT RELATIONSHIP TO INSURED Self [X] Spouse [ ] Child [ ] Other [ ] | 7. INSURED'S ADDRESS (No., Street) RT 1 BOX 757 |
|---|---|---|

| CITY SAN BENITO | STATE TX | 8. PATIENT STATUS Single [ ] Married [ ] Other [ ] | CITY SAN BENITO | STATE TX |

| ZIP CODE 78586 | TELEPHONE (Include Area Code) (956) 399-4223 | Employed [ ] Full-Time Student [ ] Part-Time Student [ ] | ZIP CODE 78586 | TELEPHONE (INCLUDE AREA CODE) (956) 399-4223 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [ ] NO [ ]

a. INSURED'S DATE OF BIRTH  MM 09 DD 14 YY 55   SEX M [ ] F [X]

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX M [ ] F [ ]

b. AUTO ACCIDENT? YES [ ] NO [ ]   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES [ ] NO [ ]

c. INSURANCE PLAN NAME OR PROGRAM NAME JANICE CASSIDY

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [ ]   *If yes, return to and complete item 9 a-d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature on File   DATE 10/26/98

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature on File

| 14. DATE OF CURRENT:  MM 09 DD 27 YY 98   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM 09 DD 25 YY 98 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY   TO MM DD YY |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE ARNOLD J MORRIS | 17a. I.D. NUMBER OF REFERRING PHYSICIAN 752171417 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY   TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | 20 OUTSIDE LAB?  YES [ ] NO [ ]   $ CHARGES .00 |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 723.4     3. 724.4
2.           4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM 09 | DD 25 | YY 98 | To MM 09 | DD 25 | YY 98 | 11 | 6 | 99205 | | 1,3 | 137 00 | 1.0 | | | | |
| 10 | 23 | 98 | 10 | 23 | 98 | 11 | 6 | 99214 | | 1,3 | 71 00 | 1.0 | | | | |

| 25. FEDERAL TAX I.D. NUMBER 752171417  SSN [ ] EIN [X] | 26. PATIENT'S ACCOUNT NO. 24145-981000JG | 27. ACCEPT ASSIGNMENT? *(For govt. claims, see back)* YES [X] NO [ ] | 28. TOTAL CHARGE $ 208 00 | 29. AMOUNT PAID $ 00 | 30. BALANCE DUE $ 208 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) ARNOLD J MORRIS M.D.  SIGNED ARNOLD J MORRIS M.D.   DATE 10/26/98 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) INDUSTRIAL MEDICAL ASSOC. 2419 GRAVEL RD FT.WORTH TX 76118 | 33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # ARNOLD J MORRIS M.D. P.O. BOX 185153 FORT WORTH TX 76118 PIN# MDF4307   GRP# |

3943/2-M

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**    FORM HCFA-1500 (12-90)  FORM OWCP-1500    FORM RRB-1500

PLEASE
DO NOT
STAPLE
IN THIS
AREA

JANICE CASSIDY   APPROVED OMB-0938-0008
550 NORTH SAM HOUSTON BL.
P.O. BOX 592
SAN BENITO TX 78586

CARRIER

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| ☐ (Medicare #) | ☐ (Medicaid #) | ☐ (Sponsor's SSN) | ☐ (VA File #) | ☐ (SSN or ID) | ☐ (SSN) | ☒ (ID) | 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 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| ABREGO          LETICIA | 09 14 55   M☐ F☒ | ABREGO          LETICIA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| RT 1 BOX 757 | Self☒ Spouse☐ Child☐ Other☐ | RT 1 BOX 757 |

| CITY                      STATE | 8. PATIENT STATUS | CITY                      STATE |
|---|---|---|
| SAN BENITO            TX | Single☐ Married☐ Other☐ | SAN BENITO            TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 78586 | (956) 399-4223 | Employed☐ Full-Time Student☐ Part-Time Student☐ | 78586 | (956) 399-4223 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) ☐ YES ☐ NO | a. INSURED'S DATE OF BIRTH SEX 09 14 55   M☐ F☒ |
| b. OTHER INSURED'S DATE OF BIRTH SEX MM DD YY ☐M ☐F | b. AUTO ACCIDENT? ☒ YES ☐ NO PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? ☐ YES ☐ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME JANICE CASSIDY |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☐ NO  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature on File   DATE   02/01/99

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   Signature on File

| 14. DATE OF CURRENT: MM DD YY 07 27 98 | ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE 09 25 98 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY   TO MM DD YY |
|---|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| ARNOLD J MORRIS | 752171417 | FROM MM DD YY   TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? ☐ YES ☐ NO   $ CHARGES .00 |
|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. 723.4       3. 724.4
2.             4.

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 01 | 22 | 99 | 01 | 22 | 99 | 11 | 6 | 99214 | 1,3 | 71.00 | 1.0 | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 752171417           ☒ | 24085-9902006H | ☐ | $ 71.00 | $ .00 | $ 71.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) ARNOLD J MORRIS M.D. SIGNED   DATE 02/01/99 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) INDUSTRIAL MEDICAL ASSOC. 2419 GRAVEL RD FT.WORTH TX 76118 | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # ARNOLD J MORRIS M.D. P.O. BOX 185153 FORT WORTH TX 76118 PIN# MDF4307   GRP# |
|---|---|---|

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)       PLEASE PRINT OR TYPE       FORM HCFA-1500 (12-90)
FORM OWCP-1500       FORM RRB-1500

Case 1:01-cv-00056   Document 5   Filed in TXSD on 05/14/2001   Page 76 of 101



**Radiologist**

D I. Martinez, M.D., *Chief of Radiology*

Rio Grande Valley
Imaging & Diagnostic Center

PATIENT:              ABREGO, LETICIA
CHART #:              1040
DATE:                 10/1/98
REFERRING PHYSICIAN:  DR. A.J. MORRIS

## MRI CERVICAL SPINE

### CLINICAL HISTORY

Neck pain after a motor vehicle collision

### IMAGING PARAMETERS

T1, proton density and T2 weighted sagittal images were acquired with T2 axial images
from C2 through T1.

### FINDINGS

There is loss of the normal cervical lordosis with no acute fracture or area of abnormal
marrow signal.   The intervertebral discs are preserved in height and signal intensity
There is no evidence of cerebellar tonsillar ectopia or abnormal signal within the spinal
cord or brain stem.  The other soft tissues and osseous structures included on this
examination are unremarkable.

At C3-C4, there is a mild 2mm posterior central disc protrusion which effaces the ventral
aspect of the thecal sac without causing canal or neuroforaminal stenosis.

At C5-C6, there is a moderate sized 3-4mm posterior central disc herniation with disc
material contacting and moderately effacing the ventral aspect of the thecal sac,
attenuating the anterior subarachnoid space. The cervical neuroforamina are patent. The
facet joints articulate normally and the posterior elements are intact.

### IMPRESSION

1.    MODERATE SIZED 3-4MM POSTERIOR CENTRAL DISC HERNIATION AT C5-C6
      WITH DISC MATERIAL EFFACING THE VENTRAL ASPECT OF THE THECAL
      SAC AND ATTENUATING THE ANTERIOR SUBARACHNOID SPACE.

Case 1:01-cv-00056   Document 5   Filed in TXSD on 05/14/2001   Page 77 of 101

**Radiologist**

D L. Martinez. M.D.. *Chief of Radiology*



Rio Grande Valley
Imaging & Diagnostic Center

ABREGO, LETICIA
MRI OF THE CERVICAL SPINE
PAGE 2

2.  MILD 2MM POSTERIOR CENTRAL DISC PROTRUSION AT C3-C4.

3.  THERE IS LOSS OF THE NORMAL CERVICAL LORDOSIS LIKELY RELATED TO
    PARASPINOUS MUSCLE SPASM.

Thank you for referring this patient.

DEE L. MARTINEZ, M.D., DABR
BOARD CERTIFIED RADIOLOGIST



**Radiologist**

D L. Manner, M.D., *Chief of Radiology*

Rio Grande Valley
Imaging & Diagnostic Center

PATIENT:            ABREGO, LETICIA
CHART #:            1040
DATE:               10/1/98
REFERRING PHYSICIAN:  DR. A.J. MORRIS

## MRI OF THE LUMBAR SPINE:

### CLINICAL HISTORY

Low back pain.

### IMAGING PARAMETERS

T1, proton density and T2 weighted sagittal images were acquired with T1 weighted axial images from L2 through S1.

### FINDINGS

There is loss of the normal lumbar lordosis with no vertebral body fracture or area of abnormal marrow signal. The intervertebral discs are preserved in height and signal intensity. The conus medullaris terminates normally at T12. The other soft tissues and osseous structures included on this examination are unremarkable.

At L5-S1, there is a 3-4mm posterior central disc herniation with an acute full thickness tear through the posterior central fibers of the annulus fibrosis. The disc material extends into the epidural fat without effacing the thecal sac or the neural elements. The lumbar facet joints articulate normally and the posterior elements are intact.

### IMPRESSION

1.    MODERATE SIZED 3-4MM POSTERIOR CENTRAL DISC HERNIATION AT L5-S1 WITH A FULL THICKNESS TEAR THROUGH THE POSTERIOR CENTRAL FIBERS OF THE ANNULUS FIBROSIS.

Case 1:01-cv-00056   Document 5   Filed in TXSD on 05/14/2001   Page 79 of 101



**Radiologist**

D.L. Martinez, M.D., *Chief of Radiology*

Rio Grande Valley
Imaging & Diagnostic Center

ABREGO, LETICIA
MRI OF THE LUMBAR SPINE
PAGE 2

2.     THERE IS LOSS OF THE NORMAL LUMBAR LORDOSIS LIKELY RELATED TO
       PARASPINOUS MUSCLE SPASM.

Thank you for referring this patient.

*Dee L. Martinez*, MD

DEE L. MARTINEZ, M.D., DABR
BOARD CERTIFIED RADIOLOGIST

CutePDF - www.fastio.com

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CASSIDY, JANICE APPROVED OMB-0938-0008
ATTORNEY AT LAW
P.O.BOX 592
SAN BENITO TX 78586

| | PICA | | | | | | **HEALTH INSURANCE CLAIM FORM** | | PICA | |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | 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 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| ABREGO          LETICIA | 09 14 55 | M [ ] F [X] | ABREGO          LETICIA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| RT 1 BOX 757 | Self [X] Spouse [ ] Child [ ] Other [ ] | RT 1 BOX 757 |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| SAN BENITO | TX | Single [ ] Married [ ] Other [ ] | SAN BENITO | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 78586 | (956) 399-4223 | Employed [ ] Full-Time Student [ ] Part-Time Student [ ] | 78586 | ((956) 399-4223 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 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 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [ ] NO [X] | a. INSURED'S DATE OF BIRTH 09 14 55 | SEX M [ ] F [X] |
|---|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH   SEX | b. AUTO ACCIDENT?   PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|
| MM DD YY   M [ ] F [ ] | YES [ ] NO [X] | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES [ ] NO [X] | c. INSURANCE PLAN NAME OR PROGRAM NAME CASSIDY, JANICE |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [ ] If yes, return to and complete item 9 a-d |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature on File   DATE 11/20/98

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature on File

| 14. DATE OF CURRENT: 07 23 98 ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE 07 23 98 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM   TO |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE ARNOLD J MORRIS | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM   TO |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?   $ CHARGES |
|---|---|
| | YES [ ] NO [X]   .00 |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 724.2       3. ∟

2. ∟          4. ∟

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From   To MM DD YY MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 01 98 10 01 98 | 99 | 4 | 72148 | 1 | 879 03 | 1.0 | | N | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 74-2753202   [X] | 21040-9811000R | YES [X] NO [ ] | $ 879 03 | $ .00 | $ 879 03 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS I certify that the statements on the reverse apply to this bill and are made a part thereof. RIO GRANDE VALLEY IM RGVIET SIGNED   DATE 11/20/98 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) RIO GRANDE VALLEY IMG. CNT 1130 W.77 SUNSHINE STRIP SAN BENITO TX 78586 | 33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # RIO GRANDE VALLEY IMG.Center P.O. BOX 173484 ARLINGTON TX 76003-3484   PIN#   GRP# |
|---|---|---|

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)       **PLEASE PRINT OR TYPE**       FORM HCFA-1500  (12-90)
FORM OWCP-1500       FORM RRB-1500

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

CASSIDY, JANICE
ATTORNEY AT LAW
P.O. BOX 592
SAN BENITO TX 78586

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. | MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | 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 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| ABREGO       LETICIA | MM 09 DD 14 YY 55   M [ ] F [X] | ABREGO       LETICIA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| RT 1 BOX 757 | Self [X] Spouse [ ] Child [ ] Other [ ] | RT 1 BOX 757 |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| SAN BENITO | TX | Single [ ] Married [ ] Other [ ] | SAN BENITO | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 78586 | (956) 399-4223 | Employed [ ] Full-Time Student [ ] Part-Time Student [ ] | 78586 | (956) 399-4223 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | 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 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH / SEX |
|---|---|---|
| | YES [ ] NO [X] | MM 09 DD 14 YY 55   M [ ] F [X] |

| b. OTHER INSURED'S DATE OF BIRTH   SEX | b. AUTO ACCIDENT?   PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|
| MM DD YY   M [ ] F [ ] | YES [ ] NO [X] | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES [ ] NO [X] | CASSIDY, JANICE |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES [ ] NO [ ]   If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature on File    DATE  11/02/98

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   Signature on File

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| MM 07 DD 23 YY 98 | MM 07 DD 23 YY 98 | FROM MM DD YY   TO MM DD YY |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| ARNOLD J MORRIS | C19424 | FROM MM DD YY   TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?   $ CHARGES |
|---|---|
| | YES [ ] NO [X]   .00 |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|---|
| 1. 723.1              3. | |
| 2.                    4. | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From / To | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 01 98  10 01 98 | 99 | 4 | 72141  27 | 1 | 879.03 | 1.0 | | N | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 74-2753202   [ ] [X] | 21040-98110006 [X] | | $ 879 03 | $ 00 | $ 879 03 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| RIO GRANDE VALLEY IM   SIGNED   DATE 11/02/98 | RIO GRANDE VALLEY IMG.CNT 1130 W.77 SUNSHINE STRIP SAN BENITO TX 78586 | RIO GRANDE VALLEY IMG.CENTER P.O. BOX 173484 ARLINGTON TX 76003-3484   GRP#   PIN# |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE

FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

3843/2-M



**Radiologist**

D.L. Martinez, M.D., *Chief of Radiology*

Rio Grande Valley
Imaging & Diagnostic Center

PATIENT:              ABREGO, LETICIA
CHART #:              1040
DATE:                 10/1/98
REFERRING PHYSICIAN:  DR. A.J. MORRIS

## MRI CERVICAL SPINE

### CLINICAL HISTORY

Neck pain after a motor vehicle collision

### IMAGING PARAMETERS

T1, proton density and T2 weighted sagittal images were acquired with T2 axial images from C2 through T1.

### FINDINGS

There is loss of the normal cervical lordosis with no acute fracture or area of abnormal marrow signal.    The intervertebral discs are preserved in height and signal intensity. There is no evidence of cerebellar tonsillar ectopia or abnormal signal within the spinal cord or brain stem.    The other soft tissues and osseous structures included on this examination are unremarkable.

At C3-C4, there is a mild 2mm posterior central disc protrusion which effaces the ventral aspect of the thecal sac without causing canal or neuroforaminal stenosis.

At C5-C6, there is a moderate sized 3-4mm posterior central disc herniation with disc material contacting and moderately effacing the ventral aspect of the thecal sac, attenuating the anterior subarachnoid space. The cervical neuroforamina are patent. The facet joints articulate normally and the posterior elements are intact.

### IMPRESSION

1.    MODERATE SIZED 3-4MM POSTERIOR CENTRAL DISC HERNIATION AT C5-C6 WITH DISC MATERIAL EFFACING THE VENTRAL ASPECT OF THE THECAL SAC AND ATTENUATING THE ANTERIOR SUBARACHNOID SPACE.



**Radiologist**

D.L. Martinez, M.D., *Chief of Radiology*

Rio Grande Valley
Imaging & Diagnostic Center

PATIENT:               ABREGO, LETICIA
CHART #:               1040
DATE:                  10/1/98
REFERRING PHYSICIAN:   DR. A.J. MORRIS

## MRI OF THE LUMBAR SPINE:

### CLINICAL HISTORY

Low back pain.

### IMAGING PARAMETERS

T1, proton density and T2 weighted sagittal images were acquired with T1 weighted axial images from L2 through S1.

### FINDINGS

There is loss of the normal lumbar lordosis with no vertebral body fracture or area of abnormal marrow signal.    The intervertebral discs are preserved in height and signal intensity.  The conus medullaris terminates normally at T12.  The other soft tissues and osseous structures included on this examination are unremarkable.

At L5-S1, there is a 3-4mm posterior central disc herniation with an acute full thickness tear through the posterior central fibers of the annulus fibrosis.  The disc material extends into the epidural fat without effacing the thecal sac or the neural elements.  The lumbar facet joints articulate normally and the posterior elements are intact.

### IMPRESSION

1.    MODERATE SIZED 3-4MM POSTERIOR CENTRAL DISC HERNIATION AT L5-S1 WITH A FULL THICKNESS TEAR THROUGH THE POSTERIOR CENTRAL FIBERS OF THE ANNULUS FIBROSIS.



**Radiologist**

D.L. Martinez, M.D., *Chief of Radiology*

Rio Grande Valley
Imaging & Diagnostic Center

ABREGO, LETICIA
MRI OF THE LUMBAR SPINE
PAGE 2

2.    THERE IS LOSS OF THE NORMAL LUMBAR LORDOSIS LIKELY RELATED TO
       PARASPINOUS MUSCLE SPASM.

Thank you for referring this patient.

*Dee L. Martinez, MD*
_____
DEE L. MARTINEZ, M.D., DABR
BOARD CERTIFIED RADIOLOGIST

# GARZA CLINIC

400 West Highway 77 • San Benito, Texas 78586
Office Phone: (956) 399-1641 • After Hours: (956) 423-5220 • Fax: (956) 399-0312

Raul Garza, Jr., M.D.P.A.
General Practice

Jack S. Hirschowitz, M.D.
MRCOG•FACOG•FRCOG
Endocrinology

## PRELIMINARY REPORT

PATIENT'S NAME:  Abrego, Leticia

ADDRESS:  Route 1 Box 757          San Benito, Tx  78586

EMPLOYER & ADDRESS:  Unknown

S.S. #: _____  SEX M ____ F  X  D.O.B.  09-14-55  AGE  43

DATE OF ONSET:  07-27-98     DATE PRESENTED AT OFFICE:  11-11-98

DESCRIPTION OF INJURY:  Motor Vehicle Crash: The patient stated she was the driver of her vehicle when it was struck on the right side.

DESCRIPTION OF COMPLAINTS:  Upon evaluation, the patient complained of pain to her neck, left shoulder, left upper chest, low back and left leg.

X-RAYS:  Had an MRI of the cervical spine done on 10-01-98, at C5-C6, there is a moderate sized 3-4 mm posterior central disc herniation. A mild 2mm posterior central disc protrusion at C3-C4 and loss of the normal cervical lordosis. An MRI of the lumbar spine also done on 10-01-98, revealed a moderate 3-4mm posterior central disc herniation at L5-S1 with a full thickness tear.

TREATMENTS:  Electrical stimulation, ultrasound, massage, joint mobilization, myofacial release and manual traction.

DIAGNOSIS:  719.59 Joint Stiffness
            728.85 Muscle Spasm
            722.71 Cervical Disc Syndrome
            722.2  Lumbar Disc Syndrome

PROGNOSIS:  Good

### PRELIMINARY EXAMINATION

AREA OF COMPLAINTS:  Cervical, shoulder, chest, lumbar and leg.

GOALS: Decrease symptoms, increase function and decrease leg pain.

ESTIMATED PHYSICAL MEDICINE:  $3,500.00

DATE:  11-11-98     SIGNATURE:  Raul Garza Jr MD

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

Cassidy, Janice
550 North Sam Houston Blvd.
San Benito, TX 78586

**CARRIER**

☐ ☐ PICA

## HEALTH INSURANCE CLAIM FORM

PICA ☐ ☐

| 1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | CHAMPUS ☐ (Sponsor's SSN) | CHAMPVA ☐ (VA File #) | GROUP HEALTH PLAN ☐ (SSN or ID) | FECA BLK LUNG ☐ (SSN) | OTHER ☐ (ID) | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| Abrego, Leticia | 09 14 55 | M ☐ F ☒ | Abrego, Leticia |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| Route 1 Box 757 | Self ☐ Spouse ☒ Child ☐ Other ☐ | Route 1 Box 757 |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| San Benito | TX | Single ☐ Married ☒ Other ☐ | San Benito | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 78550 | ( 956 ) 399-4223 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | 78550 | ( 956 ) 399-4223 |

**PATIENT AND INSURED INFORMATION**

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| Abrego, Leticia | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) ☐ YES ☒ NO | a. INSURED'S DATE OF BIRTH 09 14 55 | SEX M ☐ F ☒ |
|---|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH | SEX M ☐ F ☐ | b. AUTO ACCIDENT? ☐ YES ☒ NO | PLACE (State) TX | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | | Cassidy, Janice |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO *If yes, return to and complete item 9 a-d.* |
|---|---|---|

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature On File   DATE   11-11-98

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below

SIGNED   Signature On File

| 14. DATE OF CURRENT: 07 27 98 ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE 07 27 98 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM   TO |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM   TO |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? ☐ YES ☒ NO   $ CHARGES |
|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. |___|___   3. |___|___

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO

23. PRIOR AUTHORIZATION NUMBER

**PHYSICIAN OR SUPPLIER INFORMATION**

| 24. | A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | | To MM DD YY | | | | | | | | | | | | |
| 1 | 11 10 98 | 11 10 98 | 11 | 1 | 99214 | | 65.00 | 1 | | | | 00LM54 |
| 2 | 11 10 98 | 11 10 98 | 11 | 1 | 97014 | | 35.00 | 1 | | | | 00LM54 |
| 3 | 11 10 98 | 11 10 98 | 11 | 1 | 97035 | | 45.00 | 1 | | | | 00LM54 |
| 4 | 11 10 98 | 11 10 98 | 11 | 1 | 97124 | | 40.00 | 1 | | | | 00LM54 |
| 5 | 11 10 98 | 11 10 98 | 11 | 1 | 97250 | | 65.00 | 1 | | | | 00LM54 |
| 6 | 11 10 98 | 11 10 98 | 11 | 1 | 97265 | | 70.00 | 1 | | | | 00LM54 |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 74-2145726   ☐ ☒ | 00207090 | ☒ YES ☐ NO | $ 320.00 | $ 0.00 | $ 320.00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
I certify that the statements on the reverse apply to this bill and are made a part thereof.

SIGNED   *Luis Garza Jr M.D.*   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
Luis Garza Jr MDF3134
400 W. Hwy 77
San Benito, TX 78586
MDC16007

PIN#   GRP#   LM54

Case 1:01-cv-00056   Document 5   Filed in TXSD on 05/14/2001   Page 87 of 101

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

Cassidy, Janice
550 North Sam Houston Blvd.
San Benito, TX 78586

**HEALTH INSURANCE CLAIM FORM**

PICA | | PICA

1. MEDICARE   MEDICAID   CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER
(Medicare #) (Medicaid #) (Sponsor's SSN) (VA File #) (SSN or ID) (SSN) (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Abrego, Leticia

3. PATIENT'S BIRTH DATE   MM 09 DD 14 YY 55   SEX M [ ]   F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Abrego, Leticia

5. PATIENT'S ADDRESS (No., Street)
Route 1 Box 757

6. PATIENT RELATIONSHIP TO INSURED
Self [ ]   Spouse [X]   Child [ ]   Other [ ]

7. INSURED'S ADDRESS (No., Street)
Route 1 Box 757

CITY
San Benito

STATE
TX

8. PATIENT STATUS
Single [ ]   Married [X]   Other [ ]

CITY
San Benito

STATE
TX

ZIP CODE 78550   TELEPHONE (Include Area Code) ( 956 ) 399-4223

Employed [ ]   Full-Time Student [ ]   Part-Time Student [ ]

ZIP CODE 78550   TELEPHONE (INCLUDE AREA CODE) ( 956 ) 399-4223

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Abrego, Leticia

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [ ]   NO [X]

a. INSURED'S DATE OF BIRTH   MM 09 DD 14 YY 55   M [ ]   F [X]

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   SEX M [ ]   F [ ]

b. AUTO ACCIDENT?   PLACE (State)
YES [X]   NO [ ]   TX

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [ ]   NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
Cassidy, Janice

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ]   NO [X]   If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED Signature On File   DATE 11-11-98

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED Signature On File

14. DATE OF CURRENT:   MM 07 DD 27 YY 98   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM 07 DD 27 YY 98

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   MM DD YY   TO   MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES [ ]   NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. ____   3. ____
2. ____   4. ____

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| 1 | 11 | 10 | 98 | 11 | 10 | 98 | 11 | 1 | 97122 | | - | 45.00 | 1 | | | | 00LM54 |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN [ ] EIN [X]
74-2145726

26. PATIENT'S ACCOUNT NO.
00207090

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [X]   NO [ ]

28. TOTAL CHARGE $ 45.00

29. AMOUNT PAID $ 0.00

30. BALANCE DUE $ 45.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
Raul Garza Jr MDF3134
400 W. Hwy 77
San Benito, TX 78586
PIN# MDC16007   GRP# LM54

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**   FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

Cassidy, Janice
550 North Sam Houston Blvd.
San Benito, TX 78586

CARRIER

# HEALTH INSURANCE CLAIM FORM

| PICA | | PICA |
|---|---|---|

**1. MEDICARE** (Medicare #)   **MEDICAID** (Medicaid #)   **CHAMPUS** (Sponsor's SSN)   **CHAMPVA** (VA File #)   **GROUP HEALTH PLAN** (SSN or ID) ☑   **FECA BLK LUNG** (SSN)   **OTHER** (ID)

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
Abrego, Leticia

**3. PATIENT'S BIRTH DATE** MM 09 DD 14 YY 55   **SEX** M ☐ F ☑

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
Abrego, Leticia

**5. PATIENT'S ADDRESS** (No., Street)
Route 1 Box 757

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☑ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS** (No., Street)
Route 1 Box 757

**CITY** San Benito   **STATE** TX

**8. PATIENT STATUS**
Single ☐ Married ☑ Other ☐
Employed ☐ Full-Time Student ☐ Part-Time Student ☐

**CITY** San Benito   **STATE** TX

**ZIP CODE** 78550   **TELEPHONE** (Include Area Code) ( 956 ) 399-4223

**ZIP CODE** 78550   **TELEPHONE** (INCLUDE AREA CODE) ( 956 ) 399-4223

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)
Abrego, Leticia

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS) ☐ YES ☑ NO

**a. INSURED'S DATE OF BIRTH** MM 09 DD 14 YY 55   **SEX** M ☐ F ☑

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY   **SEX** M ☐ F ☐

**b. AUTO ACCIDENT?** ☐ YES ☐ NO   **PLACE** (State) TX

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?** ☐ YES ☐ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
Cassidy, Janice

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** ☐ YES ☐ NO *If yes, return to and complete item 9 a-d*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED Signature On File   DATE 11-12-98

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED Signature On File

**14. DATE OF CURRENT** MM 11 DD 02 YY 98   ◄ **ILLNESS** (First symptom) OR **INJURY** (Accident) OR **PREGNANCY**(LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM 11 DD 02 YY 98

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM MM DD YY   TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM MM DD YY   TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?** ☐ YES ☐ NO   **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. ⌐____ ⌐____
2. ⌐____ ⌐____
3. ⌐____ ⌐____
4. ⌐____ ⌐____

**22. MEDICAID RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A | | | | | B | C | D | | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DATE(S) OF SERVICE** | | | | | **Place of Service** | **Type of Service** | **PROCEDURES, SERVICES, OR SUPPLIES** (Explain Unusual Circumstances) | | **DIAGNOSIS CODE** | **$ CHARGES** | **DAYS OR UNITS** | **EPSDT Family Plan** | **EMG** | **COB** | **RESERVED FOR LOCAL USE** |
| From | | | To | | | | CPT/HCPCS | MODIFIER | | | | | | | |
| MM | DD | YY | MM | DD | YY | | | | | | | | | | | |
| 11 | 11 | 98 | 11 | 11 | 98 | 11 | 1 | 99214 | | - | 65.00 | 1 | | | | 00LM54 |
| 11 | 11 | 98 | 11 | 11 | 98 | 11 | 1 | 97014 | | | 35.00 | 1 | | | | 00LM54 |
| 11 | 11 | 98 | 11 | 11 | 98 | 11 | 1 | 97035 | | | 45.00 | 1 | | | | 00LM54 |
| 11 | 11 | 98 | 11 | 11 | 98 | 11 | 1 | 97122 | | | 45.00 | 1 | | | | 00LM54 |

**25. FEDERAL TAX I.D. NUMBER** 74-2145726   **SSN** ☐ **EIN** ☑

**26. PATIENT'S ACCOUNT NO.** 00207090

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) ☐ YES ☐ NO

**28. TOTAL CHARGE** $ 190.00

**29. AMOUNT PAID** $ 0.00

**30. BALANCE DUE** $ 190.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED *[signature]*   DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #** Garza Jr MDFS134
400 W. Hwy 77
San Benito, TX 78586
PIN# MDC16007   GRP#   LM54

**FORM HCFA-1500** (12-90)
**FORM OWCP-1500**   **FORM RRB-1500**

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

PHYSICIAN OR SUPPLIER INFORMATION   PATIENT AND INSURED

Case 1:01-cv-00056   Document 5   Filed in TXSD on 05/14/2001   Page 89 of 101

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

Cassidy, Janice
550 North Sam Houston Blvd.
San Benito, TX 78586

☐☐ PICA

# HEALTH INSURANCE CLAIM FORM

PICA ☐☐ →

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Abrego, Leticia**

3. PATIENT'S BIRTH DATE
MM 09 DD 14 YY 55 M ☐ SEX F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Abrego, Leticia**

5. PATIENT'S ADDRESS (No., Street)
**Route 1 Box 757**

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
**Route 1 Box 757**

CITY **San Benito**  STATE **TX**

8. PATIENT STATUS
Single ☐ Married ☒ Other ☐

CITY **San Benito**  STATE **TX**

ZIP CODE **78550**  TELEPHONE (Include Area Code) **( 956 ) 399-4223**

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE **78550**  TELEPHONE (INCLUDE AREA CODE) **( 956 ) 399-4223**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**Abrego, Leticia**

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH
MM 09 DD 14 YY 55  M ☐ SEX F ☒

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY  M ☐ SEX F ☐

b. AUTO ACCIDENT?  PLACE (State)
YES ☐  NO ☒  TX

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
**Cassidy, Janice**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☒  If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED **Signature On File**  DATE **11-13-98**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED **Signature On File**

14. DATE OF CURRENT:
MM 07 DD 27 YY 98  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM 07 DD 27 YY 98

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  $ CHARGES
YES ☐  NO ☒

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. └──── 3. └────
2. └──── 4. └────

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| 1 | 11 | 12 | 98 | 11 | 12 | 98 | 11 | 1 | 99214 | | | 65.00 | 1 | | | | 00LM54 |
| 2 | 11 | 12 | 98 | 11 | 12 | 98 | 11 | 1 | 97014 | | | 20.00 | 1 | | | | 00LM54 |
| 3 | 11 | 12 | 98 | 11 | 12 | 98 | 11 | 1 | 97010 | | | 20.00 | 1 | | | | 00LM54 |
| 4 | 11 | 12 | 98 | 11 | 12 | 98 | 11 | 1 | 97035 | | | 30.00 | 1 | | | | 00LM54 |
| 5 | 11 | 12 | 98 | 11 | 12 | 98 | 11 | 1 | 97122 | | | 45.00 | 1 | | | | 00LM54 |
| 6 | | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
**74-2145726** ☐ ☒

26. PATIENT'S ACCOUNT NO.
**00207090**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES ☒  NO ☐

28. TOTAL CHARGE
$ **180.00**

29. AMOUNT PAID
$ **0.00**

30. BALANCE DUE
$ **180.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED *[signature]*  DATE 11398

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
**Raúl Garza Jr MDF3134
400 W. Hwy 77
San Benito, TX 78586**
PIN# **MDC16007**  GRP# **LM54**

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

Cassidy, Janice
550 North Sam Houston Blvd.
San Benito, TX  78586

CARRIER

# HEALTH INSURANCE CLAIM FORM

| PICA | | PICA |
|---|---|---|

**1. MEDICARE** (Medicare #)  **MEDICAID** (Medicaid #)  **CHAMPUS** (Sponsor's SSN)  **CHAMPVA** (VA File #)  **GROUP HEALTH PLAN** (SSN or ID)  **FECA BLK LUNG** (SSN)  **OTHER** [X] (ID)

**1a INSURED'S I.D. NUMBER**  (FOR PROGRAM IN ITEM 1)

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
Abrego, Leticia

**3. PATIENT'S BIRTH DATE** 09 14 55  **SEX** M ☐ F [X]

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
Abrego, Leticia

**5. PATIENT'S ADDRESS** (No., Street)
Route 1 Box 757

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse ☐  Child ☐  Other ☐

**7 INSURED'S ADDRESS** (No., Street)
Route 1 Box 757

**CITY** San Benito  **STATE** TX

**8. PATIENT STATUS**
Single ☐  Married [X]  Other ☐

**CITY** San Benito  **STATE** TX

**ZIP CODE** 78550  **TELEPHONE** (Include Area Code) ( 956 ) 399-4223

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

**ZIP CODE** 78550  **TELEPHONE** (INCLUDE AREA CODE) ( 956 ) 399-4223

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)
Abrego, Leticia

**10 IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)
YES ☐  NO [X]

**a. INSURED'S DATE OF BIRTH** 09 14 55  **SEX** M ☐ F [X]

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M ☐ F ☐

**b. AUTO ACCIDENT?**
YES ☐  NO ☐  **PLACE** (State) TX

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES ☐  NO ☐

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
Cassidy, Janice

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES ☐  NO [X]  If yes, return to and complete item 9 a-d

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED Signature On File  DATE 11-17-98

**13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED Signature On File

**14. DATE OF CURRENT:** 07 27 98  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** 07 27 98

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM MM DD YY  TO MM DD YY

**19 RESERVED FOR LOCAL USE**

**20 OUTSIDE LAB?**
YES ☐  NO [X]  **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. └─┘
2. └─┘
3. └─┘
4. └─┘

**22 MEDICAID RESUBMISSION CODE**  **ORIGINAL REF. NO**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A | | | | | | B | C | D | | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE(S) OF SERVICE | | | | | | Place of Service | Type of Service | PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 11 | 16 | 98 | 11 | 16 | 98 | 11 | 1 | 99214 | | - | 65.00 | 1 | | | | 00LM54 |
| 11 | 16 | 98 | 11 | 16 | 98 | 11 | 1 | 97014 | | | 20.00 | 1 | | | | 00LM54 |
| 11 | 16 | 98 | 11 | 16 | 98 | 11 | 1 | 97010 | | | 20.00 | 1 | | | | 00LM54 |
| 11 | 16 | 98 | 11 | 16 | 98 | 11 | 1 | 97265 | | | 45.00 | 1 | | | | 00LM54 |

**25. FEDERAL TAX I.D. NUMBER** 74-2145726  SSN ☐ EIN [X]

**26. PATIENT'S ACCOUNT NO.** 00207090

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
YES ☐  NO ☐

**28. TOTAL CHARGE** $ 150.00

**29. AMOUNT PAID** $ 0.00

**30. BALANCE DUE** $ 150.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED *[signature]* Raul Garza Jr MD  DATE

**32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)

**33 PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
Raul Garza Jr MDF3134
400 W. Hwy 77
San Benito, TX  78586
PIN# MDC16007  GRP# LM54

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)  **PLEASE PRINT OR TYPE**  FORM HCFA-1500 (12-90)  FORM OWCP-1500  FORM RRB-1500

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

Cassidy, Janice
550 North Sam Houston Blvd.
San Benito, TX  78586

CARRIER

**HEALTH INSURANCE CLAIM FORM**

| | PICA | | | | | | | PICA |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE  MM DD YY  SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| Abrego, Leticia | 09 14 55  M ☐ F ☒ | Abrego, Leticia |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| Route 1 Box 757 | Self ☐ Spouse ☒ Child ☐ Other ☐ | Route 1 Box 757 |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| San Benito | TX | Single ☐ Married ☒ Other ☐ | San Benito | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 78550 | ( 956 ) 399-4223 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | 78550 | ( 956 ) 399-4223 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| Abrego, Leticia | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS)  ☐ YES ☒ NO | a. INSURED'S DATE OF BIRTH  MM DD YY  SEX  09 14 55  M ☐ F ☒ |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH  MM DD YY  SEX  M ☐ F ☐ | b. AUTO ACCIDENT?  PLACE (State)  ☐ YES ☒ NO  TX | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?  ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME  Cassidy, Janice |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☐ YES ☐ NO  If yes, return to and complete item 9 a-d |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED  Signature On File    DATE  11-18-98 | SIGNED  Signature On File |

| 14. DATE OF CURRENT:  MM DD YY  07 27 98  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  07 27 98 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY    TO MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY    TO MM DD YY |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  ☐ YES ☒ NO   $ CHARGES |
|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION  CODE    ORIGINAL REF NO |
|---|---|
| 1. ⌐    3. ⌐ | 23. PRIOR AUTHORIZATION NUMBER |
| 2. ⌐    4. ⌐ | |

| 24. A. DATES(S) OF SERVICE | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 11 | 17 | 98 | 11 | 17 | 98 | 11 | | 99214 | | 65.00 | 1 | | | | 00LM54 |
| 11 | 17 | 98 | 11 | 17 | 98 | 11 | | 97035 | | 30.00 | 1 | | | | 00LM54 |
| 11 | 17 | 98 | 11 | 17 | 98 | 11 | | 97124 | | 30.00 | 1 | | | | 00LM54 |
| 11 | 17 | 98 | 11 | 17 | 98 | 11 | | 97265 | | 45.00 | 1 | | | | 00LM54 |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 74-2145726  ☒ | 00207090 | ☒ YES ☐ NO | $ 170.00 | $ 0.00 | $ 170.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  SIGNED  [signature] Ravi Garza Jr MD    DATE  11-18-98 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE  Ravi Garza Jr MDF3134  400 W. Hwy 77  San Benito, TX  78586  PIN# MDC16007    GRP# LM54 |
|---|---|---|

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**    FORM HCFA-1500  (12-90)  FORM OWCP-1500    FORM RRB-1500

PATIENT AND INSURED INFORMATION    PHYSICIAN OR SUPPLIER INFORMATION

APPROVED OMB-0938-0008

**PLEASE DO NOT STAPLE IN THIS AREA**

Cassidy, Janice
550 North Sam Houston Blvd.
San Benito, TX 78586

## HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | | | PICA | |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| *(Medicare #)* | *(Medicaid #)* | *(Sponsor's SSN)* | *(VA File #)* | *(SSN or ID)* | *(SSN)* | ☒ *(ID)* | | |

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Abrego, Leticia

**3. PATIENT'S BIRTH DATE** MM 09 DD 14 YY 55  M ☐  SEX F ☒

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
Abrego, Leticia

**5. PATIENT'S ADDRESS (No., Street)**
Route 1 Box 757

**6 PATIENT RELATIONSHIP TO INSURED**
Self ☐  Spouse ☒  Child ☐  Other ☐

**7 INSURED'S ADDRESS (No., Street)**
Route 1 Box 757

CITY San Benito   STATE TX

**8 PATIENT STATUS**
Single ☐  Married ☒  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY San Benito   STATE TX

ZIP CODE 78550   TELEPHONE (Include Area Code) ( 956 ) 399-4223

ZIP CODE 78550   TELEPHONE (INCLUDE AREA CODE) ( 956 ) 399-4223

**9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**
Abrego, Leticia

**10 IS PATIENT'S CONDITION RELATED TO**

**11 INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)**
YES ☐  NO ☒

**a INSURED'S DATE OF BIRTH** MM 09 DD 14 YY 55  M ☐  SEX F ☒

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY   SEX M ☐ F ☐

**b. AUTO ACCIDENT?**
YES ☐  NO ☐  PLACE (State) TX

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES ☐  NO ☐

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
Cassidy, Janice

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES ☐  NO ☒  *If yes, return to and complete item 9 a-d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below

SIGNED Signature On File   DATE 11-20-98

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below

SIGNED Signature On File

**14. DATE OF CURRENT** MM 07 DD 27 YY 98  ◄ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM 07 DD 27 YY 98

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM   TO

**17 NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY   TO MM DD YY

**19 RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**
YES ☐  NO ☒  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)**
1. ⌐
2. ⌐   4.

**22. MEDICAID RESUBMISSION CODE**   ORIGINAL REF. NO

**23 PRIOR AUTHORIZATION NUMBER**

| 24. | A | | | | | B | C | D | | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | \multicolumn | DATE(S) OF SERVICE | | | | Place of Service | Type of Service | PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS \| MODIFIER | | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
| | From MM\|DD\|YY | | To MM\|DD\|YY | | | | | | | | | | | | | |
| 1 | 11 19 98 | | 11 19 98 | | 11 | 1 | 99214 | | | | 65.00 | 1 | | | | 00LM54 |
| 2 | 11 19 98 | | 11 19 98 | | 11 | 1 | 97014 | | | | 20.00 | 1 | | | | 00LM54 |
| 3 | 11 19 98 | | 11 19 98 | | 11 | 1 | 97010 | | | | 20.00 | 1 | | | | 00LM54 |
| 4 | 11 19 98 | | 11 19 98 | | 11 | 1 | 97035 | | | | 30.00 | 1 | | | | 00LM54 |
| 5 | 11 19 98 | | 11 19 98 | | 11 | 1 | 97122 | | | | 45.00 | 1 | | | | 00LM54 |
| 6 | | | | | | | | | | | | | | | | |

**25 FEDERAL TAX I.D. NUMBER**  74-2145726  SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.**  00207090

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES ☒  NO ☐

**28. TOTAL CHARGE** $ 180.00

**29. AMOUNT PAID** $ 0.00

**30. BALANCE DUE** $ 180.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED *Signature Garza Jr MD*   DATE 12098

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
Raul Garza Jr MDF3134
400 W.Hwy 77
San Benito, TX 78586
PIN# MDC16007   GRP# LM54

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**   FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

PLEASE
DO NOT
STAPLE
IN THIS
AREA

Cassidy, Janice
550 North Sam Houston Blvd.
San Benito, TX 78586

CARRIER

| PICA | | | | | | | | | | | **HEALTH INSURANCE CLAIM FORM** | | | PICA |

## HEALTH INSURANCE CLAIM FORM

| 1. | MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|---|
| | ☐ (Medicare #) | ☐ (Medicaid #) | ☐ (Sponsor's SSN) | ☐ (VA File #) | ☐ (SSN or ID) | ☐ (SSN) | ☐ (ID) | | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| Abrego, Leticia | MM 09 DD 14 YY 55 | M ☑ F ☐ | Abrego, Leticia |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| Route 1 Box 757 | Self ☒ Spouse ☐ Child ☐ Other ☐ | Route 1 Box 757 |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| San Benito | TX | Single ☐ Married ☒ Other ☐ | San Benito | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 78550 | (956) 399-4223 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | 78550 | (956) 399-4223 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| Abrego, Leticia | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | ☐ YES ☒ NO | MM 09 DD 14 YY 55 | M ☐ F ☒ |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| MM DD YY | M ☐ F ☐ | ☐ YES ☒ NO | TX | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | ☐ YES ☒ NO | Cassidy, Janice |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | ☐ YES ☒ NO *If yes, return to and complete item 9 a-d.* |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
|---|---|
| SIGNED Signature On File    DATE 12-08-98 | SIGNED Signature On File |

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 07 27 98 | MM 07 DD 27 YY 98 | FROM MM DD YY    TO MM DD YY |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | | FROM MM DD YY    TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?    $ CHARGES |
|---|---|
| | ☐ YES ☒ NO |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO. |
|---|---|
| 1. 719.59    3. 722.71 | |
| 2. 728.85    4. 722.2 | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | | |
| 12 07 98 | 12 07 98 | 11 | 1 | 99214 | 1234 | 65 00 | 1 | | | | 00LM549 |
| 12 07 98 | 12 07 98 | 11 | 1 | 97014 | 1234 | 20 00 | 1 | | | | 00LM549 |
| 12 07 98 | 12 07 98 | 11 | 1 | 97010 | 1234 | 20 00 | 1 | | | | 00LM549 |
| 12 07 98 | 12 07 98 | 11 | 1 | 97035 | 1234 | 30 00 | 1 | | | | 00LM549 |
| 12 07 98 | 12 07 98 | 11 | 1 | 97124 | 1234 | 30 00 | 1 | | | | 00LM549 |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 74-2145726 | ☐ ☒ | 00207090 | ☐ YES ☐ NO | $ 165 00 | $ 0.00 | $ 165.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| SIGNED *Saul Garza Jr MD*    DATE 120898 | | Raul Garza Jr MDF3134 400 W. Hwy 77 San Benito, TX 78586 PIN# MDC16007    GRP# LM54 |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90),    FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500,    APPROVED OMB-0720-0001 (CHAMPUS)

PLEASE
DO NOT
STAPLE
IN THIS
AREA

Cassidy, Janice
550 North Sam Houston Blvd.
San Benito, TX 78586

CARRIER

## HEALTH INSURANCE CLAIM FORM

| PICA | | PICA |
|---|---|---|

1. ☐ MEDICARE (Medicare #) ☐ MEDICAID (Medicaid #) ☐ CHAMPUS (Sponsor's SSN) ☐ CHAMPVA (VA File #) ☐ GROUP HEALTH PLAN (SSN or ID) ☐ FECA BLK LUNG (SSN) ☐ OTHER (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Abrego, Leticia

3. PATIENT'S BIRTH DATE 09 14 95 SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Abrego, Leticia

5. PATIENT'S ADDRESS (No., Street)
Route 1 Box 757

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
Route 1 Box 757

CITY
San Benito STATE TX

8. PATIENT STATUS
Single ☐ Married ☒ Other ☐

CITY
San Benito STATE TX

ZIP CODE 78550 TELEPHONE (Include Area Code) (956) 399-4223

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE 78550 TELEPHONE (INCLUDE AREA CODE) (956) 399-4223

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Abrego, Leticia

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH 09 14 95 SEX M ☐ F ☒

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M ☐ F ☐

b. AUTO ACCIDENT? ☐ YES ☒ NO PLACE (State) TX

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
Cassidy, Janice

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below
SIGNED Signature On File DATE 12-09-98

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED Signature On File

14. DATE OF CURRENT: 07 27 98 ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE 07 27 98

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? ☐ YES ☒ NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 719.59
2. 728.85
3. 722.71
4. 722.2

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 08 98 | 12 08 98 | 11 | 1 | 99214 | 1234 | 65 00 | | | | | 00LM549 |
| 12 08 98 | 12 08 98 | 11 | 1 | 97014 | 1234 | 20 00 | | | | | 00LM549 |
| 12 08 98 | 12 08 98 | 11 | 1 | 97010 | 1234 | 20 00 | | | | | 00LM549 |
| 12 08 98 | 12 08 98 | 11 | 1 | 97124 | 1234 | 30 00 | | | | | 00LM549 |
| 12 08 98 | 12 08 98 | 11 | 1 | 97265 | 1234 | 45 00 | | | | | 00LM549 |
| 12 08 98 | 12 08 98 | 11 | 1 | 97035 | 1234 | 30 00 | | | | | 00LM549 |

25. FEDERAL TAX I.D. NUMBER 74-2145726 ☐ SSN ☒ EIN

26. PATIENT'S ACCOUNT NO. 00207090

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES ☐ NO

28. TOTAL CHARGE $ 210 00

29. AMOUNT PAID $ 0 00

30. BALANCE DUE $ 210 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED [signature] DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
Raul Garza Jr MD F3134
400 W. Hwy 77
San Benito, TX 78586
PIN# MDC16007 GRP# LM54

PLEASE
DO NOT
STAPLE
IN THIS
AREA

CARRIER

Cassidy, Janice
550 North Sam Houston Blvd.
San Benito, TX 78586

## HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | | PICA | |

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
| Abrego, Leticia | 09 04 95  M | Abrego, Leticia |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
| Route 1 Box 757 | Self X  Spouse  Child  Other | Route 1 Box 757 |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
| San Benito | TX | Single  Married X  Other | San Benito | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
| 78550 | (956) 399-4223 | Employed  Full-Time Student  Part-Time Student | 78550 | (956) 399-4223 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| Abrego, Leticia | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
| | YES  X NO | 09 04 95  M  F X |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| MM DD YY  M  F | | YES  X NO  TX | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| | YES  X NO | Cassidy, Janice |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
| | | YES  X NO  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. |
| SIGNED Signature On File  DATE 12-11-98 | SIGNED Signature On File |

| 14. DATE OF CURRENT: 07 27 98  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE 07 27 98 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM  TO |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM  TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?  $ CHARGES |
| | YES  X NO |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO |
| 1. 719.59  3. 722.71 | |
| 2. 728.85  4. 722.2 | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 10 98  12 10 98 | 11 | 1 | 99214 | 1234 | 65 00 | | | | | 00LM549 |
| 2 | 12 10 98  12 10 98 | 11 | 1 | 97014 | 1234 | 20 00 | | | | | 00LM549 |
| 3 | 12 10 98  12 10 98 | 11 | 1 | 97010 | 1234 | 20 00 | | | | | 00LM549 |
| 4 | 12 10 98  12 10 98 | 11 | 1 | 97035 | 1234 | 30 00 | | | | | 00LM549 |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
| 74-2145726  X | 00207090 | X YES  NO | $ 135 00 | $ 0 00 | $ 135 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE PHONE # Garza Jr MDF3134 |
| SIGNED [signature]  DATE | | 400 W. Hwy 77 San Benito, TX 78586 |
| | | PIN# MDC16007  GRP# LM54 |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

PLEASE
DO NOT
STAPLE
IN THIS
AREA

Cassidy, Janice
550 North Sam Houston Blvd.
San Benito, TX  78586

CARRIER

[ ] [ ] PICA

## HEALTH INSURANCE CLAIM FORM

PICA [ ] [ ]

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Abrego, Leticia**

3. PATIENT'S BIRTH DATE   MM | DD | YY   SEX
09 | 14 | 55   M [ ]   F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**Abrego, Leticia**

5. PATIENT'S ADDRESS (No., Street)
**Route 1 Box 757**

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
**Route 1 Box 757**

CITY **San Benito**   STATE **TX**

8. PATIENT STATUS
Single [ ]  Married [X]  Other [ ]

CITY **San Benito**   STATE **TX**

ZIP CODE **78550**   TELEPHONE (Include Area Code) **(956) 399-4223**

Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

ZIP CODE **78550**   TELEPHONE (INCLUDE AREA CODE) **(956) 399-4223**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**Abrego, Leticia**

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH   MM | DD | YY   SEX
09 | 14 | 55   M [ ]   F [X]

b. OTHER INSURED'S DATE OF BIRTH   MM | DD | YY   SEX
M [ ]  F [ ]

b. AUTO ACCIDENT?   PLACE (State)
YES [ ]  NO [X]   TX

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
**Cassidy, Janice**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ]  NO [X]   If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature On File**   DATE **12-15-98**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **Signature On File**

14. DATE OF CURRENT:   MM | DD | YY   ◄ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
07 | 27 | 98

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE   MM | DD | YY
07 | 27 | 98

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   MM | DD | YY   TO   MM | DD | YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   MM | DD | YY   TO   MM | DD | YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES [ ]  NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 719.59     3. 722.71
2. 728.85     4. 722.2

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | | | |
| 12 14 98 | 12 14 98 | 11 | 1 | 99214 | | 1234 | 65 00 | | | | | 00LM549 |
| 12 14 98 | 12 14 98 | 11 | 1 | 97014 | | 1234 | 20 00 | | | | | 00LM549 |
| 12 14 98 | 12 14 98 | 11 | 1 | 97010 | | 1234 | 20 00 | | | | | 00LM549 |
| 12 14 98 | 12 14 98 | 11 | 1 | 97035 | | 1234 | 30 00 | | | | | 00LM549 |
| 12 14 98 | 12 14 98 | 11 | 1 | 97124 | | 1234 | 30 00 | | | | | 00LM549 |

25. FEDERAL TAX I.D. NUMBER   SSN [ ]  EIN [X]
74-2145726

26. PATIENT'S ACCOUNT NO.
00207090

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [X]  NO [ ]

28. TOTAL CHARGE  $ 165 00

29. AMOUNT PAID  $ 0 00

30. BALANCE DUE  $ 165 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED _Raul Garza Jr MD_   DATE 12-15-98

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
**Raul Garza Jr MDF3134**
**400 W Hwy 77**
**San Benito, TX  78586**
PIN# **MDC16007**   GRP# **LM54**

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90),   FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500,   APPROVED OMB-0720-0001 (CHAMPUS)

PLEASE
DO NOT
STAPLE
IN THIS
AREA

Cassidy, Janice
550 North Sam Houston Blvd.
San Benito, TX  78586

CARRIER

# HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | PICA | |

| | | | | | |
|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) |

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
Abrego, Leticia

**3. PATIENT'S BIRTH DATE**  MM 09 DD 14 YY 55   **SEX** M ☑ F

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
Abrego, Leticia

**5. PATIENT'S ADDRESS** (No., Street)
Route 1 Box 757

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☑  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS** (No., Street)
Route 1 Box 757

**CITY** San Benito   **STATE** TX

**8. PATIENT STATUS**
Single ☐  Married ☑  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

**CITY** San Benito   **STATE** TX

**ZIP CODE** 78550   **TELEPHONE** (Include Area Code) (956) 399-4223

**ZIP CODE** 78550   **TELEPHONE** (INCLUDE AREA CODE) (956) 399-4223

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)
Abrego, Leticia

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (CURRENT OR PREVIOUS)**
YES ☐  NO ☑

**a. INSURED'S DATE OF BIRTH**  MM 09 DD 14 YY 55   **SEX** M ☐ F ☑

**b. OTHER INSURED'S DATE OF BIRTH**  MM DD YY   **SEX** M ☐ F ☐

**b. AUTO ACCIDENT?**
YES ☑  NO ☐   **PLACE (State)** TX

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES ☐  NO ☑

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
Cassidy, Janice

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES ☐  NO ☑   *If yes, return to and complete item 9 a-d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  Signature On File   DATE 12-16-98

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  Signature On File

**14. DATE OF CURRENT**  MM 07 DD 27 YY 98   ◄ ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE**  MM 07 DD 27 YY 98

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM   TO

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM   TO

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**   **$ CHARGES**
YES ☐  NO ☑

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. 719.59
2. 728.85
3. 722.71
4. 722.2

**22. MEDICAID RESUBMISSION CODE**   **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A DATE(S) OF SERVICE From | To | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 15 98 | 12 15 98 | 11 | 1 | 99214 | 1234 | 65 00 | 1 | | | | 00LM549 |
| 12 15 98 | 12 15 98 | 11 | 1 | 97014 | 1234 | 20 00 | 1 | | | | 00LM549 |
| 12 15 98 | 12 15 98 | 11 | 1 | 97010 | 1234 | 20 00 | 1 | | | | 00LM549 |
| 12 15 98 | 12 15 98 | 11 | 1 | 97124 | 1234 | 30 00 | 1 | | | | 00LM549 |

**25. FEDERAL TAX I.D. NUMBER**  74-2145726  SSN ☐ EIN ☑

**26. PATIENT'S ACCOUNT NO.**  00207090

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)  YES  NO

**28. TOTAL CHARGE**  $ 135.00

**29. AMOUNT PAID**  $ 0.00

**30. BALANCE DUE**  $ 135.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED   DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE**
Rene Garza Jr MDF3134
400 W. Hwy 77
San Benito, TX  78586
PIN# MDC16007   GRP# LM54

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90),  FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500,  APPROVED OMB-0720-0001 (CHAMPUS

**Subjective:** _Shoulder freeh · in continuing · not taking any meds_

**Objective:** [✓]Problem Focussed []Expanded Problem Focussed []Detailed []Comprehensive   SEVERITY Minimal-Minor-(Mod)Mod(+)-High

Gait: WNL Slow Fast Guarded Antalgic-forward-left-right Stiff

Posture: WNL Antalgic C-list: ant-L-R Shoulders:WNL high L-R Thoracic: kyphosis Inc-dec Scoliosis: None-L-R-C-S Lumbar: list l-R-ant

Ilium: high L-R ant L-R Knees: WNL Var-Val Ankles: WNL Inv L-R ev L-R HEAD: headache front-par-temp-cor-occ Facial pain TMJ

| CERVICAL Spine         left - right | THORACIC Spine         left - right | LUMBAR Spine         left - right |
|---|---|---|
| hyperalgesia  sev mod min - min mod sev | hyperalgesia  sev mod min - min mod sev | hyperalgesia  sev mod min - min mod sev |
| myalgia      sev mod min - min mod sev | myalgia      sev mod min - min mod sev | myalgia      sev mod min - min mod sev |
| spasm        sev mod min - min mod sev | spasm        sev mod min - min mod sev | spasm        sev mod min - min mod sev |
| MFP-TP       sev mod min - min mod sev | MFP-TP       sev mod min - min mod sev | MFP-TP       sev mod min - min mod sev |
| act lat TR RPP - act lat TR RPP | act lat TR RPP - act lat TR RPP | act lat TR RPP - act lat TR RPP |
| SCM-LTrap-Scal-Paraspinal  U-M-L | LevSc-MTrap-LTrap-RhMj-RhMn-Para  U-M-L | QLum-Paraspinal  U-M-L |
| BJP R/L/C   sev mod min - min mod sev | BJP R/L/C   sev mod min - min mod sev | BJP R/L/C   sev mod min - min mod sev |
| AROM: A Hr Ho K BJP  F-E-LR-RR-LB-RB | AROM: A Hr Ho K BJP  F-E-LR-RR-LB-RB | AROM: A Hr Ho K BJP  F-E-LR-RR-LB-RB |
| PROM: A Hr Ho K BJP  F-E-LR-RR-LB-RB | PROM: A Hr Ho K BJP  F-E-LR-RR-LB-RB | PROM: A Hr Ho K BJP  F-E-LR-RR-LB-RB |
| + + + + | + + + + | + + + + |
| Sh Dep  LB-RB U-M-L  Dist  L-R U-M-L | Strain L-R | SLR ___L ___R DLR Kemp's Ext-LR-RR |
| Comp  LR-RR-F-E-LB-RB  U-M-L | | Minor's  Soto Hall  C-T-L |
| VAA  LR/ext - RR/ext | | |

| UPPER Extremity      left - right | PELVIS      left - right | LOWER Extremity      left - right |
|---|---|---|
| hyperalgesia  sev mod min - min mod sev | hyperalgesia  sev mod min - min mod sev | hyperalgesia  sev mod min - min mod sev |
| myalgia      sev mod min - min mod sev | myalgia      sev mod min - min mod sev | myalgia      sev mod min - min mod sev |
| spasm        sev mod min - min mod sev | spasm        sev mod min - min mod sev | spasm        sev mod min - min mod sev |
| MFP-TP       sev mod min - min mod sev | MFP-TP       sev mod min - min mod sev | MFP-TP       sev mod min - min mod sev |
| | | act lat TR RPP - act lat TR RPP |
| BJP R/L/C   sev mod min - min mod sev | BJP R/L/C   sev mod min - min mod sev | BJP R/L/C   sev mod min - min mod sev |
| AROM: A Hr Ho K BJP | AROM: A Hr Ho K BJP | AROM: A Hr Ho K BJP |
| PROM: A Hr Ho K BJP | PROM: A Hr Ho K BJP | PROM: A Hr Ho K BJP |
| | | Patrick's L-R H-S-L |
| Shoulder  Elbow  Wrist  Hand | Yeoman L-R  Nachlas L-R  Hibb's L-R  Ely's L-R | Hip  Knee  Ankle  Foot |

**Assessment:** [✓]Problem Focussed [✓]Expanded Problem Focussed []Detailed []Comprehensive

Head <=> C <=> ___T <=> // L <=> ___ P <=> ___ UE <=> ___ LE <=> ___ Acute-Subacute-Chronic Mild-Moderate-Severe

Unstable-Stable-Progress: None Erratic Slow As Better than Expected Aggravated Exacerbated Complicated by

**Plan:** [✓]Straight Forward [ ]Low Complexity [ ]Moderate Complexity [ ]High Complexity

JM/CMT: /Rx None Change   Therapy: /Rx None Change   Home Tx: /Rx Continue Discontinue Change   PR: WTTP-other

Diagnostic Test Rx:                                                    RTW: FT-PT-FD-MWD-OFF for ___ D-Wk

Comments: _Chronic_   _Mace up of Rench_   TIME 5-10-15-20-25-30-35-40-45-50-55-60   Initial ___ Discharge-Examination OV#  1

| PATIENT: _Abrego, Leticia_ | ID#: _30769_ | BY: _____ |
|---|---|---|
| REFERRED BY: | LOCATION: GARZA MEDICAL CLINIC | DATE: _7-12-00_ |

Case 1:01-cv-00056 Document 1 Filed in TXSD on Page 99 of 101

**Subjective:** _helped redu of l.b.p a lost L therapy_

**Objective:** [ ]Problem Focussed [ ]Expanded Problem Focussed [ ]Detailed [ ]Comprehensive   SEVERITY Minimal-Minor-Mod-Mod(+)-High

Gait: WNL Slow Fast Guarded Antalgic-forward-left-right Stiff
Posture: WNL Antalgic C-list: ant-L-R Shoulders: WNL high L-R Thoracic: kyphosis inc-dec Scoliosis: None-L-R-C-S Lumbar: list l-R-ant
Ilium: high L-R ant L-R Knees: WNL Var-Val Ankles: WNL Inv L-R ev L-R HEAD: headache front-par-temp-cor-occ Facial pain TMJ

| CERVICAL Spine | left - right | THORACIC Spine | left - right | LUMBAR Spine | left - right |
|---|---|---|---|---|---|
| hyperalgesia | sev mod min - min mod sev | hyperalgesia sev mod min - min mod sev | | hyperalgesia sev mod min - min mod sev | |
| myalgia | sev mod min - min mod sev | myalgia sev mod min - min mod sev | | myalgia sev mod min - min mod sev | |
| spasm | sev mod min - min mod sev | spasm sev mod min - min mod sev | | spasm sev mod min - min mod sev | |
| MFP-TP | sev mod min - min mod sev | MFP-TP sev mod min - min mod sev | | MFP-TP sev mod min - min mod sev | |

CERVICAL: act lat TR RPP - act lat TR RPP
SCM-UTrap-Scal-Paraspinal U-M-L
BJP R/L/C sev mod min - min mod sev
AROM: A Hr Ho K BJP F-E-LR-RR-LB-RB
PROM: A Hr Ho K BJP F-E-LR-RR-LB-RB

+ + + +

Sh Dep LB-RB U-M-L Dist L-R U-M-L
Comp LR-RR-F-E-LB-RB U-M-L
VAA LR/ext - RR/ext

THORACIC: act lat TR RPP - act lat TR RPP
LevSc-MTrap-LTrap-RhMj-RhMn-Para U-M-L
BJP R/L/C sev mod min - min mod sev
AROM: A Hr Ho K BJP F-E-LR-RR-LB-RB
PROM: A Hr Ho K BJP F-E-LR-RR-LB-RB

+ + + + +

Strain L-R    w5/6 / 13 - D

LUMBAR: act lat TR RPP - act lat TR RPP
QLum-Paraspinal U-M-L
BJP R/L/C sev mod min - min mod sev
AROM: A Hr Ho K BJP F-E-LR-RR-LB-RB
PROM: A Hr Ho K BJP F-E-LR-RR-LB-RB

+ + + +

SLR ____L ____R DLR Kemp's Ext-LR-RR
Minor's Soto Hall C-T-L

| UPPER Extremity | left - right | PELVIS | left - right | LOWER Extremity | left - right |
|---|---|---|---|---|---|
| hyperalgesia | sev mod min - min mod sev | hyperalgesia sev mod min - min mod sev | | hyperalgesia sev mod min - min mod sev | |
| myalgia | sev mod min - min mod sev | myalgia sev mod min - min mod sev | | myalgia sev mod min - min mod sev | |
| spasm | sev mod min - min mod sev | spasm sev mod min - min mod sev | | spasm sev mod min - min mod sev | |
| MFP-TP | sev mod min - min mod sev | MFP-TP sev mod min - min mod sev | | MFP-TP sev mod min - min mod sev | |

UPPER: act lat TR RPP - act lat TR RPP
BJP R/L/C sev mod min - min mod sev
AROM: A Hr Ho K BJP
PROM: A Hr Ho K BJP

Shoulder Elbow Wrist Hand

PELVIS: act lat TR RPP - act lat TR RPP
BJP R/L/C sev mod min - min mod sev
AROM: A Hr Ho K BJP
PROM: A Hr Ho K BJP

Yeoman L-R Nachlas L-R Hibb's L-R Ely's L-R

LOWER: act lat TR RPP - act lat TR RPP
BJP R/L/C sev mod min - min mod sev
AROM: A Hr Ho K BJP
PROM: A Hr Ho K BJP
Patrick's L-R H-S-L

Hip Knee Ankle Foot

**Assessment:** [ ]Problem Focussed [ ]Expanded Problem Focussed [ ]Detailed [ ]Comprehensive

Head <=> C <=> 1/2 T <=> L <=> 1/2 P <=> UE <=> LE <=> Acute-Subacute-Chronic Mild-Moderate-Severe
Unstable-Stable-Progress: None Erratic Slow As Better than Expected Aggravated Exacerbated Complicated by

**Plan:** [ ]Straight Forward [ ]Low Complexity [ ]Moderate Complexity [ ]High Complexity

JM/CMT: /Rx None Change Therapy: /Rx None Change Home Tx: /Rx Continue Discontinue Change PR: WTTP other

Diagnostic Test Rx:_____ Referral:_____ RTW: FT-PT-FD-MWD-OFF for____D-Wk
Comments:
TIME 5-10-15-20-25-30-35-40-45-50-55-60 Initial F/U Discharge-Examination OV# 11

| PATIENT. Munoz Leticia | ID#. 20709 | BY. |
|---|---|---|
| REFERRED BY. | LOCATION. GARZA MEDICAL CLINIC | DATE. 7-17-00 |

**Subjective:** _Overall ↓ Sx    c̅ therapy helps_

**Objective:** [ ]Problem Focussed  [ ]Expanded Problem Focussed  [ ]Detailed  [ ]Comprehensive    SEVERITY Minimal-Minor-Mod(+)-High

Gait: (WNL) Slow Fast Guarded Antalgic-forward-left-right  Stiff
Posture: WNL  Antalgic  C-list: ant-L-R  Shoulders: WNL high L-R  Thoracic: kyphosis inc-dec  Scoliosis: None-L-R-C-S  Lumbar: list l-R-ant
Ilium: high L-R  ant L-R  Knees: WNL Var-Val  Ankles: WNL inv L-R  ev L-R  HEAD: headache front-par-temp-cor-occ  Facial pain      TMJ

| CERVICAL Spine        left - right | THORACIC Spine        left - right | LUMBAR Spine        left - right |
|---|---|---|
| hyperalgesia  sev mod min - min mod sev | hyperalgesia  sev mod min - min mod sev | hyperalgesia  sev mod min - min mod sev |
| myalgia      sev mod min - min mod sev | myalgia      sev mod min - min mod sev | myalgia      sev mod min - min mod sev |
| spasm        sev mod min - min mod sev | spasm        sev mod min - min mod sev | spasm        sev mod min - min mod sev |
| MFP-TP       sev mod min - min mod sev | MFP-TP       sev mod min - min mod sev | MFP-TP       sev mod min - min mod sev |
| act lat TR RPP - act lat TR RPP | act lat TR RPP - act lat TR RPP | act lat TR RPP - act lat TR RPP |
| SCM-UTrap-Scal-Paraspinal  U-M-L | LevSc-MTrap-LTrap-RhMj-RhMn-Para  U-M-L | QLum-Paraspinal  U-M-L |
| BJP R/L/C   sev mod min - min mod sev | BJP R/L/C   sev mod min - min mod sev | BJP R/L/C   sev mod min - min mod sev |
| AROM: A Hr Ho K BJP  F-E-LR-RR-LB-RB | AROM: A Hr Ho K BJP  F-E-LR-RR-LB-RB | AROM: A Hr Ho K BJP  F-E-LR-RR-LB-RB |
| PROM: A Hr Ho K BJP  F-E-LR-RR-LB-RB | PROM: A Hr Ho K BJP  F-E-LR-RR-LB-RB | PROM: A Hr Ho K BJP  F-E-LR-RR-LB-RB |
| + + + + | + + + + + | + + + + |
| Sh Dep  LB-RB  U-M-L  Dist  L-R U-M-L | Strain L-R | SLR ___L ___R DLR Kemp's Ext-LR-RR |
| Comp  LR-RR-F-E-LB-RB  U-M-L | | Minor's  Soto Hall  C-T-L |
| VAA  LR/ext - RR/ext | | |
| ↓ Sx hyper ext. | | |

| UPPER Extremity        left - right | PELVIS        left - right | LOWER Extremity        left - right |
|---|---|---|
| hyperalgesia  sev mod min - min mod sev | hyperalgesia  sev mod min - min mod sev | hyperalgesia  sev mod min - min mod sev |
| myalgia      sev mod min - min mod sev | myalgia      sev mod min - min mod sev | myalgia      sev mod min - min mod sev |
| spasm        sev mod min - min mod sev | spasm        sev mod min - min mod sev | spasm        sev mod min - min mod sev |
| MFP-TP       sev mod min - min mod sev | MFP-TP       sev mod min - min mod sev | MFP-TP       sev mod min - min mod sev |
| | act lat TR RPP - act lat TR RPP | act lat TR RPP - act lat TR RPP |
| BJP R/L/C   sev mod min - min mod sev | BJP R/L/C   sev mod min - min mod sev | BJP R/L/C   sev mod min - min mod sev |
| AROM: A Hr Ho K BJP | AROM: A Hr Ho K BJP | AROM: A Hr Ho K BJP |
| PROM: A Hr Ho K BJP | PROM: A Hr Ho K BJP | PROM: A Hr Ho K BJP |
| | | Patrick's L-R  H-S-L |
| Shoulder  Elbow  Wrist  Hand | Yeoman L-R  Nachlas L-R  Hibb's L-R  Ely's L-R | Hip  Knee  Ankle  Foot |

**Assessment:** [ ]Problem Focussed  [ ]Expanded Problem Focussed  [ ]Detailed  [ ]Comprehensive

Head <=>  C <=> 7/.  T<=> ___  L <=> 7/  P<=> ___  UE <=> ___  LE <=> ___  Acute-Subacute-Chronic  (Mild-Moderate-Severe)
Unstable-Stable-Progress: None Erratic Slow As Better than Expected Aggravated Exacerbated Complicated by

**Plan:** [ ]Straight Forward  [ ]Low Complexity  [ ]Moderate Complexity  [ ]High Complexity

/JM/CMT: /Rx None Change    Therapy /Rx None Change    Home Tx: /Rx Continue Discontinue Change    PR: WTTP other

Diagnostic Tests/Rx: _____    Referral: _____    RTW: FT-PT-FD-MWD-OFF for ____ D-Wk
Comments: _Kech ? PN_    TIME  5-10-15-20-25-30-35-40-45-50-55-60    Initial F/U Discharge-Examination OV# 10

| PATIENT: _Abrega, Leticia_ | ID#: 20709 | BY: ___ |
|---|---|---|
| REFERRED BY: | LOCATION: GARZA MEDICAL CLINIC | DATE: 7-20-00 |

Case 1:01-cv-00056  Document ___  Filed in TXSD on ___  Page 100 of 101

PATIENT LEDGER printed on 09-25-00

00207090   Abrego, Leticia              DOB: 09-14-55        (956) 399-4223
================================================================================
Route 1 Box 757                                            30:          0.00
San Benito, TX 78550                                       60:          0.00
                                                           90:          0.00

*Family Member ID

| ENTRY | * | DATE | PR | DOCUMENT | LOC | DIAGNOSIS | PROCEDURE | AMOUNT |
|-------|---|------|----|----------|-----|-----------|-----------|--------|
| 49325 | O | 07-12-00 | 8 | B000712 | 11 | 719.59,728.85,722.71,722 | 99213 | 55.00 |
| 49326 | O | 07-12-00 | 8 | B000712 | 11 | 719.59,728.85,722.71,722 | 97035 | 30.00 |
| 49327 | O | 07-12-00 | 8 | B000712 | 11 | 719.59,728.85,722.71,722 | 97124 | 30.00 |
| | | | | | | | Document Total | 115.00 |
| | | | | | | | | |
| 50396 | O | 07-17-00 | 8 | B000717 | 11 | 719.59,728.85,722.71,722 | 99214 | 75.00 |
| 50397 | O | 07-17-00 | 8 | B000717 | 11 | 719.59,728.85,722.71,722 | 97014 | 20.00 |
| 50398 | O | 07-17-00 | 8 | B000717 | 11 | 719.59,728.85,722.71,722 | 97035 | 30.00 |
| | | | | | | | Document Total | 125.00 |
| | | | | | | | | |
| 51071 | O | 07-20-00 | 8 | B000720 | 11 | 719.59,728.85,722.71,722 | 99214 | 75.00 |
| 51072 | O | 07-20-00 | 8 | B000720 | 11 | 719.59,728.85,722.71,722 | 97014 | 20.00 |
| 51073 | O | 07-20-00 | 8 | B000720 | 11 | 719.59,728.85,722.71,722 | 97010 | 20.00 |
| 51074 | O | 07-20-00 | 8 | B000720 | 11 | 719.59,728.85,722.71,722 | 97124 | 30.00 |
| | | | | | | | Document Total | 145.00 |

                                                           -----------
                                        Ledger Total:          385.00