*10*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 7 2001

Michael N. Milby, Clerk
By Deputy Clerk

| | | |
|---|---|---|
| Abrego, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-056 |
| | § | |
| State Farm Mutual Automobile Insurance Company, | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED, that on August 6, 2001 the Court **TRANSFERRED** this case to United States Magistrate Judge Felix Recio. The Parties consented to proceed before a United States Magistrate Judge in their Joint Discovery/Case Management Plan [Dkt. No. 6]. The initial pretrial conference set for August 13, 2001 is cancelled. Judge Recio will set a date for the initial pretrial conference through a separate order.

DONE at Brownsville, Texas, this 6th day of August 2001.

Hilda G. Tagle
United States District Judge