12

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG - 8 2001

Michael N. Milby
Clerk of Court

United States ......
Southern ..........
ENTERED

AUG 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| LETICIA S. ABREGO | * | |
| | * | |
| VS | * | C.A. NO. B-01-056 |
| | * | |
| STATE FARM MUTUAL AUTOMOBILE | * | |
| INSURANCE COMPANY | | |

## ORDER SETTING CONFERENCE

An initial pretrial conference and hearing on pending motions, in above-captioned and numbered cause of action, are hereby set for **September 5, 2001, at 2:00 p.m.**

DONE at Brownsville, Texas, this ____8th____ day of August 2001.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison,
Brownsville, Texas 78520
956/548-2701