======================================================
# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS
======================================================

| | |
|---|---|
| LETICIA S. ABREGO | § |
| | § |
| versus | § CIVIL ACTION NO. B-01-056 |
| | § |
| STATE FARM MUTUAL AUTOMOBILE | § |
| INSURANCE COMPANY | § |

United States District Court
Southern District of Texas
ENTERED

SEP 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| Jayne A. Cassidy  J.A. Cassidy | Plaintiff | 9/5/01 |
| [signature] | Defendant | 9/5/01 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

### Felix Recio

to conduct all further proceedings, including final judgment.

| | |
|---|---|
| 9/6/01 | [signature] |
| Date | United States District Judge |

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.