*14*

```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
ERO                :    G Mendieta
CSO                :    Escobedo
Law Clerk          :    R Byrd
Date               :    September 5, 2001 at 2:00 p.m.
```

*United States District Court, Southern District of Texas — FILED SEP -5 2001 — Michael N. Milby, Clerk of Court*

CIVIL CASE NO. B-01-56

Leticia S Abrego                           *        Janice Cassidy
                                           *
vs                                         *
                                           *
State Farm Mutual Automobile Ins.          *        Craig Vittitoe

**PRETRIAL CONFERENCE and HEARING ON PENDING MOTIONS**

Attorney, Janice Cassidy present for the Plaintiff;
Attorney, Craig Vittitoe present for the Defendant;

The Court states the deadlines, pretrial and jury selection dates to the attorneys;

Attorneys agree to proceed before a Magistrate Judge and sign the Consent 636;

Pltf's atty proceeds to address the Court concerning physical damages;

Deft's atty addresses the Court as to the Motion to Remand;

The Court **denies** the Motion to Remand, and Deft's atty will submit an order as to that effect;

Attorneys proceed to argue Motion for Severance and Motion for Abatement;

The Court **denies** Motions to Sever and Abate.