15

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

LETICIA S. ABREGO § 

VS § CIVIL ACTION NO. B-01-056

STATE FARM MUTUAL AUTOMOBILE § 
INSURANCE COMPANY

United States District Court
Southern District of Texas
ENTERED

SEP 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3__ days.   ☐ Bench   ☑ Jury

2. New parties must be joined by:   __NA__
   Furnish a copy of this scheduling order to new parties.

3. The plaintiff(s)' experts will be named with a report furnished by: __October 1, 2001__

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.   __December 1, 2001__

5. Discovery must be completed by:   __March 1, 2002__
   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.

*********************   The court will provide these dates.   *************************

6. Dispositive Motions will be filed by:   __March 1, 2002__

7. Joint pretrial order is due:   __March 15, 2002__

   The plaintiff(s) is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference before Judge Recio is set for 2:00 p.m. on:   __April 4, 2002__
   The case will remain on standby until tried.

9. The jury trial selection set before Judge Recio at 9:00 a.m. on:   __April 5, 2002__

10. Jury trial date will be set after jury selection.

    Signed __September 5, 2001__, at Brownsville, Texas.

                                                    _____
                                                    Felix Recio
                                                    United States Magistrate Judge