/16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LETICIA S. ABREGO | { |
| | { |
| vs. | { CIVIL ACTION NO. B-01-056 |
| | { |
| STATE FARM MUTUAL AUTOMOBILE | { |
| INSURANCE COMPANY | { |

### ORDER DENYING MOTION FOR SEVERANCE AND ABATEMENT

BE IT REMEMBERED that on the date below written Defendant's Motion for Severance and Abatement having been presented to the Court, and the Court after considering the Motion, and the evidence together with argument of Counsel, is of the opinion that the Motion should in all things be denied;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant's Motion for Severance and Abatement be and is hereby denied and that discovery and trial of all claims presently before this Court shall be conducted in one proceeding and in accordance with the Agreed Scheduling Order on file in this cause.

DONE this 5th day of September, 2001.

BY THE COURT:

_____
JUDGE PRESIDING

Copies to:
Janice A. Cassidy, P. C.
P. O. Box 592
San Benito, TX 78586

Craig H. Vittitoe
222 East Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551-1429