17

United States District Court
Southern District of Texas
FILED

SEP 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LETICIA S. ABREGO :
:
VS. : CIVIL ACTION NO. B-01-056
: (JURY DEMANDED)
STATE FARM MUTUAL AUTOMOBILE : (636(c))
INSURANCE COMPANY :

## ORDER DENYING REMAND

*After* having considered Plaintiff's Motion to Remand and the Reply thereto filed by Defendant, and the arguments of counsel, the court is of the opinion that Plaintiff's Motion to Remand should be denied.

Accordingly, **IT ORDERED** that the Plaintiff's Motion to Remand is denied. The court retains diversity of citizenship jurisdiction. 28 U.S.C., Section 13.32(a)(1); 28 U.S.C., Section 1441(a).

Clerk is to notify all counsel of record.

DONE this the 12th day of September, 2001 in Brownsville, Texas.

**FELIX RECIO**
**UNITED STATES MAGISTRATE JUDGE**
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Copies to:
Craig H. Vittitoe
**ADAMS & GRAHAM, L.L.P.**
222 East Van Buren, West Tower
P.O. Drawer 1429
Harlingen, TX 78551-1429

Janice Cassidy
**LAW OFFICE OF JANICE A. CASSIDY**
550 N. Sam Houston
P.O. Box 592
San Benito, TX 78586

ORDER DENYING REMAND - Solo Page
[7mrq]; C:\FILES\S\S1753\MOTIONS\FEDERAL\ORDENYIN.REM