18

United States District Court
Southern District of Texas
FILED

OCT 1 2 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LETICIA S. ABREGO | { | |
| | { | |
| vs. | { | CIVIL ACTION NO. B-01-056 |
| | { | |
| STATE FARM MUTUAL AUTOMOBILE | { | |
| INSURANCE COMPANY | { | |

### PLAINTIFF'S MOTION TO QUASH AND FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

**COMES NOW,** Plaintiff, LETICIA S. ABREGO, and files this her Motion to Quash Deposition Notice and for Protective Order and in support would offer the Court the following:

1. Plaintiff is an employee of Southwestern Bell and is limited in the amount of time she can take off from work as a result of a recent serious illness. She has been attempting to obtain time off so as to present any financial loss but has been unable to get the required permission and may be able to be excused during the week of February 15, 2001 but is awaiting a confirmed date.

2. Defense Counsel gave Plaintiff's Counsel an ultimatim on Monday, October 8, 2001 that if he did not get a date he would notice Plaintiff's deposition at a time convenient to him.

3. On October 9, 2001 he noticed Plaintiff's deposition for 3:00 P. M. on Friday, October 12, 2001 while Plaintiff was attempting to get time off without loss in pay.

4. Plaintiff moves to quash her deposition and seeks a protective order due to her inability to be excused from work, particularly on a Friday afternoon.

WHEREFORE, Plaintiff seeks judicial relief in the form of an Order to Quash and for Protection and for such other and further relief to which she may show herself just entitled.

Respectfully submitted,

JANICE A. CASSIDY, P.C.

By /s/ Janice A Cassidy
JANICE A. CASSIDY
P. O. BOX 592
SAN BENITO, TX 78586
(956) 399-3327
(956) 399-0688 Facsimile
SBOT 03979210
Federal ID 17656
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was sent via regular mail and facsimile this 11th day of October 2001 to:

Attorney Craig H. Vittitoe
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551
(956) 428-2954

By /s/ Janice A Cassidy
JANICE A. CASSIDY