

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LETICIA S. ABREGO | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. B-01-056 |
| | : | (JURY DEMANDED) |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY | : | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

COMES NOW, the Plaintiff, **LETICIA S. ABREGO**, and Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, by and through their attorneys of record presenting this their *Agreed Motion to Dismiss with Prejudice*, respectfully showing the Honorable Court as follows:

I.

The parties have compromised and settled their dispute.

II.

All court costs are to be paid by the party incurring the same.

## III.

The parties desire that this cause be dismissed with prejudice.

**WHEREFORE, PREMISES CONSIDERED**, the parties pray that this cause be dismissed with prejudice.

Respectfully submitted,

**JANICE A. CASSIDY, P.C.**
P.O. Box 592
550 North Sam Houston
San Benito, Texas 78586
Phone (956) 399-3327
Fax   (956) 399-0688

BY: _____
JANICE A. CASSIDY
State Bar No. 03979210
ATTORNEY FOR PLAINTIFF
LETICIA S. ABREGO

**APPROVED AS TO FORM AND SUBSTANCE:**

**ADAMS & GRAHAM, L.L.P.**
222 East Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551-1429
Phone 956/428-7495
Fax   956/428-2954

BY: _____  11/26
CRAIG H. VITTITOE
State Bar No. 20593900
ATTORNEY FOR DEFENDANT, STATE FARM
MUTUAL AUTOMOBILE INSURANCE COMPANY