20

United States District Court
Southern District of Texas
ENTERED

DEC 0 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LETICIA S. ABREGO : | |
| : | |
| VS. : | CIVIL ACTION NO. B-01-056 |
| : | (JURY DEMANDED) |
| STATE FARM MUTUAL AUTOMOBILE : | (636(c)) |
| INSURANCE COMPANY : | |

# AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came the Court in response to the motion presented by the parties entitled "*Agreed Motion to Dismiss with Prejudice*". The Court finds that the Plaintiff, **LETICIA S. ABREGO**, and Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, have compromised and settled their dispute. The Court further finds that the cause should be dismissed with prejudice.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this cause is dismissed with prejudice and that all court costs are assessed against the party incurring the same.

Additionally, **IT IS ORDERED ADJUDGED and DECREED** that all relief not specifically recited herein is DENIED.

Clerk is to notify all counsel of record.

DONE this the 24 day of December, 2001 in Brownsville, Texas.

**FELIX RECIO**
**UNITED STATES MAGISTRATE JUDGE**
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**AGREED:**

**JANICE A. CASSIDY**
State Bar No. 03979210
Federal I.D. No. 17656
P.O. Box 592
550 North Sam Houston
San Benito, Texas 78586
956/399-3327
Fax: 956/399-0688

*Attorney for Plaintiff*
LETICIA S. ABREGO

**CRAIG H. VITTITOE**
State Bar No. 20593900
Federal I.D. No. 18756
P.O. Drawer 1429
222 E. Van Buren, West Tower
Harlingen, Texas 78551-1429
956/428-7495
Fax: 956/428-2954

*Attorney for Defendant*
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY